UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>                    *Plaintiff*,<br>v.<br><br>DAVIS POLK & WARDWELL LLP, THOMAS REID, JOHN BICK, WILLIAM CHUDD, SOPHIA HUDSON, HAROLD BIRNBAUM, DANIEL BRASS, and BRIAN WOLFE,<br><br>                    *Defendants*. | 19 Civ. 10256 (GHW) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Davis Polk & Wardell LLP ("Davis Polk") hereby states that Davis Polk does not have a parent corporation, and no publicly held corporation owns 10% or more of Davis Polk.

Dated:  December 13, 2019

                                    Respectfully submitted,

                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                    By: */s/ Bruce Birenboim*
                                        Bruce Birenboim
                                        Jeh C. Johnson
                                        Susanna M. Buergel
                                        Marissa C.M. Doran
                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Telephone: (212) 373-3000
                                        bbirenboim@paulweiss.com
                                        jjohnson@paulweiss.com
                                        sbuergel@paulweiss.com
                                        mdoran@paulweiss.com
                                        *Attorneys for Defendants*