# Exhibit A





Advocates for Workplace Fairness

August 3, 2017

**By FedEx & Email**
John B. Douglass
Supervisory Investigator
U.S. Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004
John.douglass@eeoc.gov

  Re: Kaloma Cardwell/Davis Polk & Wardwell LLP

Dear Mr. Douglass:

  This firm represents the charging party, Kaloma Cardwell. Enclosed for filing is a charge of discrimination. Please file it and inform us of the charge number.

  Please ensure that we receive copies of all notices or other correspondence with our client. In addition, we request a copy of the Respondent's position statement so that we may respond to it.

  Please call me if you have any questions.

Sincerely yours,

Cara E. Greene

c: Monique E. Chase, Esq.

Enclosures

New York 685 Third Avenue 25th Floor New York, NY 10017 Tel (212) 245-1000 Fax (646) 509-2060
Chicago 161 N Clark Street Suite 1600 Chicago, IL 60601 Tel (312) 809-7010 Fax (312) 809-7011
San Francisco One Embarcadero Center 38th Floor San Francisco, CA 94111 Tel (415) 638-8800 Fax (415) 638-8810
Washington, DC 601 Massachusetts Ave NW Second Floor West Suite Washington, DC 20001 Tel (202) 847-4400 Fax (202) 847-4410

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974, See Privacy Act Statement before completing this form

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ■ EEOC | |

NYC Human Rights Commission and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr, Ms, Mrs) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Mr. Kaloma Cardwell | 267-408-8392 | |
| STREET ADDRESS | CITY, STATE & ZIP CODE | DATE OF BIRTH |
| 10 West 135th Street, Apt. 1B | New York, NY 10037 | 5/10/1984 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Davis Polk & Wardwell LLP | 900+ | 212-450-4000 |
| STREET ADDRESS   CITY, STATE, AND ZIP CODE | | COUNTY |
| 450 Lexington Avenue, New York, NY 10017 | | New York |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| | | |
| STREET ADDRESS   CITY, STATE, ZIP CODE | | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

■ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
■ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ALL)    LATEST (ALL)
                  July 1, 2017

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please see attached.

*NOTARY – (When necessary for State and Local Requirements)

■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure.

I declare under penalty of perjury that the foregoing is true and correct

7/27/17 — Date    *[signature]* Charging Party (Signature)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

*[signature]*
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day month, and year)
*[signature]* Shante Greene  27/7/2017

SHANTE GREENE
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GR6217567
COMM. EXP. 4/27/18

EEOC FORM 5 (Test 10/94)