# Exhibit C

(Excerpt of December 5, 2017 Response of Davis Polk to Cardwell's
Verified Complaint)

## Respondent Contact Information

Return to:
**NYS Division of Human Rights**
**Upper Manhattan Regional Office**
**163 West 125th Street, Room 401**
**New York, New York 10027**

Re: Kaloma Cardwell v. Davis Polk & Wardwell LLP
SDHR NO: 10190523

Correct legal name of Respondent: Davis Polk & Wardwell LLP

Federal Employer Identification Number (FEIN): 135023295

Contact person for this complaint:

Name: Bruce Birenboim; Susanna M. Buergel     Title: _____

Street Address: Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas

City/State/Zip: New York, NY 10019-6064     Telephone No: (212) 373-3165

E-mail address: bbirenboim@paulweiss.com; sbuergel@paulweiss.com

Is the firm a publicly traded corporation, privately owned, or a d/b/a? If yes, please indicate:

____ Publicly traded corporation     ____ Privately owned corporation     ____ d/b/a

If privately owned or d/b/a, list names and addresses of all individuals who have an ownership interest in the Respondent (attach additional sheets if necessary)

Respondent is a limited liability partnership.

Do you have an attorney for this matter: Yes X  No____  If yes:

Attorney Name: Bruce Birenboim; Susanna M. Buergel

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Street Address: 1285 Avenue of the Americas

City/State/Zip: New York, NY 10019-6064     Telephone No: (212) 373-3165

Will you participate in settlement/conciliation? Yes X  No____  If yes, for this purpose please contact:

Name: Bruce Birenboim; Susanna M. Buergel     Telephone No: (212) 373-3165

(Settlement discussions will not delay the investigation and participation in settlement does not provide good cause for an extension of time to respond to the complaint.)

Signature: [signed]     Date: 12/5/2017

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977) | UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300 |

WRITER'S DIRECT DIAL NUMBER

(212) 373-3165

WRITER'S DIRECT FACSIMILE

(212) 492-0165

WRITER'S DIRECT E-MAIL ADDRESS

bbirenboim@paulweiss.com

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
JOHN F. BAUGHMAN
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
ROSS A. FIELDSTON
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
MICHAEL S. HONG
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE

JONATHAN S. KANTER
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
DAVID M. KLEIN
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
VALERIE E. RADWANER
CARL L. REISNER
LORIN L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
AUDRA J. SOLOWAY
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

December 5, 2017

**By Hand Delivery**

David E. Powell
Regional Director
New York State Division of Human Rights
Adam Clayton Powell State Office Building
163 W. 125th Street, Room 401
New York, NY 10027

> *Kaloma Cardwell* v. *Davis Polk & Wardwell LLP*
> (SDHR Case No. 10190523)

Dear Mr. Powell:

      Please accept this letter and its attachments as the confidential response[1] of Davis Polk & Wardwell LLP ("Davis Polk" or "the Firm") to the Verified Complaint and attached EEOC Charge Particulars filed by Kaloma Cardwell (together, the

---

[1] The Firm requests that all of its submissions, including, without limitation, this response, all Firm documents or excerpts thereof (including personnel files and performance reviews), and the identities of any individuals mentioned in this or any submission, be treated as confidential and not disclosed to the public at any time, including in response to a FOIA or FOIL request. The Firm makes this request to protect the privacy interests of the individuals mentioned in this submission or any Firm documents, and the Firm's interest in confidential and proprietary commercial and financial information. *See, e.g.*, 5 U.S.C. § 552(b)(4) (FOIA Exemption 4). *See also, e.g.*, N.Y. Pub. Off. L. Art. 6 §§ 87(2)(d), 89(2). Should any Firm submissions or documents be the subject of a FOIA or FOIL request for access, the Firm requests notice prior to disclosure, by letter and by telephone, to the attention of the undersigned counsel.

# EXHIBIT 11

Lawyer Reviews - Summary Reviews                                                     Page 3 of 7

Associate: **Cardwell, Kaloma**
Reviewer: **Chudd, William J.**
Review Date: **December 22, 2015**

### 1. Review Type:
Annual Review

### 2. Principal matters worked on by the reviewee which were considered in the evaluation:



1. ▬ - 188.7 hours
2. ▬ - 172.5 hours
3. ▬ - 166.1 hours
4. ▬ - 164.0 hours
5. ▬ - 148.7 hours
6. ▬ - 122.6 hours
7. ▬ - 120.9 hours
8. ▬ - 99.1 hours
9. ▬ - 97.1 hours
10. ▬ - 89.4 hours
11. ▬ - 89.3 hours
12. ▬ - 73.4 hours
13. ▬ - 67.7 hours
14. ▬ - 66.1 hours

[September 2014 - September 2015]

### 3. Comments received from:
John Amorosi, Bill Chudd, Zain Rehman and Laura Turano.

### 4. Substance of evaluation (including reviewee's performance compared to expectations for a lawyer of the same seniority, strengths and weaknesses in the reviewee's performance in the last 12 months, improvements, if any, from prior year's review, etc.):
Kaloma received praise for being engaged and eager, he is hard working and always willing to help. Reviewers also noted that he could be more responsive on email communication, and improve his communication with senior lawyers regarding task deadlines and timing of deliverables. He also seemed to overlook more basic tasks in favor of more substantive work, often at the detriment of being able to deliver on the more basic tasks.

### 5. Did the reviewee receive a commendation for his/her pro bono work or recruiting efforts?
Yes, he went above and beyond in regarding to recruiting and the summer program.

Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

**performance.**

Kaloma asked for more direct real-time performance evaluations. I told him that the best way to do this was to seek input from the more senior lawyers on his team after a signing/closing when it is still fresh in his mind. To get constructive feedback, I suggested that he should ask for areas where he could improve. He was also concerned about his billable hours compared to others, as well as his standing in his class.

## 7. Developmental priorities for the next year (including types of matters, level of responsibility, training, etc.)

Kaloma needs to focus on delivering excellent work product on time and communicate his deadlines and timing. Once he does this, senior lawyers will feel more comfortable delegating more work to him.

Submitted on: 12/22/2015, 10:47 AM

Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk