# Exhibit E

**From:** Hudson, Sophia <sophia.hudson@davispolk.com>
**Sent:** Tuesday, July 19, 2016 12:44 PM
**To:** Cardwell, Kaloma <kaloma.cardwell@davispolk.com>
**Subject:** Re: Restaurant rec

Awesome - thanks!

Sophia Hudson
sophia.hudson@davispolk.com
(212) 450-4762

**From:** Cardwell, Kaloma
**Sent:** Tuesday, July 19, 2016 12:43 PM Eastern Standard Time
**To:** Hudson, Sophia
**Subject:** RE: Restaurant rec

Hi Sophia,

Definitely. A few suggestions:

- Red Rooster
- Angel of Harlem
- The Cecil

Most of my friends would suggest Red Rooster (as a safe bet) but I've heard good things about the other restaurants.

Kaloma Cardwell
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212 450 3078 tel
kaloma.cardwell@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy policy located at www.davispolk.com for important information on this policy.

-----Original Message-----
From: Hudson, Sophia
Sent: Tuesday, July 19, 2016 12:26 PM
To: Cardwell, Kaloma
Subject: Restaurant rec

Hi Kaloma,

A client just asked me for a recommendation for a restaurant near the Apollo. I remembered our ride up to the CLS dinner this spring and wondered if you have any ideas - thoughts?

Thanks!
Sophia

Sophia Hudson
sophia.hudson@davispolk.com
(212) 450-4762