UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>        *Plaintiff*,<br><br> v.<br><br>DAVIS POLK & WARDWELL LLP, THOMAS REID, JOHN BICK, WILLIAM CHUDD, SOPHIA HUDSON, HAROLD BIRNBAUM, DANIEL BRASS, BRIAN WOLFE, and JOHN BUTLER,<br><br>        *Defendants*. | 19 Civ. 10256 (GHW)<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF DEFENDANTS' <u>PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT</u>

Please take notice that, upon the pleadings and papers in this matter, the accompanying memorandum of law, and the declaration of Susanna Buergel dated April 30, 2020 and accompanying exhibits, defendants Davis Polk & Wardwell LLP, John Bick, Harold Birnbaum, Daniel Brass, John Butler, William Chudd, Sophia Hudson, Thomas Reid, and Brian Wolfe will move before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting defendants' partial motion to dismiss all claims asserted in the amended complaint filed in this action on March 2, 2020. The grounds for this motion are set forth in the accompanying memorandum of law. Defendants respectfully request that the Court schedule oral argument on this motion.

Dated: April 30, 2020
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Bruce Birenboim
    Bruce Birenboim
    Jeh C. Johnson
    Susanna Buergel
    Marissa C.M. Doran

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
bbirenboim@paulweiss.com
jjohnson@paulweiss.com
sbuergel@paulweiss.com
mdoran@paulweiss.com
*Attorneys for Defendants*