# Exhibit A



520-2017-03247



Advocates for Workplace Fairness

August 3, 2017

**By FedEx & Email**
John B. Douglass
Supervisory Investigator
U.S. Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004
John.douglass@eeoc.gov

*RECEIVED 2017 AUG -4 PM 12:48 EEOC NEW YORK*

    Re:    *Kaloma Cardwell/Davis Polk & Wardwell LLP*

Dear Mr. Douglass:

    This firm represents the charging party, Kaloma Cardwell. Enclosed for filing is a charge of discrimination. Please file it and inform us of the charge number.

    Please ensure that we receive copies of all notices or other correspondence with our client. In addition, we request a copy of the Respondent's position statement so that we may respond to it.

    Please call me if you have any questions.

                                  Sincerely yours,

                                  Cara E. Greene

c: Monique E. Chase, Esq.

Enclosures

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco  One Embarcadero Center  38th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington, DC  601 Massachusetts Ave NW  Second Floor West Suite  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974, See Privacy Act Statement before completing this form

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ■ EEOC | |

NYC Human Rights Commission and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr, Ms, Mrs) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Kaloma Cardwell | 267-408-8392 |

| STREET ADDRESS | CITY, STATE & ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 10 West 135th Street, Apt. 1B | New York, NY 10037 | 5/10/1984 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)**

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Davis Polk & Wardwell LLP | 900+ | 212-450-4000 |

| STREET ADDRESS    CITY, STATE, AND ZIP CODE | COUNTY |
|---|---|
| 450 Lexington Avenue, New York, NY 10017 | New York |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS    CITY, STATE, ZIP CODE | COUNTY |
|---|---|
| | |

**CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))**

■ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
■ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ALL)    LATEST (ALL)
July 1, 2017

☐ CONTINUING ACTION

**THE PARTICULARS ARE (If additional paper is needed, attach extra sheet (s)):**

Please see attached.

■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure.

I declare under penalty of perjury that the foregoing is true and correct

7/27/17
Date

*signed* Charging Party (Signature)

*NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

*signed*
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day month, and year)

*signed* Shante Greene   27/7/2017

SHANTE GREENE
NOTARY PUBLIC-STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GR6217567
COMM. EXP. 4/27/18

EEOC FORM 5 (Test 10/94)