# Exhibit D

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>■ EEOC | EEOC Charge No. 520-2017-03247 |

NYC Human Rights Commission and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.)<br>Mr. Kaloma Cardwell | HOME TELEPHONE (Include Area Code)<br>267-408-8392 | |
|---|---|---|
| STREET ADDRESS<br>10 West 135th Street, Apt. 1B | CITY, STATE & ZIP CODE<br>New York, NY 10037 | DATE OF BIRTH<br>5/10/1984 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Davis Polk & Wardwell LLP | NUMBER OF EMPLOYEES, MEMBERS<br>900+ | TELEPHONE (Include Area Code)<br>212-450-4000 |
|---|---|---|
| STREET ADDRESS   CITY, STATE, AND ZIP CODE<br>450 Lexington Avenue, New York, NY 10017 | | COUNTY<br>New York |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS   CITY, STATE, ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ■ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE<br>■ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER | EARLIEST (ALL)   LATEST (ALL)<br>                    February 8, 2018<br>CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet (s)):

Please see attached.

■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure.

I declare under penalty of perjury that the foregoing is true and correct.

4/25/18
Date

Charging Party (Signature)

*NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

25th day of April 2018

EEOC FORM 5 (Test 10/94)

BARRIE ADEDEJI
Notary Public, State of New York
No. 01 AD4918282
Qualified in New York County
Commission Expires 7/22/2018