# Exhibit F

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3165

WRITER'S DIRECT FACSIMILE

(212) 492-0165

WRITER'S DIRECT E-MAIL ADDRESS

bbirenboim@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
JOHN F. BAUGHMAN
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
MARTIN FLUMENBAUM
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
JONATHAN S. KANTER
BRAD S. KARP

PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KANNON K. SHANMUGAM*
DAVID R. SICULAR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

November 19, 2019

**By Electronic Mail and Hand Delivery**

Siaka Paasewe
Records Access Officer
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York  10458
foil@dhr.ny.gov

*Freedom of Information Law Request*
*Kaloma Cardwell* v. *Davis Polk & Wardwell LLP*
<u>*(NYSDHR Case No. 10190523)*</u>

Dear Mr. Paasewe:

   We represent Davis Polk & Wardwell LLP ("Davis Polk") in the above-referenced matter.  Under the provisions of the New York Freedom of Information Law ("FOIL"), Article 6 of the Public Officers Law, we hereby request a copy of all documents and records concerning NYSDHR Case No. 10190523, *Kaloma Cardwell* v. *Davis Polk & Wardwell LLP* (the "Matter").  We also request these documents in furtherance of our right, as a party to the above-captioned matter, to "review the Division's file in this matter, and copy by

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Siaka Paasewe                                                                                                          2

hand any material in the file, or obtain photocopies at a nominal charge." Letter from NYSDHR to Davis Polk, October 10, 2017 (attached as Exhibit A).

We note that we have received no communication from the NYSDHR regarding the matter since December 2017, nor have we received copies of (i) any briefs or replies filed by Mr. Cardwell, if any were ever filed; (ii) any merits determination in this Matter, if any was ever rendered; or (iii) any right to sue letter, if any was ever issued.

We are therefore requesting any available materials relating to the Matter, including but not limited to:

  a. All communications regarding the Matter (including, but not limited to, emails and letters) between NYSDHR (or any other city, state, or federal agency) and Mr. Cardwell or his counsel;

  b. All documents and other materials produced to or otherwise obtained by NYSDHR (or any other city, state, or federal agency) in connection with the Matter from Mr. Cardwell or his counsel, or from any other individuals or entities other than Davis Polk;

  c. All transcripts, recordings, and notes of testimony, if any, regarding the Matter;

  d. All investigative reports, notes, memoranda, summaries or other communications regarding the Matter generated by, or otherwise in the possession of, NYSDHR;

  e. All communications regarding the Matter (including, but not limited to, emails and letters) between NYSDHR and the Equal Employment Opportunity Commission, the New York City Commission on Human Rights, or any other governmental body;

  f. Any final or intermediate determination by NYSDHR (or any other city, state, or federal agency) regarding the Matter; and

  g. Any right-to-sue letter issued by the NYSDHR (or any other city, state, or federal agency) in this Matter.

These requests include records that contain the information within, or are substantially similar to, the documents described above, even if bearing a different title or name. We reserve all rights to request additional documents at a later date.

If possible, please provide the requested records in electronic format. If the requested records cannot be emailed due to the volume of records identified in response to this request, please copy the records onto a CD, hard drive, or other media. Davis Polk agrees to compensate you for the cost of duplicating the records that we request, as provided by law.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Siaka Paasewe																												3

As you may be aware, FOIL requires that an agency respond to a request within five business days of receipt of a request. Therefore, we would appreciate a response as soon as possible and look forward to hearing from you shortly. Please furnish the requested records to:

> Bruce Birenboim, Esq.
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, NY 10019-6064
> bbirenboim@paulweiss.com

If, for any reason, any portion of this request is denied, please inform us of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. If you determine that any portion of the requested records are exempt from disclosure pursuant to FOIL, please redact only the material claimed as exempt, inform us of the basis for the exemption claim, and provide copies of those portions of the records that you determine not to be exempt.

Please do not hesitate to contact me at (212) 373-3165 if you have any questions about this FOIL request. Thank you for your prompt attention to this matter.

Sincerely,

Bruce Birenboim

CC: Susanna Buergel
    Marissa Doran

Encl: Exhibit A (Letter from NYSDHR to Davis Polk, October 10, 2017)