UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>                                 Plaintiff,<br><br>v.<br><br>DAVIS POLK & WARDWELL LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass, Brian Wolfe, and John Butler,<br>                                 Defendants. | 1:19-cv-10256-GHW |

## NOTICE OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT

Please take notice, that upon the pleadings and papers in this matter, the accompanying memorandum of law and the declaration of David Jeffries dated June 4, 2020 and exhibits thereto, plaintiff Kaloma Cardwell will move before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order denying defendants' partial motion to dismiss all claims asserted in the amended complaint filed in this action on March 2, 2020. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: June 4, 2020
        New York, New York

Respectfully submitted,

By: _____
    David Jeffries

1345 6th Avenue 33rd Flr.
New York, New York 10105
Telephone (212) 601-2770
Djeffries@jeffrieslaw.nyc
*Attorney for Plaintiff*