

**NEW YORK STATE | Division of Human Rights**

ANDREW M. CUOMO
Governor

ANGELA FERNANDEZ
Commissioner

February 7, 2020

Re: Kaloma Cardwell v. Davis Polk & Wardwell LLP
Case No. 10190523

To the Parties Listed Below:

By letter dated December 11, 2019, the Division advised the parties that it was considering reopening this matter pursuant to 9 N.Y.C.R.R. §465(a).

The Division declines to reopen the matter. Please see further the attached memorandum.

Very truly yours,

Caroline J. Downey
General Counsel

TO:

Cara E. Greene, Esq.
Outten & Golden, LLP
685 Third Avenue, 25th Floor
New York, NY 10017

David Jeffries, Esq.
1345 6th Avenue, 33rd Floor
New York, New York 10019

Bruce Birenboim, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064