Louis,

Apologies for my delay in checking-in with you.

Quite some time ago, you shared a story about ▮▮▮▮ and certain improper factors that contributed to him not being admitted/subsequently offered a spot at ▮▮▮▮. Though I'm sure you had your own way of processing that experience, it appeared to me that the experience involved unnecessary insults and a feeling that made you sick to your stomach.

Last week, I thought about that story as I thought more about my own story and experience here at DPW (in addition to other similarly situated workers at DPW), and I became ill.

Though I'm still feeling and navigating the effects, I expect to return to the office tomorrow. Upon my return, I will complete the write-up as discussed and asap. I think that it will be in final form within 1 or 2 quick turnarounds.

Regards,

