UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>                                    Plaintiff,<br><br>v.<br><br>DAVIS POLK & WARDWELL LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass, Brian Wolfe, and John Butler,<br><br>                                    Defendants. | 1:19-cv-10256-GHW |

## NOTICE OF PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER

PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter, the accompanying memorandum of law, and the declarations of David Jeffries, Esq. and Kaloma Cardwell, Plaintiff Kaloma Cardwell will move before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure granting Plaintiff's request to modify the Scheduling Order (ECF No. 27). The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: July 13, 2020

Respectfully submitted,

         /s/ David Jeffries, Esq.         
David Jeffries, Esq.
1345 Avenue of the Americas, 33rd Floor
New York, New York 10105
Tel: 212-601-2770
djeffries@jeffrieslaw.nyc

*Attorney for Plaintiff*