# Exhibit A

**From:** David Jeffries <djeffries@jeffrieslaw.nyc>
**Sent:** Monday, December 9, 2019 7:28 PM
**To:** Doran, Marissa <mdoran@paulweiss.com>; restituyo@restituyolaw.com
**Cc:** Birenboim, Bruce <bbirenboim@paulweiss.com>; Johnson, Jeh C <jjohnson@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>
**Subject:** Re: Cardwell v. DPW et al., 19-cv-10256

Hello Marissa,

The stipulation extends the time to answer a bit further than the date initially proposed (February 4th as opposed to January 17th).  We will be meeting with our client tomorrow to discuss the change in date and finalizing draft language related to the definition of "personnel file."  Please allow me to reach out afterwards.

Kind regards,

David

**From:** Doran, Marissa <mdoran@paulweiss.com>
**Sent:** Monday, December 9, 2019 2:08 PM
**To:** David Jeffries <djeffries@jeffrieslaw.nyc>; restituyo@restituyolaw.com <restituyo@restituyolaw.com>
**Cc:** Birenboim, Bruce <bbirenboim@paulweiss.com>; Johnson, Jeh C <jjohnson@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>
**Subject:** RE: Cardwell v. DPW et al., 19-cv-10256

Dear Messrs. Jeffries and Restituyo,

We are hoping to get the attached stipulation filed with the Court.  Might you be able to return a signed copy to us?

Many thanks,

Marissa

1

**Marissa C.M. Doran** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3980 (Direct Phone) | +1 646 417 6241 (Direct Fax)
mdoran@paulweiss.com | www.paulweiss.com

---

**From:** Doran, Marissa
**Sent:** Thursday, December 5, 2019 11:32 AM
**To:** 'David Jeffries' <djeffries@jeffrieslaw.nyc>; restituyo@restituyolaw.com
**Cc:** Birenboim, Bruce <bbirenboim@paulweiss.com>; Johnson, Jeh C <jjohnson@paulweiss.com>; Buergel, Susanna M <SBuergel@paulweiss.com>
**Subject:** RE: Cardwell v. DPW et al., 19-cv-10256

Dear Messrs. Jeffries and Restituyo,

Further to our email of last night, and as discussed on our call, we are attaching a draft of a joint stipulation to extend time to answer.

We look forward to speaking with you tomorrow.

Marissa

**Marissa C.M. Doran** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3980 (Direct Phone) | +1 646 417 6241 (Direct Fax)
mdoran@paulweiss.com | www.paulweiss.com

---

**From:** Doran, Marissa
**Sent:** Wednesday, December 4, 2019 10:43 PM
**To:** 'David Jeffries' <djeffries@jeffrieslaw.nyc>; restituyo@restituyolaw.com
**Cc:** Birenboim, Bruce <bbirenboim@paulweiss.com>; Johnson, Jeh C <jjohnson@paulweiss.com>; Buergel, Susanna M <SBuergel@paulweiss.com>
**Subject:** Cardwell v. DPW et al., 19-cv-10256

Dear Mr. Jeffries and Mr. Restituyo,

Thank you for taking the time to speak last week.

We are attaching, as agreed and in advance of this Friday's meet-and-confer call, drafts of the joint status letter and proposed case management plan that the parties are required to submit to Judge Woods by December 13. There is a 6-page limit for the joint status letter, but we have left space for the sections to be completed separately by each party.

We look forward to speaking with you on Friday. Separately, you indicated to Mr. Birenboim that you would send the April 2018 no probable cause determination in this matter. Please forward that letter when you are able.

Many thanks,

Marissa

**Marissa C.M. Doran** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064

+1 212 373 3980 (Direct Phone) | +1 646 417 6241 (Direct Fax)
mdoran@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.