# Exhibit B

**From:** David Jeffries <djeffries@jeffrieslaw.nyc>
**Sent:** Saturday, January 18, 2020 7:18 PM
**To:** Doran, Marissa <mdoran@paulweiss.com>; restituyo@restituyolaw.com
**Cc:** Birenboim, Bruce <bbirenboim@paulweiss.com>; Johnson, Jeh C <jjohnson@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>
**Subject:** Re: Cardwell v. Davis Polk et al., 19-cv-10256

Yes. That is correct. We are amenable to receiving and serving future discovery requests by email.

Kind regards,

David

Get Outlook for Android

---

**From:** Doran, Marissa <mdoran@paulweiss.com>
**Sent:** Saturday, January 18, 2020 7:11:18 PM
**To:** David Jeffries <djeffries@jeffrieslaw.nyc>; restituyo@restituyolaw.com <restituyo@restituyolaw.com>
**Cc:** Birenboim, Bruce <bbirenboim@paulweiss.com>; Johnson, Jeh C <jjohnson@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>
**Subject:** RE: Cardwell v. Davis Polk et al., 19-cv-10256

Many thanks. May we assume that you also consent to service by email for other discovery exchanges (e.g. requests for production, interrogatories, and production letters)?

Best,

Marissa

**Marissa C.M. Doran** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3980 (Direct Phone) | +1 646 417 6241 (Direct Fax)
mdoran@paulweiss.com | www.paulweiss.com

---

**From:** David Jeffries <djeffries@jeffrieslaw.nyc>
**Sent:** Saturday, January 18, 2020 7:10 PM
**To:** Doran, Marissa <mdoran@paulweiss.com>; restituyo@restituyolaw.com
**Cc:** Birenboim, Bruce <bbirenboim@paulweiss.com>; Johnson, Jeh C <jjohnson@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>
**Subject:** Re: Cardwell v. Davis Polk et al., 19-cv-10256

Hello Marissa,

Thank you for reaching out. We consent to service by email for initial disclosures.

Kind regards,

David

Get Outlook for Android

---

**From:** Doran, Marissa <mdoran@paulweiss.com>
**Sent:** Saturday, January 18, 2020 12:54:22 PM
**To:** David Jeffries <djeffries@jeffrieslaw.nyc>; restituyo@restituyolaw.com <restituyo@restituyolaw.com>
**Cc:** Birenboim, Bruce <bbirenboim@paulweiss.com>; Johnson, Jeh C <jjohnson@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>
**Subject:** Cardwell v. Davis Polk et al., 19-cv-10256

Dear David and Martin,

We hope you are having a pleasant holiday weekend.

We are writing in advance of Monday's deadline to exchange initial disclosures. Do you consent to service by email for the submissions in this matter? We are of course happy to extend the same courtesy.

Many thanks,

Marissa

**Marissa C.M. Doran** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3980 (Direct Phone) | +1 646 417 6241 (Direct Fax)
mdoran@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.