# Exhibit C

**From:** Doran, Marissa
**Sent:** Monday, March 2, 2020 11:56 PM
**To:** David Jeffries ; restituyo@restituyolaw.com
**Cc:** Birenboim, Bruce ; Buergel, Susanna M
**Subject:** Cardwell v. Davis Polk et al., 19-cv-10256

Counsel,

Attached please find Defendants' First Set of Requests for Production and Interrogatories to Plaintiff in the above-captioned matter, pursuant to Judge Woods's December 20, 2019 Scheduling Order.

Marissa


**Marissa C.M. Doran** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3980 (Direct Phone) | +1 646 417 6241 (Direct Fax)
mdoran@paulweiss.com | www.paulweiss.com

1