# Exhibit D

**From:** David Jeffries
**Sent:** Monday, June 8, 2020 3:05 PM
**To:** Buergel, Susanna M ; Birenboim, Bruce ; Doran, Marissa ; restituyo@restituyolaw.com
**Subject:** Re: Cardwell v. Davis Polk et al., 19-cv-10256

Hello Susanna,

We are available to meet and confer on Tuesday at 4pm or Wednesday between 12pm and 5pm regarding the mutual exchange of discovery materials (as proposed in our letter dated May 18, 2020). Do any of those times work for you?

Kind regards,

David

---

**From:** Buergel, Susanna M <sbuergel@paulweiss.com>
**Sent:** Friday, June 5, 2020 3:35 PM
**To:** David Jeffries <djeffries@jeffrieslaw.nyc>; Birenboim, Bruce <bbirenboim@paulweiss.com>; Doran, Marissa <mdoran@paulweiss.com>; restituyo@restituyolaw.com <restituyo@restituyolaw.com>
**Subject:** RE: Cardwell v. Davis Polk et al., 19-cv-10256

David,

Now that your opposition papers have been filed, please let us know when you are free to meet and confer regarding your failure to serve discovery in accordance with the Court's order and respond to our discovery, which was timely served. We have flexibility at the beginning of the week; if you send a few windows, we will find some time that works. We are eager to speak.

Best regards,

Susanna

**Susanna M. Buergel** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1

1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3553 (Direct Phone) | +1 212 492 0553 (Direct Fax)
sbuergel@paulweiss.com | www.paulweiss.com

**From:** David Jeffries <djeffries@jeffrieslaw.nyc>
**Sent:** Monday, May 18, 2020 1:01 PM
**To:** Buergel, Susanna M <sbuergel@paulweiss.com>; Birenboim, Bruce <bbirenboim@paulweiss.com>; Doran, Marissa <mdoran@paulweiss.com>; restituyo@restituyolaw.com
**Subject:** Cardwell v. Davis Polk et al., 19-cv-10256

Greetings Susanna, Bruce and Marissa:

We hope this message finds yourselves and your families healthy. Attached is a letter regarding the above-captioned matter.

Kind regards,

David
(718) 614-2570

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.