# DEFENDANTS' EXHIBIT 3

(July 27, 2020 Letter from S. Buergel to D. Jeffries)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3553

WRITER'S DIRECT FACSIMILE
(212) 492-0553

WRITER'S DIRECT E-MAIL ADDRESS
sbuergel@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
JONATHAN S. KANTER
BRAD S. KARP
PATRICK N. KARSNITZ

JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
CAITH KUSHNER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

July 27, 2020

**BY ELECTRONIC MAIL**

David Jeffries, Esq.
1345 Avenue of the Americas, 33rd Floor
New York, NY 10105

*Cardwell* v. *Davis Polk & Wardwell LLP,* et al.
(1:19-cv-10256-GHW)

Dear David:

        We write regarding the July 18, 2020 document production made by plaintiff (the "Production") in the above-captioned action.

        Despite the Court's July 7, 2020 order that plaintiff "provide complete responses to all pending discovery requests no later than July 18, 2020," plaintiff's Production, and plaintiff's responses to defendants' interrogatories, are critically deficient. ECF 60.

        Among other things, Mr. Cardwell has failed to produce, in whole or in part, documents known to be responsive and in his possession, custody, or control. He has selectively produced portions of responsive messaging chains, by photographing certain communications and concealing others. He has omitted attachments from responsive

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

David Jeffries, Esq. 2

messages.  He has failed to produce messages from communication and media platforms he admits to using.  He has selectively redacted responsive and nonprivileged content from communications, including names of those with whom he was communicating.  He has failed to produce any communications (email, text messages, social media communications) with several individuals identified at Interrogatory Nos. 6, 7, or 8, notwithstanding that communications with such individuals would plainly be responsive.

These issues belie any claim as to the sufficiency of the Production, and suggest a failure to conduct a good-faith collection or review for responsiveness of materials in plaintiff's possession, custody, or control.  Plaintiff's failures continue to deprive defendants of information to which they are entitled, and that is critical to the claims and defenses in this action.

Defendants request that plaintiff's counsel be prepared to meet and confer about each of these topics this afternoon or tomorrow morning, in advance of the Court conference scheduled for 1:00 on Tuesday, July 28, 2020.  If plaintiff fails promptly to cure the deficiencies above, defendants will have no choice but to inform the Court of plaintiff's continuing failure to abide by his discovery obligations.

The following are examples of deficiencies in plaintiff's production. This list, and these examples, are not exclusive.

- **Plaintiff has improperly redacted responsive content**, *see, e.g.*, CARDWELL000514; CARDWELL000540; CARDWELL000570, **sometimes entirely**, *see* CARDWELL001179

- **Plaintiff has failed to produce full document families, including from personal email accounts.**  *See, e.g.*, CARDWELL00052; CARDWELL000521 (no attachment); CARDWELL000580 (same); CARDWELL000695; CARDWELL000708; CARDWELL001440; CARDWELL001753; CARDWELL000675; CARDWELL000680.

- **Plaintiff has produced only selective screenshots of responsive text- and social media message chains.**  *See, e.g.*, CARDWELL001225; CARDWELL001246; CARDWELL002062, CARDWELL002063, CARDWELL002070, CARDWELL002076.  <u>Plaintiff must extract and have counsel review for responsiveness all text message, email, and social media chains believed to contain potentially responsive material; plaintiff may not cherry-pick the responsive messages he wishes to produce.</u>

- **Plaintiff has failed to produce text messages** with any of the individuals identified at Interrogatory Nos. 6, 7, or 8.

- **Plaintiff directed his contacts to use the communications platform Signal,** CARDWELL000675, **but has failed to produce responsive Signal messages.**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

David Jeffries, Esq. 3

- **Plaintiff has improperly redacted the names of his correspondents in social media communications.** *See* CARDWELL002035 through CARDWELL002088.

- **Scanned pages are cut off throughout the production, obscuring text.** *See, e.g.*, CARDWELL000046; CARDWELL000062; CARDWELL000266.

- **Certain documents were only partially printed and produced.** *See, e.g.*, CARDWELL000530.

- **Certain documents have no content.** *See, e.g.*, CARDWELL001520; CARDWELL001521.

- **Plaintiff failed to produce documents on which he relied in drafting his complaint and that are thus known to be in his possession, custody, or control, calling into question the thoroughness of the remainder of the production.**[1]  For example, plaintiff has produced a series of reviews attached to defendants' NYSDHR position statement, *see, e.g.*, CARDWELL002012 through CARDWELL002033, but has failed to produce other related documents known to be in his possession (because he relied upon them in his complaint), calling into question the remainder of the production.

Plaintiff's interrogatory responses are similarly deficient.  Plaintiff has refused, without basis, to identify the "email addresses and social media accounts (including account names) used or controlled" by him during the relevant period, despite having conceded that he used such accounts to exchange responsive communications, and despite having produced communications for a handle—"Dr. Umar Johnson"—used by plaintiff and not previously disclosed in this litigation.  Interrogatory Response No. 13.

He has refused to answer a number of defendants' interrogatories, asserting that his inability to "understanding how this Interrogatory relates to the claims or defenses asserted in this action" is a basis upon which to decline to respond pending further "determination" by the parties.  *See, e.g.*, Interrogatory Response Nos. 11, 14, 15.

He has refused, without basis, to identify those with knowledge of any alleged "impairment to his name and reputation," pending an "attempt to clarify" and "narrow" the Interrogatory.  Interrogatory Response No. 5.

---

[1]  Plaintiff's production proves that his claim, in his recent submission to the Court, that he has not received a copy of defendants' submission to the NYSDHR, is false; plaintiff's production includes, at CARDWELL002012 through CARDWELL002033, the reviews submitted by Davis Polk to the NYSDHR in December 2017, all of which bear the FOIL ledger applied by the Firm for purposes of that submission.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

David Jeffries, Esq. 4

He has refused to respond to defendants' request for a "computation of all categories of damages" sought by plaintiff. Interrogatory Response No. 10.

He has failed to seek, at any time prior to or following the Court's July 18 deadline, a meet and confer with defendants on any of the topics referenced above.

Defendants are available to meet and confer about these issues anytime today or tomorrow morning, in advance of tomorrow's Court conference. Defendants further demand that plaintiff cure all failures to comply with the Court's July 7, 2020 order not later than August 3, 2020.

Defendants reserve all rights, including to take any and all steps to address the above deficiencies or others arising out of further review of the responses or additional information discovered through the meet and confer process or otherwise.

Sincerely,

/s/ Susanna Buergel

Susanna Buergel