# Plaintiff's Exhibit I

## Plaintiff's August 10, 2018 Email to Davis Polk Re: the Return of Items



Kaloma Cardwell <kalomacardwell@gmail.com>

## FW: Departure Logistics

**Cardwell, Kaloma** <kaloma.cardwell@davispolk.com>      Fri, Aug 10, 2018 at 1:44 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "kalomacardwell@gmail.com" <kalomacardwell@gmail.com>
Cc: "kalomacardwell@gmail.com" <kalomacardwell@gmail.com>

▮▮

Based on your response, I think it's best that I send the Firm devices that I received and that you ordered me to return via my counsel. Unless there are delays on their end, you should receive the Firm devices that I received sometime next week.

If you have any termination/departure related communications, questions, or requests, please have your or the Firm's counsel communicate those inquiries or requests to my counsel.

Regards,

Kaloma

**Kaloma Cardwell**

**Davis Polk & Wardwell** LLP

450 Lexington Avenue  |  New York, NY 10017

+1 212 450 3078 tel  |  +1 212 701 6078 fax

kaloma.cardwell@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, August 10, 2018 12:40 PM
**To:** Cardwell, Kaloma
**Cc:** kalomacardwell@gmail.com
**Subject:** Re: Departure Logistics

Kaloma,

CONFIDENTIAL                                                                                                                                      CARDWELL000664

I do not have anything more to add.  As I said, I think it best that your counsel discuss these questions with the Firm's counsel.

Regards,



Sent from my iPhone

On Aug 10, 2018, at 11:34 AM, Cardwell, Kaloma <kaloma.cardwell@davispolk.com> wrote:



Thanks for responding. You've sent me multiple emails about my "departure date" and those emails included requests and documentation related to me answering or confirming a number of questions. I'm simply asking you (and the Firm) to answer two questions:

1. Has Davis Polk terminated my employment?

2. If so, what is the effective date of such termination?

If you provide me with a simple "yes" or "no" and (if applicable) a date, I will direct all remaining questions to my legal team. If you are unable or unwilling to answer those questions, please let me know.

Regards,

Kaloma

**Kaloma Cardwell**

**Davis Polk & Wardwell** LLP

450 Lexington Avenue  |  New York, NY 10017

+1 212 450 3078 tel  |  +1 212 701 6078 fax

kaloma.cardwell@davispolk.com

---

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**CONFIDENTIAL**                                                                                      **CARDWELL000665**