```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                             :
KALOMA CARDWELL,                         :
                                  Plaintiff, :
                                                       :                 1:19-cv-10256-GHW
-v -                                     :
                                                      :                 ORDER
DAVIS POLK AND WARDWELL LLP, et al.,   :
                                       Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As the Court stated during the November 13, 2020 teleconference, Defendants are directed to submit to Plaintiff proposed redactions for the amended complaint no later than November 15, 2020.  Plaintiff is directed to file his amended complaint with these redactions no later than November 16, 2020 at 5 p.m.  Pursuant to the Protective Order, Dkt No. 89, the parties shall address any remaining disputes regarding redactions to the amended complaint in accordance with paragraph 2(C) of this Court's Individual Practices.

      The Clerk of Court is directed to strike the amended complaint at Dkt. No. 87.

SO ORDERED.

Dated:  November 14, 2020
New York, New York

                                                               _____
                                                                      GREGORY H. WOODS
                                                                  United States District Judge