# EXHIBIT 5



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                                    DPW_SDNY-000000480

Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER