# EXHIBIT 6

Davis Polk Checklist for Partner Engagement

## CHECKLIST FOR PARTNERS:
## What You Can Do to Promote Inclusion and Team Performance

### Ways to Promote Inclusion

- Make a conscious effort to build relationships with women/POC/LGBT associates in your practice group

- Model inclusive behaviors:
  - Consider the efforts one makes in interactions with clients and how one calibrates conversation to client's interests
  - At Firm functions, meetings and events, talk with associates you don't already know
  - Take the initiative to speak to people in the hallways/elevators
  - Expand your topics of casual conversation so that everyone present can participate
  - Look for opportunities to solicit the opinions/input of associates who are quiet or introverted
  - Make a conscious effort to build rapport with all associates, especially women, POC and LGBT associates (e.g., stop by their office, have breakfast, lunch or dinner).

- Try not to make people feel that they are wrong to ask questions – even if you think the question is simple

- Regularly provide timely constructive feedback to everyone and ask for help if you are uncomfortable giving feedback to someone

- Hold senior associates accountable for being inclusive and contributing to the professional development of all associates equally

- Be willing to raise questions about how assumptions and/or biases may be influencing decisions

- Consider who you:
  - chat with informally
  - rely on as your go-to people
  - mentor/offer advice to
  - give the benefit of the doubt to
  - give constructive feedback to

- Be mindful of who you may be excluding from informal interactions and conversations

- Take the time to learn the proper pronunciation and spelling of people's names

- Monitor your facial expressions, body language and tone of voice

Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                             DPW_SDNY-000000498

## Ways to Counter Bias

- Accept that bias may exist even if seemingly invisible
- Try not to only gravitate toward and work with associates who look and act like you or with whom your rapport feels immediately easy and comfortable
- Get to know and build rapport with women/POC/LGBT associates
- If an associate of color stumbles, give them the same benefit of the doubt as you would for other associates
- Don't let discomfort prevent you from building relationships with women in the Firm
- Rotate who you assign project management and administrative tasks to
- Ensure that women associates at capacity are not viewed differently than similarly-situated men
- Allow women with young children to make their own decisions about travel and/or taking on important matters

Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                              DPW_SDNY-000000499