# EXHIBIT 7





Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

 DPW_SDNY-000000527



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

DPW_SDNY-000000533



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

DPW_SDNY-000000536



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

DPW_SDNY-000000537



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

DPW_SDNY-000000540



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

DPW_SDNY-000000544



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

DPW_SDNY-000000549



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

DPW_SDNY-000000552



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

DPW_SDNY-000000555



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk



Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

DPW_SDNY-000000559