# EXHIBIT 8

Kyrwood 2015 Consensus Feedback Statement

Associate: **Cardwell, Kaloma**
Reviewer: **Kyrwood, Jason**
Review Date: **May 11, 2015**

### 1. Review Type:

Interim Review

### 2. Principal matters worked on by the reviewee which were considered in the evaluation:

1. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ - 151.7 hours
2. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ - 140.9 hours
3. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ - 89.4 hours
4. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ - 73.4 hours
5. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ - 60.0 hours

(November 2014 - May 2015)

### 3. Comments received from:

Arnaldos, Nicholas, Yitz, Yuli, Sanders

### 4. Substance of evaluation (including reviewee's performance compared to expectations for a lawyer of the same seniority, observed strengths and weaknesses in the reviewee's performance in the last 12 months, improvements, if any, from prior year's review, and the like):

Generally positive - organized, high quality work, good attention to detail, hard worker. Some notice that he is a little slow in turnaround time and thought would benefit from asking more questions. Also he should take more initiative

### 5. Comments from the reviewee regarding his or her evaluation of his or her performance.

Accepted feedback and agreed.

### 6. Development of priorities for the next year (including generally types of matters and tasks to be done, level of responsibility to be assumed, training, and special assignments and any other appropriate implementing

**Highly Confidential**
**FOIA/FOIL Confidential Treatment Requested by Davis Polk**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                       DPW_SDNY-000000345

| |
|---|
| action to be considered - list the three most important).<br><br>No Answer |
| 7. Other comments or considerations not otherwise addressed that the reviewee thinks relevant<br>to his or her performance or professional development.<br><br>No Answer |
| 8. Compensation Issues (including, if relevant, need for spring review; whether his/her bonus(es) are in jeopardy;<br>whether he/she was informed of the availability of career counseling).<br><br>Not Applicable to Interim Reviews<br>                                   Submitted on: 5/11/2015, 5:35 PM |

Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                          DPW_SDNY-000000346