# EXHIBIT 9

███████████

