Case 1:19-cv-10256-GHW   Document 99-11   Filed 11/18/20   Page 1 of 4

# EXHIBIT 11



Case 1:19-cv-10256-GHW   Document 99-11   Filed 11/18/20   Page 2 of 4



Case 1:19-cv-10256-GHW   Document 99-11   Filed 11/18/20   Page 3 of 4



https://mail.google.com/mail/u/0?ik=2e436ec74f&view=pt&search=all&permmsgid=msg-f%3A1560854718665560521&simpl=msg-f%3A15608547186…   2/7

