# EXHIBIT 12

Smith 2018 Consensus Feedback Statement

## Lawyer Reviews - Summary Reviews

**Associate:** Cardwell, Kaloma
**Reviewer:** Smith, H. Oliver
**Review Date:** January 12, 2018

**1. Review Type:**
Annual Review

**2. Principal matters worked on by the reviewee which were considered in the evaluation:**

1. ███████████████████████ - 362.3 hours
2. █████████████████████████ - 78.9 hours
3. ███████████████████████████████ - 57.9 hours

[September 2016 - September 2017]

**3. Comments received from:**
No Answer

**4. Substance of evaluation (including reviewee's performance compared to expectations for a lawyer of the same seniority, strengths and weaknesses in the reviewee's performance in the last 12 months, improvements, if any, from prior year's review, etc.):**
No Answer

**5. Did the reviewee receive a commendation for his/her pro bono work or recruiting efforts?**
No Answer

**6. Comments from the reviewee regarding his or her evaluation of his or her performance.**
No Answer

**7. Developmental priorities for the next year (including types of matters, level of responsibility, training, etc.)**
No Answer

Submitted on: 1/16/2018, 5:53 PM