# EXHIBIT 13

Formal Feedback Policy Excerpt

# Orientation

Presented by

**Kathleen Ferrell & Renee DeSantis**

Fall, 2015

**Davis Polk**

Davis Polk & Wardwell LLP

WELCOME TO DAVIS POLK

Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

DPW_SDNY-000000415

# Professional Development

- Formal feedback
  - Forms distributed to all partners & counsel with whom you have worked 75+ hours and senior associates you are asked to identify
  - Discussed among select group of partners and message communicated by a partner
  - Meet with Partner at least annually
- Interim Feedback
  - After rotations for corporate associates
  - Follow-up after fall reviews, if warranted
  - Before transferring to another office

**Davis Polk**

11

Highly Confidential
FOIA/FOIL Confidential Treatment Requested by Davis Polk