# EXHIBIT 15

Presentation for Third-Year Associates



Lawyering 301: Making the Transition Litigation

May 2, 2008

CARDWELL001145

CONFIDENTIAL

# Time and Matter Management

- ▶ Delegation

  - In conjunction with more senior lawyers plan tasks for junior lawyers as far in advance as possible

  - Give clear instructions, ample time to complete and clear, non-artificial deadlines

  - Delegate tasks, not responsibility

- ▶ Learn to manage your time on multiple matters

- ▶ Learn to plan ahead pro-actively, consider contingencies and allow for unexpected problems

- ▶ Responding to staffing requests

DAVIS POLK & WARDWELL

CARDWELL00146

CONFIDENTIAL

## Legal Research and Factual Inquiry

▶ Take an active role in issue-spotting and framing legal and factual questions

▶ Take a significant role in designing factual investigation

▶ Plan research/factual inquiry with an eye to efficiency and strategic execution

▶ Formulate conclusions and other practical suggestions and follow-up

DAVIS POLK & WARDWELL

CARDWELL001147

CONFIDENTIAL

# Written Communications

▶ Tailor written communications for different audiences

▶ Use written communication strategically and in anticipation of reader response

▶ First draft should be genuine attempt at final draft

DAVIS POLK & WARDWELL

CARDWELL00148

CONFIDENTIAL

## Oral Communications

▶ Present complex information clearly and in appropriate detail

▶ Be diplomatic and tactful in dealing with difficult persons/situations

▶ Develop a set of tactics that can be used strategically (if only to look competent and authoritative while you buy time to find the answer, fend off bullying)

▶ Develop "presence": people pay attention to you and what you say has credibility

DAVIS POLK & WARDWELL

CARDWELL00149

CONFIDENTIAL

## Analysis, Judgment and Problem Solving

▶ Spot and think about non-obvious issues

▶ Learn to apply your accumulating repertoire of lawyering skills to come up with novel and creative solutions

▶ Demonstrate sensitivity to big picture concerns, even if they are not your direct responsibility

▶ Learn to prioritize (forest, not trees; tell the important from the unimportant)

▶ Don't be afraid to raise questions about the work or conclusions of seniors

DAVIS POLK & WARDWELL

CARDWELL00150

CONFIDENTIAL

## Teamwork and Interpersonal Relations

▶ Translate instructions and guidance from seniors in ways helpful to juniors

▶ Review the work product of juniors carefully and give constructive feedback

▶ Share credit/give credit up and down the line

  ▪ How to communicate with personnel at all levels

▶ When faced with under-performance, learn to deal with it directly and appropriately; go to a senior if that fails

▶ Learn a "team" approach to client development, *i.e.*, look to promote the team and the firm

DAVIS POLK & WARDWELL

CARDWELL001151

CONFIDENTIAL

## Professionalism and Professional Issues

▶ Learn to identify ethical and professional liability issues and consult with others to resolve them

- E.g., Sarbanes-Oxley requirements

▶ Communicate professionally and accurately (with your DPW colleagues, clients, adversaries, regulators, etc.)

▶ Stay alert to the client's interest

DAVIS POLK & WARDWELL

CARDWELL00152

CONFIDENTIAL

## Business Sense and Client Relationship Skills

▶ Know the client

  ▪ E.g., follow news stories on major clients (Ozmosys)

▶ Understand the business implications of the issues raised in your case

▶ Learn to be sensitive to client atmospherics and client relationship issues (including billing)

▶ Cultivate client relationships

DAVIS POLK & WARDWELL

CARDWELL00153

CONFIDENTIAL

## Open Discussion

▶ Comments?

▶ Questions?

▶ Etc.?

DAVIS POLK & WARDWELL

CARDWELL00154

CONFIDENTIAL