# EXHIBIT 17

Davis Polk Corporate and M&A Roster as of January 2017

# NEW YORK CORPORATE DEPARTMENT PRACTICE AREAS
## AS OF JANUARY 25, 2017

| CREDIT (email credit.lawyers) | | | CAPITAL MARKETS (email cap.lawyers) | | | MERGERS & ACQUISITIONS (email ma.lawyers) | | INVESTMENT MANAGEMENT/ PRIVATE FUNDS (email img.lawyers) | | EXECUTIVE COMPENSATION (email erisa.lawyers) | FINANCIAL INSTITUTIONS (email fig.lawyers) | | REAL ESTATE (email re.lawyers) | ENVIRONMENTAL (email environ.lawyers) | INTELLECTUAL PROPERTY (email ip.lawyers) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance | Insolvency & Restructuring | | Securities Distribution | | Derivatives & Structured Products Group | | | | | | | | | | |
| Dworkin, M** | Bernstein, DS | Moskowitz, E[9] | Blanco, M | Kirkpatrick, DL | Brandow, JM | Aaronson, WH | Hochbaum, L | Jordan, NM* | Landa, L** | Crandall, J** | DeGhenghi, LL | Reynolds, J[7] | Dore, Jr., TP* | | Azzopardi, FJ |
| Florack, JA* | Graulich, T | Resnick, B | Crowley, J | Kronfeld, NA | Ibrahim, R | Amorosi, JD | Kreynin, L | Kawata, Y | Rowland, GS | FitzGerald, ET* | Douglas, J[7] | Rosenberg, G** | Lichter, B | | Shah, P |
| Gill, S | Huebner, MS | Schaible, D | Dostal, D** | Meade, J | Mendez, M** | Bason, Jr., GR | Mills, PR | | | Lin, KT | Guynn, RD* | Schwartz, LA | Rishty, M | | |
| Hadley, JP* | Kaminetzky, BS[9] | Vonnegut, E** | Drucker, RA | Rooney, B** | Schell, C | Bick, JA* | Rinaldi, J | | | McLoughlin, J | Nazareth, A[7] | Tahyar, ME | | | |
| Holland, M | Klein, D | | Garciadiaz, M | Sandler, RJ | Zhang, Y | Birnbaum, H** | Smith, HO | | | Wissel, V | | | | | |
| Kim, JH | | | Hall, JA | Tintle, S | | Butler, JH | Taylor, WL | | | | | | | | |
| Kyrwood, J | | | Hudson, S | Truesdell, Jr., RD* | | Chudd, WJ | Williams, MO | | | | | | | | |
| Steinberg, K | | | Kaplan, M* | | | Davis, M | Wolfe, B** | | | | | | | | |
| Wieman, LE | | | | | | Goldberg, LL | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Perry, JW | Kortright, RT[1] | Millerman, J | Brener, K[1] | Goldstein, MA | Cua, A | Lele, A | | Baker, SB[1] | Gertner, O | Aizen, R | McGuinness, J[7] | Seo, H | Kennedy, SD** | Cheng, L[1**] | Bacal, MJ |
| White, ED | McGreal, M | Szanzer, S | Chiu, N[1] | Mackey, M | Moldowan, M | | | Cooper, JG[2] | Kim, S | Becchina, A[1] | Newman, D | Smith, T | Plotkin, L | Huber, BM** | Bauer, D |
| | | | Fausten, M | Ramsay, J | Steinberg, M | | | | | Mollo-Christensen, D | Paridon, C[7] | Zweihorn, Z[7] | Reddy, S | Zilberberg, D | Gross, M[5] |
| | | | | | Swenson, M | | | | | Shi, C | | | | | |
| | | | | | Walters, D | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Ahn, H | Jackson, V | Raymond, M | Baek, E | Lee, N | Bendetson, M | Anvari, E | Malinowsky, T | Blanco, C | Lin, J[3] | Durbin, T | Angel, D | Lebedev, K | Adler, D | Comstock, M | Bang, J[5] |
| Amato, D | Jerrard, E | Robertson, C | Banker, R | Lee, P | DiFiore, M | Azran, J | Marricco, N | Bremmer, D | Milder, B | Fabiani, C | Allegrante, J[3] | Lee, N | Cerceo, A | Masunaga, Y | Bensley, K |
| Babkine, M[1] | Jin, P | Saxena, C[3] | Bareli, J[3] | Leitner, E | Foran, J | Bajaj, S | Panama, C | Cai, S | Pyo, J | Falco, C | Boyd, J[3] | Marchand, N | Daniels, N | | Chen, B |
| Bady, K | Keeton, D | Schak, B | Barnes, S | Lewis, C | Gewolb, B | Brass, D | Phillips, N | Chen, R | Schuur, N | Fujii, R | Chen, F | Massari, J[7] | Doolittle, L | | Koilvaram, T |
| Buhler, B | Leykekhman, T | Schecter, B | Bermeo, P | Lucena Rebollo, J | Hammond, J | Bryant, M | Pong, G | Hawkins, B | Wang, J | Garmon, J[3] | Choi, C | McLaughlin, E | Goldman, G | | Lee, PS |
| Bulaon, J | Libby, A | Schiff, D | Bezeg, C | Maguire, F | Hsu, A | Burke, A | Rosen, E | Krishnan, P | | Gilbert, A | Damon, H | Means, P | Goodwin, R | | Lefland, S |
