UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>                    *Plaintiff*,<br><br>v.<br><br>DAVIS POLK & WARDWELL LLP, THOMAS REID, JOHN BICK, HAROLD BIRNBAUM, DANIEL BRASS, and BRIAN WOLFE,<br><br>                    *Defendants*. | 19 Civ. 10256 (GHW) |

## NOTICE OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES

Please take notice that defendants Davis Polk & Wardwell LLP, John Bick, Harold Birnbaum, Daniel Brass, Thomas Reid, and Brian Wolfe will move before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 26 and 37 to compel responses to defendants' written discovery, and for related relief.

A memorandum of law supports this motion and is filed contemporaneously herewith.

Dated: November 18, 2020
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Bruce Birenboim
　　Bruce Birenboim
　　Jeh C. Johnson
　　Susanna Buergel
　　Marissa C.M. Doran

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
bbirenboim@paulweiss.com
jjohnson@paulweiss.com
sbuergel@paulweiss.com
mdoran@paulweiss.com
*Attorneys for Defendants*