# Exhibit 4

Data Export from Davis Polk & Wardwell LLP Lawyer Review System

| [Reviewer] | [Date Solicited] | [Date Last Modified] | [Type] | [Type] | [Meeting Date] |
|---|---|---|---|---|---|
| name | entry_date | status_date | rev_type | type | meeting_date |
| Segal, Yitz | 3/13/2015 | 3/13/2015 | 2 | ad-hoc | |
| Arnaldos, Andres | 3/13/2015 | 3/16/2015 | 2 | ad-hoc | |
| Nicholas, Stevan R.B. | 3/16/2015 | 3/23/2015 | 2 | ad-hoc | |
| Wang, Yuli | 3/16/2015 | 4/6/2015 | 2 | ad-hoc | |
| Witkow, Sanders | 4/7/2015 | 4/10/2015 | 2 | ad-hoc | |
| Arnaldos, Andres | 4/7/2015 | 4/13/2015 | 3 | rotation | |
| Kyrwood, Jason | | 5/11/2015 | 11 [interim review] | | 5/11/2015 |
| Turano, Laura C. | 9/9/2015 | 9/18/2015 | 2 | ad-hoc | |
| Amorosi, John D. | 9/2/2015 | 9/23/2015 | 3 | rotation | |
| Chudd, William J. | 9/2/2015 | 9/23/2015 | 4 | annual (prior to 2016) | |
| Rehman, Zain Ur | 10/28/2015 | 11/2/2015 | 2 | ad-hoc | |
| Chudd, William J. | | 12/22/2015 | 8 [summary review] | | 12/22/2015 |
| Friedman, Brian L. | 6/20/2016 | 6/20/2016 | 2 | ad-hoc | |
| Hall, Joseph A. | 6/17/2016 | 6/20/2016 | 2 | ad-hoc | |
| Hudson, Sophia | 6/17/2016 | 6/20/2016 | 2 | ad-hoc | |
| Turano, Laura C. | 6/20/2016 | 6/21/2016 | 2 | ad-hoc | |
| Bezeg, Christopher M. | 6/17/2016 | 6/22/2016 | 2 | ad-hoc | |
| Amorosi, John D. | 6/14/2016 | 6/22/2016 | 2 | ad-hoc | |
| Bick, John A. | | 6/30/2016 | 11 [interim review] | | 6/30/2016 |
| Butler, John H. | 9/27/2016 | 9/27/2016 | 2 | ad-hoc | |
| Hudson, Sophia | 9/2/2016 | 9/27/2016 | 10 | annual | |
| Turano, Laura C. | 10/4/2016 | 10/4/2016 | 2 | ad-hoc | |
| Campbell, Francesca | 9/30/2016 | 10/4/2016 | 2 | ad-hoc | |
| Kreynin, Leonard | | 3/28/2017 | 8 [summary review] | | 12/19/2016 |
| Hochbaum, Lee | 9/19/2017 | 9/19/2017 | 2 | ad-hoc | |
| Mills, Phillip R. | 10/2/2017 | 10/2/2017 | 2 | ad-hoc | |
| Goldberg, Louis L. | 10/6/2017 | 10/6/2017 | 2 | ad-hoc | |
| Amorosi, John D. | 10/9/2017 | 10/9/2017 | 2 | ad-hoc | |
| Ferrell, Kathleen L. | 8/30/2017 | 10/18/2017 | 10 | annual | |
| Smith, H. Oliver | | 1/16/2018 | 8 [summary review] | | 1/12/2018 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                  DPW_SDNY-000000818