```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
 :
 KALOMA CARDWELL, :
 Plaintiff, :
 :  1:19-cv-10256-GHW
 -v - :
 :  ORDER
 :
 :
DAVIS POLK & WARDWELL LLP, et al., :
 Defendants. :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has received Defendants' motion to seal, Dkt No. 103. Defendants have moved to seal Exhibits 5 and 7 which contain third parties' information, but did not provide affidavits from those third parties. The original briefing schedule was not established with leeway to permit third parties the opportunity to participate in the briefing of this motion. If any third party whose information is subject to the motion to seal wishes to make a submission to the Court in connection with the motion to seal, they may do so no later than December 29, 2020. Defendants are directed to provide a copy of this order and the parties' briefing to the relevant third parties.

SO ORDERED.

Dated: December 20, 2020
_____
GREGORY H. WOODS
United States District Judge