January 6, 2021

**By ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

*Cardwell* v. *Davis Polk & Wardwell LLP,* et al.
19-cv-10256-GHW (S.D.N.Y.)

Dear Judge Woods:

    I write on behalf of Plaintiff pursuant to Section 1.E of Your Honor's Individual Rules of Practice in Civil Cases to request (i) a modest extension of the deadline to file Plaintiff's opposition to Defendants' Partial Motion to Dismiss the Second Amended Complaint (ECF 116) from Friday, January 8 to Wednesday, January 13, and (ii) an enlargement of Plaintiff's opposition brief from 25 to 30 pages.

    Counsel for Defendants do not object to this request, provided that Defendants receive a reciprocal extension of the deadline to file their reply brief from Friday, January 22 to Wednesday, January 27. Plaintiff consents to Defendants' request.

    If the Court requires any further information in support of these requests, Plaintiff will respond promptly to the Court's instructions.

    Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ David Jeffries

David Jeffries

cc (via ECF):

Jeh C. Johnson
Bruce Birenboim
Susanna M. Buergel
Marissa C.M. Doran

*Attorneys for Defendants*