UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DAVIS POLK & WARDWELL LLP, THOMAS REID, JOHN BICK, WILLIAM CHUDD, SOPHIA HUDSON, HAROLD BIRNBAUM, DANIEL BRASS, BRIAN WOLFE, and JOHN BUTLER,<br><br>　　　　　　　　　　*Defendants*. | 19 Civ. 10256 (GHW) |

## NOTICE OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

　　Please take notice that defendants Davis Polk & Wardwell LLP, John Bick, Harold Birnbaum, Daniel Brass, John Butler, William Chudd, Sophia Hudson, Thomas Reid, and Brian Wolfe will move before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 37 awarding fees and costs.

1

A memorandum of law and the Declaration of Susanna Buergel support this motion and are filed contemporaneously herewith.

Dated: January 20, 2021
New York, New York

    Respectfully submitted,

    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

    By: /s/ Bruce Birenboim
        Bruce Birenboim
        Jeh C. Johnson
        Susanna Buergel
        Marissa C.M. Doran

    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3000
    bbirenboim@paulweiss.com
    jjohnson@paulweiss.com
    sbuergel@paulweiss.com
    mdoran@paulweiss.com
    *Attorneys for Defendants*