UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>                         *Plaintiff*,<br><br>  v.<br><br>DAVIS POLK & WARDWELL LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass, Brian Wolfe, and John Butler,<br><br>                        *Defendants*. | 19 Civ. 10256 (GHW) |

**DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR <u>APPLICATION FOR FEES AND COSTS</u>**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendants*

Dated: January 29, 2021

Defendants see no need to burden the Court with further submissions on this application. Defendants rely entirely on their moving papers and leave to the Court's discretion the formulation of an award of fees and costs that is both fair and equitable while also appropriately addressing plaintiff's repeated discovery violations.

Dated:        January 29, 2021
               New York, New York

                              Respectfully submitted,

                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                              By: /s/ Bruce Birenboim
                                  Bruce Birenboim
                                  Jeh C. Johnson
                                  Susanna Buergel
                                  Marissa C.M. Doran

                              1285 Avenue of the Americas
                              New York, New York 10019-6064
                              Telephone: (212) 373-3000
                              bbirenboim@paulweiss.com
                              jjohnson@paulweiss.com
                              sbuergel@paulweiss.com
                              mdoran@paulweiss.com
                              *Attorneys for Defendants*