UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>                                  Plaintiff,<br><br>v.<br><br>DAVIS POLK & WARDWELL LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass, Brian Wolfe, and John H. Butler,<br><br>                                  Defendants. | 1:19-cv-10256-GHW |

### NOTICE OF PLAINTIFF'S MOTION FOR LEAVE
### TO FILE A THIRD AMENDED COMPLAINT

Please take notice that, upon this notice of motion, the accompanying memorandum of law, and the declaration of David Jeffries dated March 17, 2021 and exhibits thereto, plaintiff Kaloma Cardwell will move before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 16(b) and Rule 15(a) of the Federal Rules of Civil Procedure granting plaintiff leave to file the Proposed Third Amended Complaint in this action. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated:  New York, New York  
            March 17, 2021

Respectfully submitted,

_____/s/ David Jeffries_____

David Jeffries

1345 Avenue of the Americas, 33rd Floor

New York, New York 10105<br>
Tel: 212-601-2770<br>
djeffries@jeffrieslaw.nyc

*Attorney for Plaintiff*