# Exhibit 2

**From:** u=Brass; Daniel/O=DAVIS POLK AND WARDWELL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DBRASS
**Sent:** Fri, 22 Jul 2016 14:05:31 -0400 (EDT)
**To:** "Fenner, Carolina K." <carolina.fenner@davispolk.com>
**Subject:** RE:

Let's go with Kaloma then. Thanks very much for hunting!

**From:** Fenner, Carolina K.
**Sent:** Friday, July 22, 2016 1:59 PM
**To:** Brass, Daniel
**Subject:** Re:

Yes, the ▓▓▓▓ deal team had been waiting for him since the prior Thursday, and he was scheduled to return the following Tuesday... It's how bad things have been. The deal is expected to sign this coming week or the following.

**From:** Brass, Daniel
**Sent:** Friday, July 22, 2016 01:57 PM
**To:** Fenner, Carolina K.
**Subject:** RE:

Wow – even John who just came back from secondment?

**From:** Fenner, Carolina K.
**Sent:** Friday, July 22, 2016 1:53 PM
**To:** Brass, Daniel
**Subject:** Re:

On paper none but I am emailing some people to confirm. Staffing has been painfully thin!

**From:** Brass, Daniel
**Sent:** Friday, July 22, 2016 01:42 PM
**To:** Fenner, Carolina K.
**Subject:** RE:

Ok – what other first years (regardless of ability) have time?

**From:** Fenner, Carolina K.
**Sent:** Friday, July 22, 2016 1:42 PM
**To:** Brass, Daniel
**Subject:** Re:

I think that with the proper amount of supervision he can do a good job, but needs to be supervised. Laura has worked with him lately.

**From:** Brass, Daniel
**Sent:** Friday, July 22, 2016 01:38 PM
**To:** Fenner, Carolina K.
**Subject:** RE:

How is he rating at the moment? Last time I used him it really wasn't great

**From:** Fenner, Carolina K.

**Sent:** Friday, July 22, 2016 1:36 PM
**To:** Brass, Daniel
**Subject:** Re:

Hi Dan. The only 2nd year I can offer today/foreseeable future is Kaloma Cardwell. He has 50 percent. Would that work? There's no strong 1st year available... Sorry!

---

**From:** Brass, Daniel
**Sent:** Friday, July 22, 2016 01:28 PM
**To:** Fenner, Carolina K.
**Subject:**

Carolina,

I need some additional staffing to help out Cheryl on a ▮▮▮▮▮▮▮▮ deal. Brian Wolfe is out next week and I will be covering for him on it. Cheryl currently has Andrew Heather to help, but I think she might need some more as the deal is going to be very fast moving with many documents to draft and review. Is there a good second year or great first year with some capacity to help?

Thanks,

Daniel

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
DPW_SDNY–000088629