# Exhibit 4

| From: | "Fabe, Alicia" <alicia.fabe@davispolk.com> |
|---|---|
| Sent: | Fri, 10 Jun 2016 15:04:43 -0400 (EDT) |
| To: | "DeSantis, Renee M." <renee.desantis@davispolk.com> |
| Subject: | Revised PPT for Monday's Meeting with John Bick |
| Attachments: | #52499106v1 - (Corporate Assoc Dev Update - BAG).pptx |

Hi Renee,

Attached is the revised slide deck for our meeting with John on Monday afternoon.  I added some information on Jaryn after our talk with Sophia today.   Also, as we discussed, I added some "Action Items" for some of the associates.

Let me know if you have any other comments or changes before our meeting.  If not, I'll plan to bring copies for you, John and Sharon.

Thanks,
Alicia

**Alicia Fabe**
Associate Development Manager

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4968   tel
212 701 5968   fax
alicia.fabe@davispolk.com

**Davis Polk**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Presented by
Associate Development

June 2016

**Davis Polk**

Davis Polk & Wardwell LLP

CORPORATE ASSOCIATE DEVELOPMENT UPDATE - BAG

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

 DPW_SDNY–000140614

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

DPW_SDNY–000140620

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

DPW_SDNY–000140622



383 Miscellaneous hours in 2015

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DPW_SDNY–000140623

ASSOCIATE – 2014

**2015 REVIEW SUMMARY**

Reviewer: William Chudd

Summary:

> Kaloma received praise for being engaged and eager, he is hard working and always willing to help. Reviewers also noted that he could be more responsive on email communication, and improve his communication with senior lawyers regarding task deadlines and timing of deliverables. He also seemed to overlook more basic tasks in favor of more substantive work, often at the detriment of being able to deliver on the more basic tasks.

**COMMENTS**

Did extra six month rotation in Capital Markets at his request; difficulty staffing him in Capital Markets based on performance issues.

Joined M&A in April. Staffed mainly on due diligence.

> **April 2016 Hours:** 44
> **May 2016 Hours:** 101

Kaloma has been concerned about his billable hours compared to others as well as his standing in his class. His hours have been consistently low since October 2015, with the exception of November 2015.

Kaloma asked for more direct real-time performance evaluations – Bill told him the best way to do this was to seek input from the more senior lawyers on his team after a signing/closing when it is still fresh in his mind. He should ask for areas where he could improve.

**PROFESSIONAL DEVELOPMENT**

With to behind class

2016 Goals:

> Improve communication with senior lawyers re: task deadlines & timing of deliverables.

**ACTION ITEMS**

Provide candid feedback

Discuss CAP advisor assignment in October 2016.

**Davis Polk**

15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DPW_SDNY–000140624

# Redacted

DPW_SDNY–000140625

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Redacted**

DPW_SDNY–000140628

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

DPW_SDNY–000140630

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER