UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>                    *Plaintiff*,<br>     v.<br><br>DAVIS POLK & WARDWELL LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass, Brian Wolfe, and John Butler,<br><br>                    *Defendants*. | 19 Civ. 10256 (GHW)<br><br>NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Greta B. Williams hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Sophia Hudson in the above-captioned action.

I am in good standing of the Bars of the State of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  April 13, 2021                                  Respectfully submitted,

                                                                        /s/ *Greta B. Williams*
                                                                        Greta B. Williams
                                                                        GIBSON, DUNN & CRUTCHER LLP
                                                                        1050 Connecticut Avenue, N.W.
                                                                        Washington, D.C. 20036
                                                                        (202) 955-8500
                                                                        gbwilliams@gibsondunn.com