# Exhibit A

| Employee | Position | Charged Rate | Work Date | Description | Time | Cost |
|---|---|---|---|---|---|---|
| Bruce Birenboim | Partner | 1485.0 | 11/16/2020 | Telephone call with [Senior Associate], Buergel re revision to motion to compel | 0.40 | 594.00 |
| Bruce Birenboim | Partner | 1485.0 | 11/17/2020 | Review and revise motion to compel | 0.90 | 1336.50 |
| Bruce Birenboim | Partner | 1485.0 | 11/18/2020 | Review and revise motion to compel and emails re same | 0.90 | 1336.50 |
| Bruce Birenboim | Partner | 1485.0 | 12/3/2020 | Attn to motion to compel | 0.80 | 1188.00 |
| Bruce Birenboim | Partner | 1485.0 | 12/8/2020 | Attn to reply brief on motion to compel; team meeting re all of the above and case assignments | 0.90 | 1336.50 |
| **Birenboim TOTAL** | | | | | 3.90 | 5791.50 |
| Susanna Buergel | Partner | 1485.0 | 11/3/2020 | Attention to upcoming argument on discovery motion. | 3.70 | 5494.50 |
| Susanna Buergel | Partner | 1485.0 | 11/4/2020 | Attention to discovery motion, including argument in court. | 3.20 | 4752.00 |
| Susanna Buergel | Partner | 1485.0 | 11/7/2020 | Attention to discovery issues, including issues related to joint letter. | 2.40 | 3564.00 |
| Susanna Buergel | Partner | 1485.0 | 11/16/2020 | Attention to draft motion to compel and related discovery issues | 1.20 | 1782.00 |
| Susanna Buergel | Partner | 1485.0 | 11/17/2020 | Attention to draft motion to compel and related issues | 0.80 | 1188.00 |
| Susanna Buergel | Partner | 1485.0 | 11/18/2020 | Attention to draft motion to compel and related discovery issues | 1.00 | 1485.00 |
| Susanna Buergel | Partner | 1485.0 | 12/8/2020 | Attention to preparation of filings including reply on motion to compel | 2.10 | 3118.50 |
| **Buergel TOTAL** | | | | | 14.40 | 21384.00 |
| Senior Associate | Associate | 958.5 | 11/2/2020 | Reviewed discovery materials and drafted talking points for court appearance. | 4.20 | 4025.70 |
| Senior Associate | Associate | 958.5 | 11/4/2020 | Prep relating to Court conference; attendance at same; revised protective order; attention to work product | 3.30 | 3163.05 |
| Senior Associate | Associate | 958.5 | 11/6/2020 | Reviewed draft motion to compel from [Junior Associate] | 0.70 | 670.95 |
| Senior Associate | Associate | 958.5 | 11/15/2020 | Attention to matter. Worked on motion to compel | 3.70 | 3546.45 |
| Senior Associate | Associate | 958.5 | 11/16/2020 | Continued work from previous evening (draft motion to compel) | 2.10 | 2012.85 |
| Senior Associate | Associate | 958.5 | 11/16/2020 | Attention to matter, call re. motion to compel, revisions to motion | 3.60 | 3450.60 |

