UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>                *Plaintiff*,<br><br>                v.<br><br>DAVIS POLK & WARDELL LLP, THOMAS REID, JOHN BICK, WILLIAM CHUDD, SOPHIA HUDSON, HAROLD BIRNBAUM, DANIEL BRASS, BRIAN WOLFE, and JOHN H. BUTLER,<br><br>                *Defendants*. | Case No. 19-cv-10256-GHW<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

      Please take notice that defendants Davis Polk & Wardell, John Bick, Harold Birnbaum, Daniel Brass, John H. Butler, William Chudd, Sophia Hudson, Thomas Reid, and Brian Wolfe by and through their undersigned counsel, upon the accompanying Memorandum of Law, Rule 56.1 Statement, and Declarations of Susanna Buergel, Charles S. Duggan, Daniel Brass, John H. Butler, William Chudd, Leonard Kreynin, and Brian Wolfe, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of defendants on all of plaintiff's claims in the above-captioned action for the reasons set forth in the accompanying Memorandum of Law, and for such other and further relief as the Court deems just and proper.

Dated: December 3, 2021

                                          Respectfully submitted,

                                          PAUL, WEISS, RIFKIND, WHARTON
                                          & GARRISON LLP

                                          /s/ Bruce Birenboim
                                          Bruce Birenboim
                                          Susanna Buergel

        Jeh C. Johnson
        Marissa C.M. Doran

        1285 Avenue of the Americas
        New York, New York 10019
        Phone: 212-373-3000
        bbirenboim@paulweiss.com
        jjohnson@paulweiss.com
        sbuergel@paulweiss.com
        mdoran@paulweiss.com

        *Attorneys for Defendants*