```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   KALOMA CARDWELL,                             :
                                                :
                            Plaintiff,          :
              -v-                               :     1:19-cv-10256-GHW
                                                :
   DAVID POLK & WARDWELL LLP, et al.,           :     ORDER
                                                :
                            Defendants.         :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2022

GREGORY H. WOODS, United States District Judge:

Pursuant to Rule 21.7(b) of the Court's Electronic Case Filing Rules and Instructions, Plaintiff emailed the Court on January 22, 2022 requesting to seal Dkt. No. 255 because Plaintiff mistakenly filed certain exhibits without redactions. Plaintiff's request under Rule 21.7(b) is granted in part. Plaintiff is directed to comply with Rule 4(a) of the Court's Individual Rules of Practice in Civil Cases.

The Clerk of Court is directed to change the viewing level for Dkt No. 255 to parties only.

SO ORDERED.

Dated: January 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge