```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   KALOMA CARDWELL,                              :
                                                 :
                              Plaintiff,         :
                 -v-                             :     1:19-cv-10256-GHW
                                                 :
   DAVID POLK & WARDWELL LLP, et al.,            :         ORDER
                                                 :
                              Defendants.        :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2022

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the conference held on February 14, 2022, Defendants are relieved of the obligation under the Court's individual rules that they reply to Plaintiffs counterstatement of facts. The facts included in Plaintiff's counterstatement will not be deemed admitted for purposes of the motion. The Court may determine that further action is necessary to address Plaintiff's noncompliance, to the extent there is noncompliance.

The parties are directed to file a joint letter to the Court no later than February 17, 2022, outlining the parties' views regarding Plaintiff's proposal to brief whether the Court should impose additional sanctions in connection with Plaintiff's counterstatement of facts. The parties are further directed to provide their views regarding Plaintiff's proposed motion to strike certain materials as a result of alleged Rule 26 violations. The joint letter should also include the parties' positions on whether, and to what extent, any modifications to Defendants' deadline to reply to Plaintiff's opposition to the motion for summary judgment are necessary.

Finally, for the reasons stated on the record, Plaintiff's motion to reopen discovery is denied.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 240, 241.

SO ORDERED.

Dated: February 15, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge