UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>       Plaintiff,<br><br>       v.<br><br>DAVIS POLK & WARDELL LLP, THOMAS REID, JOHN BICK, WILLIAM CHUDD, SOPHIA HUDSON, HAROLD BIRNBAUM, DANIEL BRASS, and BRIAN WOLFE,<br><br>       Defendants. | Case No. 19-cv-10256-GHW |

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

    PLEASE TAKE NOTICE that, upon the annexed declaration of Marissa C.M. Doran, and subject to the approval of the Court, Marissa C.M. Doran hereby withdraws as counsel for defendants Davis Polk & Wardell LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass and Brian Wolfe, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.   Bruce Birenboim, Susanna Buergel and Jeh Johnson of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent

Davis Polk & Wardwell LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass and Brian Wolfe in this proceeding.

Dated: New York, New York
April 29, 2022

        PAUL, WEISS, RIFKIND, WHARTON
          & GARRISON LLP

        */s/ Marissa C.M. Doran*
        Marissa C.M. Doran
        1285 Avenue of the Americas
        New York, New York 10019
        Phone: 212-373-3000
        Email: mdoran@paulweiss.com
        *Counsel for Davis Polk & Wardwell LLP, et al.*

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS POLK & WARDELL LLP, THOMAS REID, JOHN BICK, WILLIAM CHUDD, SOPHIA HUDSON, HAROLD BIRNBAUM, DANIEL BRASS, and BRIAN WOLFE,<br><br>Defendants. | Case No. 19-cv-10256-GHW |

# DECLARATION OF MARISSA C.M. DORAN

I, Marissa C.M. Doran, declare and state as follows:

1. I am an associate at the law firm of Paul, Weiss Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019, counsel for defendants Davis Polk & Wardell LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass and Brian Wolfe (collectively, the "Defendants"). I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for the Defendants because I am leaving the employ of Paul, Weiss.

2. Bruce Birenboim, Susanna Buergel and Jeh Johnson of Paul, Weiss will continue to represent the Defendants in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2022
       New York, New York

                                       */s/ Marissa C.M. Doran*
                                       Marissa C.M. Doran

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 29, 2022, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system and on April 29, 2022, caused a true and correct copy of the foregoing to be served upon Michael Flynn, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017 by Federal Express for overnight delivery.

*/s/ Marissa C.M. Doran*
Marissa C.M. Doran