USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVIS POLK & WARDELL LLP, THOMAS REID, JOHN BICK, WILLIAM CHUDD, SOPHIA HUDSON, HAROLD BIRNBAUM, DANIEL BRASS, and BRIAN WOLFE,<br><br>　　　　　　Defendants. | **MEMORANDUM ENDORSED**<br><br><br>Case No. 19-cv-10256-GHW |

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

　　　　PLEASE TAKE NOTICE that, upon the annexed declaration of Marissa C.M. Doran, and subject to the approval of the Court, Marissa C.M. Doran hereby withdraws as counsel for defendants Davis Polk & Wardell LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass and Brian Wolfe, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.   Bruce Birenboim, Susanna Buergel and Jeh Johnson of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent

Davis Polk & Wardwell LLP, Thomas Reid, John Bick, William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass and Brian Wolfe in this proceeding.

Dated: New York, New York
April 29, 2022

          PAUL, WEISS, RIFKIND, WHARTON
           & GARRISON LLP

          */s/ Marissa C.M. Doran*
          Marissa C.M. Doran
          1285 Avenue of the Americas
          New York, New York 10019
          Phone: 212-373-3000
          Email: mdoran@paulweiss.com
          *Counsel for Davis Polk & Wardwell LLP, et al.*

Application granted. The Clerk of Court is instructed to terminate Marissa C.M. Doran from the list of active counsel in this case.

SO ORDERED.

Dated: April 29, 2022
New York, New York

          _____
          GREGORY H. WOODS
          United States District Judge