```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
KALOMA CARDWELL,                                :
:
                          Plaintiff,    :    1:19-cv-10256-GHW
:
               -v -                                    :    ORDER
:
DAVIS POLK AND WARDWELL LLP, *et al.*,   :
:
                      Defendants.    :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    In an opinion dated February 16, 2023, this Court granted in part and denied in part Defendants' summary-judgment motion. Dkt. No. 305. In order to help set a trial date for this case, the parties are hereby ordered to meet and confer and provide to the Court (a) the anticipated length of trial for the case and (b) any dates in the months of September, October, November, or December 2023 when either party would be *unavailable* for trial. The parties are ordered to provide this information to the Court by letter on the docket no later than February 24, 2023.

    SO ORDERED.

Dated: February 16, 2023
       New York, New York

                                                    _____
                                                      GREGORY H. WOODS
                                                  United States District Judge