```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KALOMA CARDWELL,                                              :
                                                              :
                              Plaintiff,                      :   1:19-cv-10256-GHW
                                                              :
            -v -                                              :   ORDER
                                                              :
DAVIS POLK AND WARDWELL LLP, *et al.*,                        :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In a February 16, 2023 opinion, this Court allowed some aspects of Plaintiff's retaliation claims to proceed, but both dismissed Plaintiff's discrimination claims in full and found that Plaintiff was not entitled to frontpay or backpay damages. Dkt. No. 305. As a result, the issues remaining in this case are now substantially narrower than they were before the Court's February 16 opinion. Nonetheless, the process of litigating the case through trial will require a significant expenditure of time and resources for all parties. An amicable resolution of this dispute would avoid those costs, and may have other benefits for the parties. Accordingly, by separate order the Court has referred the parties to the assigned magistrate judge to mediate a potential settlement of this action.

      SO ORDERED.

Dated: March 6, 2023
       New York, New York

                                                                 GREGORY H. WOODS
                                                      United States District Judge