```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
KALOMA CARDWELL,                                                  :
                                                                  :
                                        Plaintiff,                :    1:19-cv-10256-GHW
                                                                  :
                      -v -                                        :    ORDER
                                                                  :
DAVIS POLK AND WARDWELL LLP, et al.,                              :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2023

GREGORY H. WOODS, United States District Judge:

As discussed at the July 5, 2023 conference, Plaintiff's request to push back the deadline for submission of pretrial materials is denied. Additionally, the parties are directed to submit their own versions (rather than a joint version) of jury instructions, *voir dire* questions, and the verdict form by September 22, 2023. The Court sets the following prefiling schedules for other pretrial materials:

- *Brief Description of the Case; Overview of the Applicable Law*:
    - 9/1/2023: Plaintiff's drafts exchanged.
    - 9/6/2023: Defendants' edits and objections to Plaintiff's drafts exchanged.
    - 9/8/2023: Plaintiff's further edits and objections.
    - 9/13/2023: Defendants' further edits and objections.

- *Joint Pretrial Order*
    - 9/5/2023: Defendants' draft of the joint pretrial order.
    - 9/12/2023: Plaintiff's edits and objections to the joint pretrial order.
    - 9/15/2023: Defendants' further edits and objections to the joint pretrial order.
    - 9/19/2023: Plaintiff's further edits to the joint pretrial order.

- *Exhibit Lists and Objections*
    - 9/5/2023: Parties' mutual exchange of exhibit lists.
    - 9/20/2023: Parties' mutual exchange of objections to exhibits.

- *Deposition Designations, Objections, and Counter-Designations*
    - 9/5/2023: Parties' mutual exchange of deposition designations.

- o  9/14/2023:  Parties' mutual exchange of objections and counter-designations to deposition designations.
- o  9/20/2023:  Parties' mutual exchange of objections to counter-designations and further counter-counter-designations for completeness.

In addition, the Court directs the parties to exchange a list of topics on which they anticipate moving *in limine* by August 17, 2023, and to meet-and-confer on that subject by August 24, 2023, in a good-faith attempt to narrow (though stipulations or otherwise) the evidentiary disputes that need be presented to the Court through motions *in limine*.  Additionally, the parties' motions *in limine* must be filed as a single, omnibus brief with separately numbered motions *in limine* within the brief; the full size of each party's opening omnibus brief must not exceed forty pages.  Each party's omnibus opposition to the other party's motions must not exceed forty pages, and each party's omnibus reply must not exceed twenty pages.  The deadline for the filing of such motions is:

- 9/15/2023:  Motions *in limine*.
- 9/28/2023:  Oppositions to motions *in limine*.
- 10/3/2023:  Replies in support of motions *in limine*.

Finally, the parties are directed to include, in the witness lists submitted as part of their pretrial filings, an indication of whether each witness is a "will-call" or "may-call" witness.

SO ORDERED.

Dated: July 5, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge