UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>        *Plaintiff,*<br>v.<br><br>DAVIS POLK & WARDWELL LLP, THOMAS REID, JOHN BICK, and DANIEL BRASS.<br><br>        *Defendants.* | Case No. 19 Civ. 10256 (GHW) |

    PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants Davis Polk & Wardwell LLP, Thomas Reid, John Bick, and Daniel Brass.

Dated: September 15, 2023

                Respectfully submitted,

                PAUL, WEISS, RIFKIND, WHARTON &
                GARRISON LLP

                By: */s/ Martha L. Goodman*
                   Martha L. Goodman
                   2001 K Street NW
                   Washington, DC 20006-1047
                   Telephone: (202) 223-7300
                   mgoodman@paulweiss.com
                   *Attorney for Defendants*