| Consla, D | Liu, C | Segal, Y | Byeff, S | Manji, R | Larkins, J | Campbell, F | Russell, B | | | Lane, A[1] | Dhingra, N | Morrison, W | Hirsch, B | | Ravi, A |
| Cowen, A | Mahone, D | Shpeen, A | Chen, A | Miller, R | Lee, W | Cardwell, K | Scharfstein, J | | | Mishra, A | Dinwoodie, J[7] | Mosman, B[7] | Holler, S | | |
| Crichton, A | Manley, F | Steinman, M | Coleman, H | Oberst, M | Luizzi, J | Chan, C | Schweiger, D | | | Salazar, F | Farbish, S | O'Mara, K[7] | Ormsby, C | | |
| Davis, M | Massman, S | Takhteyev, A | Collins-Wood, J | Park, E | Neill, I | Cowcher, M | Sims, M[3] | | | Sieben, B | Garber, R[3] | Pelzer, K | Steinman, J | | |
| Dengel, H | McCormick, D | Tsiouris, N | Connell, P | Payne, J | O'Banion, K | Cunningham, C | Smith, R | | | Triano, T | Grinberg, R | Perkins, L | Won, K | | |
| Falk, A | Nairn, D | Weber, J | Danforth, J | Ramchandani, R | Pinchevsky, J | deSouza Burr, L | Sridharan, A | | | Walsh, T | Hashmall, A | Rohrkemper, A | | | |
| Fan, M | Oh, J | Weiner, J | Falcon, TG | Runne, J | Russo, M | Einhorn, A | Thompson, T | | | Walter, G | Kennedy, C | Samuel, A[3] | | | |
| Goldberg, E | Peppiatt, J | Wheelock, D | Fields, J | Rutherford, W | Sorkin, S | Fitzgerald, R | Tukdi, F | | | Wood, M | Kerslake, J | Sater, M | | | |
| Hait, S[1] | Piraino, S | Witkow, S | Fox, B[3] | Safi, J | Vanhoof, V | Gilson, M | Turano, L | | | | King, M | Scott, C | | | |
| Hanson, J | Potiha, I | Wong, V | Funk, M | Shum, D[3] | Wood, C | Hui, M[3] | Weinstein, J | | | | Klyce Pennoyer, P | Swanson, G | | | |
| Herrig, S | Raddawi, O | | Gibbons, D | Simpkins, P[1] | Zhang, H | Jan, K | Weisman, T[3] | | | | | | | | |
| | | | Glass, M | Terjesen, A | | Kramer, J | Weissman, S | | | | | | | | |
| | | | Gupte, R | Une, B[3] | | Kramer, M | Wen, A | | | | | | | | |
| | | | Jiang, Y | Van Buren, C | | Krause, A | Zhu, A | | | | | | | | |
| | | | Keshvargar, Y | Yi, Z | | Kreider, S | | | | | | | | | |
| | | | Kirio, M | Yu, M | | Lee, M | | | | | | | | | |
| | | | Lan, J | | | | | | | | | | | | |
| | | | | | | Anzai, N[4] | Patel, S | | | | | | | | |
| | | | | | | Chikasawa, R[4] | Rabin, E | | | | | | | | |
| Bachmair, J | Park, A | Xiang, S | Bogdanovich, J | Hitzert, Z[10] | Arabian, J | Ferre, D | Rashid, M | Brasher, M | Lewis, M | Choi, J | Bartlette, D | Roberts, M | Katz, CL | Dean, A | Woller, C |
| Costa, G[4] | Park, E | Wagreich, S | Cheng, A[11] | Jenke, D | Basith, V | Ge, J | Senders, M | Kiviat, T | Marino, J | Sills, J | Johansen, R | Seesel, D | Gauthier, J | | |
| Cunningham, B | Pera, M | Walsh, E | Cortina Escalante, D[4] | Kelly, J[10] | DaCosta, G[4] | Howell, D | Simmonds, A | | | | Moore, B | | Salame, M | | |
| Dummett, I | Pullano, J | Yin, H | Cunha, C[4] | Khazin, R | O'Donnell, N | Kobbe, S | Wu, T[11] | | | | | | | | |
| Hallock, J | Schachter, J | Yokoyama, K[4] | Fischer, C[4] | Maturana, N[4] | Smith, J | Lee, SH | Xu, M | | | | | | | | |
| Labriola, L | Tan, M | | Frankel, J | Melwani, V | | Miki, H | Wachtler, K | | | | | | | | |
| Netzer, O | Tsepelman, B | | Guo, C | Ruggero, C[4] | | Min, J | Wu, D | | | | | | | | |
| **Practice Resources:** Boydell, T; Price, A | | | **Practice Resources:** Green N.; Simon, LA[1] | | | **Practice Resources:** Crosby, R | | | | | **Practice Resources:** Franz, F | | | | |

\* PRACTICE GROUP COORDINATOR  
\*\* ASSIGNMENT COORDINATOR  
† JOINT ASSIGNMENT

(1) PART-TIME / FLEX-TIME  
(2) ON LEAVE  
(3) ON SECONDMENT  
(4) FOREIGN TEMPORARY  
(5) IN MENLO PARK  
(6) ON TEMPORARY ASSIGNMENT  
(7) IN WASHINGTON, D.C.  
(8) ON DEDICATED ASSIGNMENT  
(9) ALSO LISTED IN LITIGATION DEPARTMENT  
(10) LONDON TRAINEE  
(11) HK TRAINEE  
(12) IN TRANSIT TO NY