| Employee | Position | Charged Rate | Work Date | Description | Time | Cost |
|---|---|---|---|---|---|---|
| Senior Associate | Associate | 958.5 | 11/17/2020 | Worked on motion to compel, correspondence with client, finalized exhibits with team | 3.20 | 3067.20 |
| Senior Associate | Associate | 958.5 | 11/18/2020 | Worked on motion to compel filing | 2.60 | 2492.10 |
| Senior Associate | Associate | 958.5 | 12/8/2020 | Worked on reply brief in support of the motion to compel and circulated to clients | 6.60 | 6326.10 |
| Senior Associate | Associate | 958.5 | 12/15/2020 | Revised briefing, Managed filing of motion to compel | 0.60 | 575.10 |
| **Sr. Associate TOTAL** | | | | | 30.60 | 29330.1 |
| Junior Associate | Associate | 598.5 | 11/2/2020 | Searching meet and confer notes for talking points. | 1.00 | 598.50 |
| Junior Associate | Associate | 598.5 | 11/3/2020 | Preparations for court conference | 2.50 | 1496.25 |
| Junior Associate | Associate | 598.5 | 11/4/2020 | Preparations for court conference | 1.90 | 1137.15 |
| Junior Associate | Associate | 598.5 | 11/5/2020 | Drafting motion to compel. | 2.60 | 1556.10 |
| Junior Associate | Associate | 598.5 | 11/5/2020 | Drafting motion to compel. | 4.90 | 2932.65 |
| Junior Associate | Associate | 598.5 | 11/6/2020 | Drafting motion to compel | 4.00 | 2394.00 |
| Junior Associate | Associate | 598.5 | 11/16/2020 | Incorporating cites and compiling sources for motion to compel. | 4.60 | 2753.10 |
| Junior Associate | Associate | 598.5 | 11/16/2020 | Call re. streamlining motion to compel. | 0.60 | 359.10 |
| Junior Associate | Associate | 598.5 | 11/16/2020 | Cite checking and proofing revised motion to compel. | 2.10 | 1256.85 |
| Junior Associate | Associate | 598.5 | 11/17/2020 | Proofing MTC after incorporating client edits | 1.60 | 957.60 |
| Junior Associate | Associate | 598.5 | 11/17/2020 | Incorporating changes to exhibits for motion to compel | 0.70 | 418.95 |
| Junior Associate | Associate | 598.5 | 11/17/2020 | Cite checking and proofing revised motion to compel. | 1.60 | 957.60 |
| Junior Associate | Associate | 598.5 | 11/17/2020 | Cite checking motion to compel | 0.30 | 179.55 |
| Junior Associate | Associate | 598.5 | 11/17/2020 | Preparing notice of motion for motion to compel. | 0.90 | 538.65 |
| Junior Associate | Associate | 598.5 | 11/17/2020 | Incorporating B. Birenboim edits into Motion to Compel | 2.70 | 1615.95 |
| Junior Associate | Associate | 598.5 | 11/17/2020 | Locating examples of deficiencies in plaintiff's production | 2.00 | 1197.00 |
| Junior Associate | Associate | 598.5 | 11/17/2020 | Preparing motion to compel for transmission to client | 0.10 | 59.85 |
| Junior Associate | Associate | 598.5 | 11/17/2020 | Reviewing [client] edits to motion to compel. | 0.10 | 59.85 |
| Junior Associate | Associate | 598.5 | 11/18/2020 | Incorporating changes to exhibits for motion to compel | 0.60 | 359.10 |
| Junior Associate | Associate | 598.5 | 11/18/2020 | Incorporating edits to motion to compel. | 2.40 | 1436.40 |
| Junior Associate | Associate | 598.5 | 11/18/2020 | Incorporating further edits to motion to compel | 2.40 | 1436.40 |

2

| Employee | Position | Charged Rate | Work Date | Description | Time | Cost |
|---|---|---|---|---|---|---|
| Junior Associate | Associate | 598.5 | 11/18/2020 | Preparing motion to compel for filing. | 4.40 | 2633.40 |
| Junior Associate | Associate | 598.5 | 12/3/2020 | Reviewing plaintiff's opposition to motion to compel. | 2.00 | 1197.00 |
| Junior Associate | Associate | 598.5 | 12/3/2020 | Research for reply ISO motion to compel. | 6.50 | 3890.25 |
| Junior Associate | Associate | 598.5 | 12/3/2020 | Drafting reply ISO motion to compel. | 1.40 | 837.90 |
| Junior Associate | Associate | 598.5 | 12/4/2020 | Drafting reply ISO motion to compel. | 8.60 | 5147.10 |
| Junior Associate | Associate | 598.5 | 12/5/2020 | Drafting reply ISO motion to compel. | 1.90 | 1137.15 |
| Junior Associate | Associate | 598.5 | 12/8/2020 | Proofreading, cite-checking, and preparing MTC | 3.40 | 2034.90 |
| Junior Associate | Associate | 598.5 | 12/9/2020 | Preparing MTC for filing | 3.60 | 2154.60 |
| **Jr. Associate TOTAL** | | | | | 71.40 | 42732.9 |
| Paralegal | Paralegal | 297.0 | 11/17/2020 | Assist [Junior Associate] with slip-sheeting and formatting exhibits, File email correspondence | 0.60 | 178.20 |
| Paralegal | Paralegal | 297.0 | 12/3/2020 | Coordinate w Research to pull cases cited in brief | 0.50 | 148.50 |
| **Paralegal TOTAL** | | | | | 1.10 | 326.70 |
| **TOTAL** | | | | | 121.40 | 99565.20 |

3