Plaintiff's Trial Exhibit List with Defendants' Objections
Appendix 1 to Proposed Joint Pretrial Order

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 001 | N/A | Enlarged versions of the exhibits of any party | |
| 002 | N/A | Enlarged excerpts of the deposition or trial testimony of any witness | 802, 106 |
| 003 | N/A | Electronic highlighting and/or cropping and/or "pop-outs" of the exhibits of any party | |
| 004 | N/A | Electronic highlighting and/or cropping and/or "pop-outs" of the deposition or trial testimony of any witness | 802, 106 |
| 005 | N/A | Compilations of information contained within the exhibits of any party, including, but not limited to, lists, charts, graphs, tables, timelines, PowerPoint presentations, slide shows or any other form of presenting such information | 106, 1002 |
| 006 | N/A | Compilations of the deposition or trial testimony of any witness, including, but not limited to, lists, charts, graphs, tables, timelines, PowerPoint presentations, slide shows or any other form of presenting such information | 802, 106, 1002 |
| 007 | N/A | Plaintiff's Performance Reviews | |
| 008 | DPW_SDNY-000036550 | DPW_SDNY-000041845 | MIL 7, CP, 402, 403, 802, 805 |
| 009 | N/A | Dkt. No. 228 Kreynin's Declaration | 402, 403, 802 |
| 010 | N/A | Dkt. No. 224 Duggan's Declaration | 402, 403, 802 |
| 011 | N/A | Dkt. No. 229 Wolfe's Declaration | 402, 403, 802 |
| 012 | N/A | Dkt. No. 226 Butler's Declaration | 402, 403, 802 |
| 013 | N/A | Dkt. No. 227 Chudd's Declaration | 402, 403, 802 |
| 014 | N/A | Dkt. No. 225 Brass's Declaration | 402, 403 |
| 015 | N/A | Davis Polk's Privilege and Redaction Log | MIL 8, 402, 403, 802 |
| 016 | N/A | Davis Polk's ROs to Plaintiff's First Set of Interrogatories | 402, 403 |
| 017 | N/A | Reid ROs to Plaintiff's First Set of Interrogatories | 402, 403 |
| 018 | N/A | Bick ROs to Plaintiff's First Set of Interrogatories | 402, 403 |
| 019 | N/A | Brass ROs to Plaintiff's First Set of Interrogatories | 402, 403 |
| 020 | N/A | Birnbaum ROs to Plaintiff's First Set of Interrogatories | 402, 403, 802 |
| 021 | N/A | Butler's ROs to Plaintiff's First Set of Interrogatories | 402, 403, 802 |
| 022 | N/A | Wolfe's ROs to Plaintiff's First Set of Interrogatories | 402, 403, 802 |
| 023 | N/A | Hudson's ROs to Plaintiff's First Set of Interrogatories | 402, 403, 802 |
| 024 | N/A | Chudd ROs to Plaintiff's First Set of Interrogatories | 402, 403, 802 |
| 025 | N/A | Defendants' ROs to Plaintiff's RFAs | 402, 403, 802 |
| 026 | N/A | Defendants' Answer to Plaintiff's Third Amended Complaint | 402, 403, 802 |
| 027 | N/A | January 20, 2020 Defendants' Initial Disclosures | MIL 8, 402, 403, 802 |
| 028 | N/A | Dkt. No. 1, Case 1:14-cv-03741 | MIL 4, 402, 403, 404, 802, 805 |
| 029 | N/A | Dkt. No. 10, Case 1:14-cv-03741 | MIL 4, 402, 403, 404, 802, 805 |
| 030 | N/A | Dkt. No. 70, Case 1:14-cv-03741 | MIL 4, 402, 403, 404, 802, 805 |

Plaintiff's Trial Exhibit List with Defendants' Objections
Appendix 1 to Proposed Joint Pretrial Order

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 031 | N/A | Dkt. No. 71, Case 1:14-cv-03741 | MIL 4, 402, 403, 404, 802, 805 |
| 032 | N/A | Dkt. No. 76, Case 1:14-cv-03741 | MIL 4, 402, 403, 404, 802, 805 |
| 033 | N/A | Dkt. No. 76-1, Case 1:14-cv-03741 | MIL 4, 402, 403, 404, 802, 805 |
| 034 | N/A | Dkt. No. 76-2, Case 1:14-cv-03741 | MIL 4, 402, 403, 404, 802, 805 |
| 035 | N/A | Dkt. No. 79, Case 1:14-cv-03741 | MIL 4, 402, 403, 404, 802, 805 |
| 036 | N/A | Dkt. No. 81, Case 1:14-cv-03741 | MIL 4, 402, 403, 404, 802, 805 |
| 037 | CARDWELL001521 | CARDWELL001521 [Audio Recording] | 802, 805 |
| 038 | N/A | Client Memo: Just How Iron-Clad are Contractual Rights to Payment On Preferred Stock of a Solvent Company? | provide copy of exhibit |
| 039 | DPW_SDNY–000142683 | | |
| 040 | DPW_SDNY–000142319 | | |
| 041 | DPW_SDNY–000142685 | | |
| 042 | DPW_SDNY–000144232 | DPW_SDNY–000144241 | 402, 802 |
| 043 | DPW_SDNY–000143945 | | |
| 044 | DPW_SDNY–000144224 | DPW_SDNY–000144231 | 802, 402, 403 |
| 045 | DPW_SDNY–000165047 | | |
| 046 | DPW_SDNY–000144183 | DPW_SDNY–000144184 | |
| 047 | DPW_SDNY–000143946 | DPW_SDNY–000143947 | |
| 048 | DPW_SDNY–000140930 | DPW_SDNY–000140932 | 402, MIL 3, 403 |
| 049 | DPW_SDNY–000143948 | | |
| 050 | DPW_SDNY–000143949 | | |
| 051 | DPW_SDNY–000143952 | DPW_SDNY–000143956 | |
| 052 | DPW_SDNY–000143950 | DPW_SDNY–000143951 | |
| 053 | DPW_SDNY–000143957 | DPW_SDNY–000143960 | 402, 403 |
| 054 | DPW_SDNY–000143961 | DPW_SDNY–000143964 | |
| 055 | DPW_SDNY–000045684 | | 106 |
| 056 | DPW_SDNY–000143965 | | |
| 057 | DPW_SDNY–000143966 | | |
| 058 | DPW_SDNY–000144197 | | |
| 059 | DPW_SDNY–000165272 | DPW_SDNY–000165273 | 402 |
| 060 | DPW_SDNY–000143978 | | 106, 402 |
| 061 | DPW_SDNY–000165045 | | |
| 062 | DPW_SDNY–000143967 | | |
| 063 | DPW_SDNY–000143968 | | |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 064 | DPW_SDNY–000143969 | | |
| 065 | DPW_SDNY–000143970 | DPW_SDNY–000143971 | |
| 066 | DPW_SDNY–000143972 | DPW_SDNY–000143976 | |
| 067 | DPW_SDNY–000097954 | DPW_SDNY–000097955 | 402 |
| 068 | DPW_SDNY–000098155 | | 802, 805 |
| 069 | DPW_SDNY–000143977 | | |
| 070 | DPW_SDNY–000165040 | | |
| 071 | DPW_SDNY–000143979 | | |
| 072 | DPW_SDNY–000143981 | | 106 |
| 073 | DPW_SDNY–000165051 | | 106 |
| 074 | DPW_SDNY–000165052 | | |
| 075 | DPW_SDNY–000143983 | DPW_SDNY–000143984 | |
| 076 | DPW_SDNY–000143985 | DPW_SDNY–000143988 | |
| 077 | DPW_SDNY–000143989 | DPW_SDNY–000143992 | |
| 078 | DPW_SDNY–000167943 | DPW_SDNY–000167944 | 402, 106, 403 |
| 079 | DPW_SDNY–000167972 | DPW_SDNY–000167977 | 106, 402, 403 |
| 080 | DPW_SDNY–000167945 | DPW_SDNY–000167946 | 402, 106 |
| 081 | DPW_SDNY–000167978 | DPW_SDNY–000167983 | 106, 402, 403 |
| 082 | DPW_SDNY–000167947 | DPW_SDNY–000167948 | 402, 106, 403 |
| 083 | DPW_SDNY–000167984 | DPW_SDNY–000167989 | 106, 402, 403 |
| 084 | DPW_SDNY–000167949 | DPW_SDNY–000167950 | 402, 106, 403 |
| 085 | DPW_SDNY–000167990 | DPW_SDNY–000167995 | 106, 402, 403 |
| 086 | DPW_SDNY–000167951 | DPW_SDNY–000167952 | 402, 106, 403 |
| 087 | DPW_SDNY–000167996 | DPW_SDNY–000168001 | 106, 402, 403 |
| 088 | DPW_SDNY–000167953 | DPW_SDNY–000167955 | 402, 106, 403 |
| 089 | DPW_SDNY–000168002 | DPW_SDNY–000168004 | 106, 402, 403 |
| 090 | DPW_SDNY–000167956 | DPW_SDNY–000167958 | 402, 106, 403 |
| 091 | DPW_SDNY–000168005 | DPW_SDNY–000168007 | 106, 402, 403 |
| 092 | DPW_SDNY–000167959 | DPW_SDNY–000167961 | 402, 106, 403 |
| 093 | DPW_SDNY–000168008 | DPW_SDNY–000168010 | 106, 402, 403 |
| 094 | DPW_SDNY–000167962 | DPW_SDNY–000167964 | 402, 106, 403 |
| 095 | DPW_SDNY–000168011 | DPW_SDNY–000168013 | 106, 402, 403 |
| 096 | DPW_SDNY–000167965 | DPW_SDNY–000167967 | 402, 106, 403 |
| 097 | DPW_SDNY–000168014 | DPW_SDNY–000168016 | 106, 402, 403 |
| 098 | DPW_SDNY–000167968 | DPW_SDNY–000167969 | 402, 106, 403 |
| 099 | DPW_SDNY–000167970 | DPW_SDNY–000167971 | 402, 106, 403 |
| 100 | DPW_SDNY–000142677 | DPW_SDNY–000142678 | 402, 403 |
| 101 | DPW_SDNY–000140775 | | 402, 403 |
| 102 | DPW_SDNY–000000075 | | 402 |
| 103 | DPW_SDNY–000000087 | | 402 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 104 | DPW_SDNY–000000724 | DPW_SDNY–000000817 | |
| 105 | DPW_SDNY–000142792 | DPW_SDNY–000143047 | 402 |
| 106 | DPW_SDNY–000142392 | | 402, D (PTX645) |
| 107 | N/A | Opinion - Adam Grant and Sheryl Sandberg on Discrimination at Work - The New York Times.pdf | 402, 403, 802 |
| 108 | DPW_SDNY–000165053 | DPW_SDNY–000165065 | D (PTX203, PTX228, PTX658), 402, 403, 802, 805 |
| 109 | DPW_SDNY–000165064 | | D (PTX108, PTX660), 402, 403, 802, 805 |
| 110 | DPW_SDNY–000045555 | DPW_SDNY–000045589 | 402, 403, 411, CP, MIL 9 |
| 111 | DPW_SDNY–000000577 | DPW_SDNY–000000723 | |
| 112 | DPW_SDNY–000046958 | DPW_SDNY–000046962 | 402, 403, MIL 7 |
| 113 | DPW_SDNY–000099150 | DPW_SDNY–000099153 | 402, 403, MIL 7 |
| 114 | DPW_SDNY–000051882 | DPW_SDNY–000051886 | 402, 403, MIL 7 |
| 115 | DPW_SDNY–000000287 | DPW_SDNY–000000574 | MIL 6, 402, 403, MIL 2 |
| 116 | DPW_SDNY–000142019 | DPW_SDNY–000142026 | MIL 5, 402, 403, 802, 106 |
| 117 | DPW_SDNY–000144439 | DPW_SDNY–000144440 | MIL 5, 402, 403, 802, 106 |
| 118 | CARDWELL001766 | CARDWELL001772 | MIL 5, 402, 403, MIL 1, MIL 2 |
| 119 | DPW_SDNY–000000114 | DPW_SDNY–000000115 | MIL 5, 402, 403, 802, 106 |
| 120 | CARDWELL001773 | CARDWELL001779 | MIL 5, 402, 403, MIL 1, MIL 2 |
| 121 | CARDWELL001780 | CARDWELL001782 | MIL 5, 402, 403, MIL 1, MIL 2 |
| 122 | DPW_SDNY–000000116 | DPW_SDNY–000000126 | MIL 5, MIL 6, 402, 403 |
| 123 | DPW_SDNY–000000028 | DPW_SDNY–000000043 | MIL 5, 402, 403, 802 |
| 124 | DPW_SDNY–000000097 | DPW_SDNY–000000109 | MIL 5, 402, 403, 802 |
| 125 | DPW_SDNY–000140889 | DPW_SDNY–000140895 | 106 |
| 126 | DPW_SDNY–000000270 | | |
| 127 | DPW_SDNY–000000271 | DPW_SDNY–000000272 | |
| 128 | DPW_SDNY–000144495 | | 802, 106 |
| 129 | DPW_SDNY–000143583 | | |
| 130 | DPW_SDNY–000143583 | | |
| 131 | DPW_SDNY–000143599 | | MIL 7 |
| 132 | CARDWELL002854 | CARDWELL002872 | MIL 7, 402, CP |
| 133 | CARDWELL000645 | | MIL 3, 802, 805, 402, 403 |
| 134 | DPW_SDNY–000165429 | | 402 |
| 135 | DPW_SDNY–000165430 | | 402 |
| 136 | DPW_SDNY–000098092 | | 802 |
| 137 | CARDWELL005593 | CARDWELL005615 | MIL 1, 402, 403, 802 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 138 | DPW_SDNY–000143584 | DPW_SDNY–000144524 | MIL 1, 402, 403, 802 |
| 139 | DPW_SDNY–000099978 | DPW_SDNY–000099979 | 802, 402, 403 |
| 140 | DPW_SDNY–000141202 | | MIL 7 |
| 141 | CARDWELL002854 | | MIL 7, 402, D (PTX132) |
| 142 | DPW_SDNY–000143348 | | 402, 403 |
| 143 | DPW_SDNY–000141917 | | MIL 1, 402 |
| 144 | CARDWELL002855 | | MIL 7, 402, 403, D (PTX132) |
| 145 | DPW_SDNY–000141640 | | MIL 7, 402 |
| 146 | DPW_SDNY–000141642 | | 802, 805 |
| 147 | DPW_SDNY–000164463 | DPW_SDNY–000164464 | |
| 148 | CARDWELL002856 | CARDWELL002857 | MIL 7, 402, 403, D (PTX132) |
| 149 | DPW_SDNY–000141227 | DPW_SDNY–000141228 | MIL 7 |
| 150 | DPW_SDNY–000165180 | | 402 |
| 151 | DPW_SDNY–000164465 | DPW_SDNY–000164467 | 402 |
| 152 | DPW_SDNY–000098110 | DPW_SDNY–000098116 | 402, 403 |
| 153 | DPW_SDNY–000165255 | | 402, 106 |
| 154 | DPW_SDNY–000140508 | | 402, 802, 805 |
| 155 | DPW_SDNY–000140509 | DPW_SDNY–000140510 | 402, 403, 802 |
| 156 | CARDWELL002858 | | MIL 7, 402, 403, D (PTX132) |
| 157 | DPW_SDNY–000141646 | | 402, 802 |
| 158 | DPW_SDNY–000140513 | DPW_SDNY–000140514 | 402, 403, 805 |
| 159 | DPW_SDNY–000141271 | DPW_SDNY–000141272 | |
| 160 | DPW_SDNY–000141293 | | 402, 802, 805 |
| 161 | DPW_SDNY–000140518 | DPW_SDNY–000140527 | 402, 403 |
| 162 | DPW_SDNY–000165509 | | 106, 402, 403 |
| 163 | DPW_SDNY–000165510 | | 402, 403 |
| 164 | DPW_SDNY–000141296 | DPW_SDNY–000141298 | MIL 7 |
| 165 | DPW_SDNY–000141299 | | MIL 7 |
| 166 | DPW_SDNY–000141743 | | MIL 7, 402 |
| 167 | DPW_SDNY–000141304 | | MIL 7 |
| 168 | DPW_SDNY–000141305 | | MIL 7 |
| 169 | DPW_SDNY–000141308 | DPW_SDNY–000141310 | MIL 7 |
| 170 | DPW_SDNY–000141311 | | 802 |
| 171 | DPW_SDNY–000141312 | | MIL 7 |
| 172 | DPW_SDNY–000141774 | DPW_SDNY–000141775 | 402 |
| 173 | DPW_SDNY–000142041 | | 402, 802, 805 |
| 174 | DPW_SDNY–000165186 | | 402 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 175 | DPW_SDNY–000141778 | | |
| 176 | DPW_SDNY–000141924 | DPW_SDNY–000141925 | 802 |
| 177 | DPW_SDNY–000165267 | DPW_SDNY–000165268 | |
| 178 | DPW_SDNY–000164487 | DPW_SDNY–000164489 | 402 |
| 179 | DPW_SDNY–000011126 | DPW_SDNY–000011127 | 402, 403 |
| 180 | CARDWELL002859 | CARDWELL002860 | MIL 7, 402, 403, D (PTX132) |
| 181 | CARDWELL002861 | | MIL 7, 402, 403, D (PTX132) |
| 182 | CARDWELL002862 | | MIL 7, 402, 403, D (PTX132) |
| 183 | DPW_SDNY–000162123 | DPW_SDNY–000162124 | 802 |
| 184 | KCARDWELL021539 | | MIL 7, 802 |
| 185 | DPW_SDNY–000041861 | | MIL 7 |
| 186 | KCARDWELL021546 | | MIL 7, 802 |
| 187 | DPW_SDNY–000140152 | DPW_SDNY–000140153 | 802, 805 |
| 188 | DPW_SDNY–000041864 | | MIL 7, 402, 802 |
| 189 | DPW_SDNY–000000974 | | |
| 190 | DPW_SDNY–000041868 | | MIL 7, 402, 802 |
| 191 | DPW_SDNY–000041872 | DPW_SDNY–000041875 | 402, 802, MIL 7 |
| 192 | DPW_SDNY–000041886 | | MIL 7, 402 |
| 193 | DPW_SDNY–000102417 | DPW_SDNY–000102418 | 402 |
| 194 | CARDWELL002863 | | MIL 7, 402, 403, D (PTX132) |
| 195 | DPW_SDNY–000099960 | DPW_SDNY–000099961 | 402 |
| 196 | DPW_SDNY–000140246 | | 402 |
| 197 | DPW_SDNY–000105342 | DPW_SDNY–000105343 | 402 |
| 198 | CARDWELL002864 | | MIL 7, 402, 403, D (PTX132) |
| 199 | DPW_SDNY–000141329 | DPW_SDNY–000141330 | MIL 7, 802 |
| 200 | DPW_SDNY–000141937 | | 402, 802 |
| 201 | DPW_SDNY–000165205 | DPW_SDNY–000165206 | 402, 802 |
| 202 | DPW_SDNY–000042313 | | |
| 203 | DPW_SDNY–000165053 | DPW_SDNY–000165065 | D (PTX108, PTX658), 402, 403, 802, 805 |
| 204 | DPW_SDNY–000141331 | | MIL 7 |
| 205 | DPW_SDNY–000141334 | | MIL 7 |
| 206 | DPW_SDNY–000141339 | DPW_SDNY–000141340 | 802 |
| 207 | CARDWELL002865 | | MIL 7, 402, 403, D (PTX132) |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 208 | DPW_SDNY–000086743 | | MIL 7, 106 |
| 209 | DPW_SDNY–000141787 | DPW_SDNY–000141788 | 402 |
| 210 | DPW_SDNY–000102413 | DPW_SDNY–000102414 | 402 |
| 211 | DPW_SDNY–000141789 | | |
| 212 | DPW_SDNY–000141790 | | |
| 213 | DPW_SDNY–000141791 | DPW_SDNY–000141792 | |
| 214 | DPW_SDNY–000091956 | | MIL7 |
| 215 | DPW_SDNY–000105346 | | 106, 402, 403 |
| 216 | DPW_SDNY–000091957 | | 802, 805 |
| 217 | DPW_SDNY–000141341 | | |
| 218 | DPW_SDNY–000144008 | DPW_SDNY–000144009 | 402 |
| 219 | DPW_SDNY–000098034 | | 106 |
| 220 | DPW_SDNY–000099958 | DPW_SDNY–000099959 | 402 |
| 221 | DPW_SDNY–000165441 | | 802, 402 |
| 222 | DPW_SDNY–000165442 | | 402, 403 |
| 223 | DPW_SDNY–000168081 | DPW_SDNY–000168086 | 802, 805 |
| 224 | DPW_SDNY–000141793 | DPW_SDNY–000141796 | MIL 7 |
| 225 | CARDWELL002866 | | MIL 7, 402, 403, D (PTX132) |
| 226 | DPW_SDNY–000144527 | | 802, 805, 402, 403 |
| 227 | DPW_SDNY–000144529 | DPW_SDNY–000144552 | 402, 403, 802, 805 |
| 228 | DPW_SDNY–000165053 | DPW_SDNY–000165065 | D (PTX108, PTX203, PTX658), 402, 403, 802, 805 |
| 229 | DPW_SDNY–000140154 | DPW_SDNY–000140155 | 402 |
| 230 | DPW_SDNY–000144292 | DPW_SDNY–000144293 | 402, 403 |
| 231 | DPW_SDNY–000094960 | | 402 |
| 232 | DPW_SDNY–000140564 | DPW_SDNY–000140565 | 402, 403 |
| 233 | DPW_SDNY–000045504 | DPW_SDNY–000045505 | MIL 7 |
| 234 | DPW_SDNY–000141348 | DPW_SDNY–000141349 | MIL 7 |
| 235 | DPW_SDNY–000086908 | | MIL 7 |
| 236 | DPW_SDNY–000164304 | | 402, 403, MIL 1 |
| 237 | DPW_SDNY–000164510 | | 402, 403 |
| 238 | DPW_SDNY–000141939 | | 402 |
| 239 | DPW_SDNY–000141804 | DPW_SDNY–000141806 | MIL 7 |
| 240 | DPW_SDNY–000141815 | | MIL7 |
| 241 | DPW_SDNY–000045506 | | MIL 7, 802, 805 |
| 242 | DPW_SDNY–000141817 | DPW_SDNY–000141818 | MIL 7 |
| 243 | DPW_SDNY–000100376 | | MIL 7, 802 |
| 244 | DPW_SDNY–000105125 | DPW_SDNY–000105126 | MIL 7, 802 |

Case 1:19-cv-10256-GHW   Document 334-1   Filed 09/22/23   Page 8 of 20
Plaintiff's Trial Exhibit List with Defendants' Objections
Appendix 1 to Proposed Joint Pretrial Order

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 245 | DPW_SDNY–000100378 | | MIL 7, 802 |
| 246 | DPW_SDNY–000100381 | DPW_SDNY–000100382 | MIL 7, 802 |
| 247 | DPW_SDNY–000028150 | DPW_SDNY–000028151 | MIL 7, 802, 805 |
| 248 | DPW_SDNY–000160923 | | MIL 7, 106, 403 |
| 249 | DPW_SDNY–000141352 | | |
| 250 | DPW_SDNY–000141821 | | |
| 251 | DPW_SDNY–000015658 | DPW_SDNY–000015659 | MIL 7 |
| 252 | DPW_SDNY–000015660 | DPW_SDNY–000015661 | MIL 7, 402, 403 |
| 253 | DPW_SDNY–000096375 | | MIL 7, 402, 403, 802 |
| 254 | DPW_SDNY–000144442 | DPW_SDNY–000144443 | 402 |
| 255 | DPW_SDNY–000091958 | | |
| 256 | DPW_SDNY–000167391 | | |
| 257 | CARDWELL002867 | CARDWELL002868 | MIL 7, 402, 403, D (PTX132) |
| 258 | DPW_SDNY–000045526 | | MIL 7, 402, 802, 805 |
| 259 | DPW_SDNY–000098125 | | 402 |
| 260 | DPW_SDNY–000165410 | | 402, 805 |
| 261 | DPW_SDNY–000141824 | | 402 |
| 262 | DPW_SDNY–000093366 | | MIL 7, 802, 805 |
| 263 | DPW_SDNY–000140569 | DPW_SDNY–000140570 | 402, 403, 802 |
| 264 | CARDWELL005584 | CARDWELL005585 | MIL 1, 402, 403, 802 |
| 265 | DPW_SDNY–000144025 | | 402, 802 |
| 266 | DPW_SDNY–000096468 | | MIL 7 |
| 267 | DPW_SDNY–000027533 | | |
| 268 | CARDWELL002869 | | MIL 7, 402, 403, D (PTX132) |
| 269 | KCARDWELL021629 | | 802 |
| 270 | DPW_SDNY–000141358 | | |
| 271 | KCARDWELL021315 | KCARDWELL021316 | MIL 7, 106, 802, 402 |
| 272 | KCARDWELL021313 | | 106, MIL 7, 802, 402 |
| 273 | DPW_SDNY–000098205 | | 402 |
| 274 | DPW_SDNY–000098037 | | 106, 802, 805 |
| 275 | DPW_SDNY–000141943 | DPW_SDNY–000141960 | MIL 7, 106 |
| 276 | DPW_SDNY–000141962 | | 402 |
| 277 | CARDWELL000526 | CARDWELL000527 | 802 |
| 278 | DPW_SDNY–000098132 | DPW_SDNY–000098134 | 802, 805 |
| 279 | CARDWELL002870 | | MIL 7, 402, 403, D (PTX132) |
| 280 | DPW_SDNY–000096512 | | MIL 7 |
| 281 | DPW_SDNY–000143444 | | MIL 1, 402, 403, 802 |

Case 1:19-cv-10256-GHW   Document 334-1   Filed 09/22/23   Page 9 of 20
Plaintiff's Trial Exhibit List with Defendants' Objections
Appendix 1 to Proposed Joint Pretrial Order

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 282 | CARDWELL001450 | CARDWELL001455 | 802, 805 |
| 283 | DPW_SDNY–000141363 | | |
| 284 | DPW_SDNY–000032059 | DPW_SDNY–000032060 | 802, 402 |
| 285 | DPW_SDNY–000000474 | DPW_SDNY–000000521 | MIL 1, 402, 403, 802 |
| 286 | DPW_SDNY–000141364 | | 402, 802, 805 |
| 287 | DPW_SDNY–000141840 | | MIL 7 |
| 288 | DPW_SDNY–000045535 | | MIL 7, 402 |
| 289 | DPW_SDNY–000141369 | DPW_SDNY–000141370 | MIL 7 |
| 290 | DPW_SDNY–000096513 | | MIL 7 |
| 291 | DPW_SDNY–000144242 | DPW_SDNY–000144246 | 402, 403, 802 |
| 292 | DPW_SDNY–000141967 | | 402, 802 |
| 293 | CARDWELL001602 | CARDWELL001603 | 402, 802, 1002, CP |
| 294 | DPW_SDNY–000162109 | DPW_SDNY–000162110 | MIL 7, 402 |
| 295 | DPW_SDNY–000143340 | | 402, 403 |
| 296 | DPW_SDNY–000140822 | | 402 |
| 297 | DPW_SDNY–000105367 | | 402, 802, 805 |
| 298 | DPW_SDNY–000165511 | DPW_SDNY–000165517 | 402, 403 |
| 299 | DPW_SDNY–000162107 | | 802 |
| 300 | DPW_SDNY–000143351 | DPW_SDNY–000143352 | |
| 301 | DPW_SDNY–000144471 | DPW_SDNY–000144475 | 402, 403, 802, 805 |
| 302 | DPW_SDNY–000165357 | | |
| 303 | DPW_SDNY–000164803 | DPW_SDNY–000164840 | 402, 403, MIL 7 |
| 304 | DPW_SDNY–000164841 | DPW_SDNY–000164878 | MIL 7, 402, 403 |
| 305 | DPW_SDNY–000164541 | | 106, 402 |
| 306 | DPW_SDNY–000164542 | | MIL 1, 402, 403, 802 |
| 307 | DPW_SDNY–000140827 | | 802, 805 |
| 308 | DPW_SDNY–000140828 | | |
| 309 | DPW_SDNY–000141386 | | |
| 310 | DPW_SDNY–000141387 | DPW_SDNY–000141388 | 402, 403 |
| 311 | DPW_SDNY–000164765 | DPW_SDNY–000164767 | 402, 403 |
| 312 | DPW_SDNY–000165497 | | 106, 402 |
| 313 | DPW_SDNY–000165498 | | MIL 1, 402, 403, 802 |
| 314 | CARDWELL000543 | CARDWELL000544 | 802, 402, 403 |
| 315 | DPW_SDNY–000141506 | | 402 |
| 316 | DPW_SDNY–000141390 | | MIL 7 |
| 317 | DPW_SDNY–000086917 | | D (PTX335), 802 |
| 318 | DPW_SDNY–000141872 | | 802, 805 |
| 319 | DPW_SDNY–000140831 | | |
| 320 | DPW_SDNY–000097764 | | 802, 805 |
| 321 | DPW_SDNY–000141875 | DPW_SDNY–000141876 | MIL 7 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 322 | DPW_SDNY–000141042 | DPW_SDNY–000141044 | 402, 403 |
| 323 | DPW_SDNY–000141398 | | MIL 7 |
| 324 | CARDWELL000554 | CARDWELL000555 | |
| 325 | CARDWELL001225 | | 402, 403, 802, 805 |
| 326 | DPW_SDNY–000141399 | | MIL7 |
| 327 | DPW_SDNY–000141877 | | MIL 7 |
| 328 | DPW_SDNY–000047798 | | 402 |
| 329 | DPW_SDNY–000141401 | | MIL 7 |
| 330 | DPW_SDNY–000141402 | | MIL 7 |
| 331 | CARDWELL000564 | CARDWELL000565 | MIL 7 |
| 332 | DPW_SDNY–000140680 | | 402, 802, 805 |
| 333 | DPW_SDNY–000141045 | | 402 |
| 334 | DPW_SDNY–000088628 | DPW_SDNY–000088629 | MIL 7 |
| 335 | DPW_SDNY–000086917 | | D (PTX317), 802 |
| 336 | CARDWELL000561 | CARDWELL000563 | |
| 337 | DPW_SDNY–000160411 | DPW_SDNY–000160412 | MIL 7 |
| 338 | CARDWELL000566 | CARDWELL000569 | 802, 805 |
| 339 | DPW_SDNY–000165361 | | MIL 7 |
| 340 | DPW_SDNY–000165363 | DPW_SDNY–000165364 | MIL 7 |
| 341 | DPW_SDNY–000165365 | DPW_SDNY–000165366 | MIL 7 |
| 342 | CARDWELL000572 | CARDWELL000573 | MIL 7 |
| 343 | DPW_SDNY–000143521 | | 802, 805 |
| 344 | DPW_SDNY–000165367 | DPW_SDNY–000165368 | MIL 7, 402 |
| 345 | CARDWELL000579 | | 402, 403, 802 |
| 346 | CARDWELL000580 | | 106, 402 |
| 347 | DPW_SDNY–000105317 | | MIL 7 |
| 348 | CARDWELL000642 | CARDWELL000643 | MIL 7, 802, 805, 106 |
| 349 | DPW_SDNY–000140683 | DPW_SDNY–000140684 | 402, 802, 805, 403 |
| 350 | DPW_SDNY–000140682 | | 402, 802, 805, 403 |
| 351 | DPW_SDNY–000140685 | | 402, 802, 805, 403 |
| 352 | DPW_SDNY–000140686 | | 402, 802, 805, 403 |
| 353 | DPW_SDNY–000140681 | | 402, 802, 805, 106, 403 |
| 354 | DPW_SDNY–000141403 | | |
| 355 | DPW_SDNY–000141404 | | |
| 356 | DPW_SDNY–000141405 | DPW_SDNY–000141406 | MIL7 |
| 357 | DPW_SDNY–000099560 | | |
| 358 | DPW_SDNY–000100430 | | |
| 359 | DPW_SDNY–000141974 | | 403 |
| 360 | CARDWELL006362 | | 802 |

Case 1:19-cv-10256-GHW   Document 334-1   Filed 09/22/23   Page 11 of 20
Plaintiff's Trial Exhibit List with Defendants' Objections
Appendix 1 to Proposed Joint Pretrial Order

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 361 | DPW_SDNY–000105377 | | MIL 7, 402, 403, 802, 805, 106 |
| 362 | DPW_SDNY–000105381 | | MIL 7, 402, 403, 802, 805, 106 |
| 363 | DPW_SDNY–000045291 | DPW_SDNY–000045292 | 402 |
| 364 | CARDWELL000641 | | MIL 7, 402, 802, 106 |
| 365 | DPW_SDNY–000134245 | DPW_SDNY–000134252 | MIL 7 |
| 366 | DPW_SDNY–000088634 | | MIL 7 |
| 367 | CARDWELL000644 | | MIL 7, 106 |
| 368 | DPW_SDNY–000098141 | DPW_SDNY–000098143 | |
| 369 | DPW_SDNY–000097989 | | |
| 370 | DPW_SDNY–000144023 | | MIL 7, 802 |
| 371 | DPW_SDNY–000134780 | | 802, 805 |
| 372 | DPW_SDNY–000105335 | DPW_SDNY–000105337 | |
| 373 | DPW_SDNY–000097947 | | |
| 374 | DPW_ SDNY–000097840 | | 402 |
| 375 | DPW_SDNY–000165426 | DPW_SDNY–000165427 | 802, 402, 403 |
| 376 | DPW_SDNY–000143547 | | 802, 805 |
| 377 | DPW_SDNY–000086074 | | MIL 7, 402 |
| 378 | DPW_SDNY–000089925 | DPW_SDNY–000089926 | 802, 805 |
| 379 | DPW_SDNY–000143970 | DPW_SDNY–000143971 | D (PTX065), 402 |
| 380 | DPW_SDNY–000027531 | DPW_SDNY–000027532 | MIL 7 |
| 381 | DPW_SDNY–000097948 | | 403 |
| 382 | DPW_SDNY–000105281 | | 402 |
| 383 | DPW_SDNY–000137552 | | |
| 384 | DPW_SDNY–000137553 | | |
| 385 | DPW_SDNY–000097950 | DPW_SDNY–000097951 | MIL 7 |
| 386 | DPW_SDNY–000086081 | | |
| 387 | DPW_SDNY–000086082 | | MIL 7 |
| 388 | DPW_SDNY–000086083 | DPW_SDNY–000086084 | |
| 389 | CARDWELL001519 | | 802 |
| 390 | CARDWELL002871 | | MIL 7, 402, 403, D (PTX132) |
| 391 | DPW_SDNY–000165518 | | 106, 402, 403 |
| 392 | DPW_SDNY–000165519 | | 402, 802, 403 |
| 393 | CARDWELL000657 | | 402, 403, 802, 805 |
| 394 | DPW_SDNY—000164987 | DPW_SDNY—000164988 | 402, 802, 403 |
| 395 | DPW_SDNY–000097954 | DPW_SDNY–000097955 | D (PTX067) |
| 396 | DPW_SDNY–000165222 | | 402 |
| 397 | DPW_SDNY–000140688 | | 402 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 398 | DPW_SDNY–000086091 | | |
| 399 | DPW_SDNY–000097518 | DPW_SDNY–000097519 | MIL 7 |
| 400 | DPW_SDNY–000045538 | DPW_SDNY–000045540 | 402, 403 |
| 401 | DPW_SDNY–000105432 | | |
| 402 | DPW_SDNY–000137554 | | 402 |
| 403 | DPW_SDNY–000046576 | DPW_SDNY–000046577 | 802, 805 |
| 404 | DPW_SDNY–000141409 | | 402, MIL 2 |
| 405 | DPW_SDNY–000141407 | DPW_SDNY–000141408 | 402, MIL 2 |
| 406 | DPW_SDNY–000141379 | | 402 |
| 407 | DPW_SDNY–000140843 | | 402, MIL 2, 802 |
| 408 | CARDWELL001252 | CARDWELL001255 | 106, 802, 402, 403 |
| 409 | DPW_SDNY–000045636 | DPW_SDNY–000045637 | 106, 402, 403, 802 |
| 410 | CARDWELL001247 | CARDWELL001250 | 106, 802, 402, 403 |
| 411 | DPW_SDNY–000086096 | DPW_SDNY–000086097 | 802, 805 |
| 412 | DPW_SDNY–000105323 | | |
| 413 | DPW_SDNY–000105279 | | |
| 414 | DPW_SDNY–000046578 | | 802 |
| 415 | CARDWELL001448 | | 802 |
| 416 | DPW_SDNY–000141062 | DPW_SDNY–000141064 | 402, 403, 802 |
| 417 | DPW_SDNY–000098147 | DPW_SDNY–000098151 | MIL 7, 402, 403, 802, 805 |
| 418 | DPW_SDNY–000140848 | | 402 |
| 419 | DPW_SDNY–000140851 | | 402, 805, 802 |
| 420 | DPW_SDNY–000141059 | | 106, 402, 403 |
| 421 | CARDWELL001515 | | 802, 805, D (PTX422) |
| 422 | DPW_SDNY–000143339 | | 802, 805, D (PTX421) |
| 423 | DPW_SDNY–000165380 | DPW_SDNY-000165381 | 802, 402, 403 |
| 424 | DPW_SDNY–000092034 | | 402 |
| 425 | DPW_SDNY–000105325 | | |
| 426 | DPW_SDNY–000140856 | | 802, 805 |
| 427 | DPW_SDNY–000105408 | | |
| 428 | DPW_SDNY–000140858 | DPW_SDNY-000140859 | 802, 805 |
| 429 | DPW_SDNY–000140860 | DPW_SDNY-000140861 | 802, 805 |
| 430 | DPW_SDNY–000141071 | | 802, 805 |
| 431 | DPW_SDNY–000105409 | | |
| 432 | DPW_SDNY–000140862 | | 802, 805 |
| 433 | DPW_SDNY–000097959 | | 802, 805 |
| 434 | DPW_SDNY–000098153 | DPW_SDNY-000098154 | 802, 805 |
| 435 | DPW_SDNY–000098076 | | 802, 805 |
| 436 | DPW_SDNY–000097960 | | 802, 805 |
| 437 | DPW_SDNY–000141978 | DPW_SDNY-000141979 | 802, 805 |

Case 1:19-cv-10256-GHW   Document 334-1   Filed 09/22/23   Page 13 of 20
Plaintiff's Trial Exhibit List with Defendants' Objections
Appendix 1 to Proposed Joint Pretrial Order

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 438 | DPW_SDNY–000098155 | | 802, 805, D (PTX068) |
| 439 | DPW_SDNY–000140866 | | |
| 440 | DPW_SDNY–000105412 | | 402 |
| 441 | DPW_SDNY–000144463 | | 402 |
| 442 | DPW_SDNY–000105398 | | 402 |
| 443 | DPW_SDNY–000105414 | | |
| 444 | DPW_SDNY–000098078 | | MIL 7 |
| 445 | DPW_SDNY–000141982 | | 402 |
| 446 | DPW_SDNY–000105422 | | 402 |
| 447 | DPW_SDNY–000097541 | | MIL 7 |
| 448 | DPW_SDNY–000160414 | DPW_SDNY-000160415 | MIL 7 |
| 449 | CARDWELL001516 | CARDWELL001518 | 802, 805 |
| 450 | CARDWELL002035 | CARDWELL002087 | 402, 403, 404, 802, 805, 901, 1002, 106, CP, MIL 1, MIL 2, MIL 4 |
| 451 | CARDWELL001235 | | 802, 805 |
| 452 | DPW_SDNY–000141072 | | 402 |
| 453 | DPW_SDNY–000105428 | | |
| 454 | DPW_SDNY–000097963 | | |
| 455 | DPW_SDNY–000051996 | | 802 |
| 456 | CARDWELL003038 | CARDWELL003042 | 402 |
| 457 | DPW_SDNY–000159380 | DPW_SDNY-000159384 | 106 |
| 458 | DPW_SDNY–000164578 | DPW_SDNY-000164579 | 402, 802 |
| 459 | DPW_SDNY–000139452 | DPW_SDNY-000139453 | 106 |
| 460 | DPW_SDNY–000165237 | | MIL 1, 402, 403, 802, 805 |
| 461 | DPW_ SDNY–000097968 | | |
| 462 | DPW_ SDNY–000052001 | | 802, 805 |
| 463 | CARDWELL001575 | CARDWELL001578 | 802, 1002, ILL |
| 464 | DPW_SDNY–000141983 | | |
| 465 | DPW_SDNY–000165384 | | 402 |
| 466 | N/A | June 15, 2016 Asian Attorneys Steering Committee Presentation to Tom Reid Re Bias | provide copy of exhibit; 402, 403, 802 |
| 467 | DPW_SDNY–000141984 | DPW_SDNY–000142018 | MIL 7 |
| 468 | DPW_SDNY–000139478 | | 106 |
| 469 | DPW_SDNY–000139405 | | 402, 106 |
| 470 | DPW_SDNY–000086124 | DPW_SDNY-000086125 | |
| 471 | DPW_SDNY–000165049 | DPW_SDNY-000165050 | MIL 7, 402, 403 |
| 472 | DPW_SDNY–000097977 | DPW_SDNY–000097978 | 802, 805 |
| 473 | DPW_SDNY–000164598 | | 106, 402 |
| 474 | DPW_SDNY–000164599 | | MIL 1, 402, 403, 802, MIL 7 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 475 | CARDWELL003035 | CARDWELL003036 | 802 |
| 476 | CARDWELL003033 | CARDWELL003034 | 802 |
| 477 | DPW_SDNY–000164942 | | |
| 478 | CARDWELL005616 | CARDWELL005618 | 802, 402, 403 |
| 479 | DPW_SDNY–000140143 | | 802 |
| 480 | DPW_SDNY–000052139 | DPW_SDNY-000052142 | 802, MIL7 |
| 481 | DPW_SDNY–000140752 | DPW_SDNY-000140753 | |
| 482 | DPW_SDNY–000141073 | | 402, 403 |
| 483 | DPW_SDNY–000141074 | | 402, 403 |
| 484 | DPW_SDNY–000165499 | DPW_SDNY–00016506 | MIL 1, 402, 403, 802 |
| 485 | DPW_SDNY–000042741 | | MIL 7, 402 |
| 486 | DPW_SDNY–000097904 | | 402 |
| 487 | DPW_SDNY–000086138 | | 802 |
| 488 | DPW_SDNY–000167345 | DPW_SDNY-000167390 | MIL 7, 402, 802, 805, 403 |
| 489 | DPW_SDNY–000098097 | DPW_SDNY-000098100 | MIL 7, 402, 802, 805 |
| 490 | DPW_SDNY–000085136 | | MIL 7 |
| 491 | DPW_SDNY–000085140 | | MIL 7 |
| 492 | DPW_SDNY–000140125 | DPW_SDNY-000140127 | MIL 7 |
| 493 | DPW_SDNY–000085142 | DPW_SDNY-000085143 | MIL 7 |
| 494 | DPW_SDNY–000085141 | | MIL 7 |
| 495 | DPW_SDNY–000164690 | DPW_SDNY-000164692 | MIL 1, 402, 403, 802 |
| 496 | DPW_SDNY–000164693 | | MIL 1, 402, 403, 802, D (PTX670) |
| 497 | DPW_SDNY–000144024 | | 402 |
| 498 | DPW_SDNY–000086198 | | |
| 499 | DPW_SDNY–000019957 | DPW_SDNY-000019963 | MIL 7 |
| 500 | CARDWELL000696 | CARDWELL000925 | 802, 402, 403, MIL 1, MIL 2, MIL 3, MIL 5, CP |
| 501 | DPW_SDNY–000144021 | DPW_SDNY-000144022 | |
| 502 | DPW_SDNY–000140222 | | 402 |
| 503 | CARDWELL001238 | CARDWELL001245 | 802, 805 |
| 504 | DPW_SDNY–000105468 | | |
| 505 | DPW_SDNY–000144392 | | D (PTX512) |
| 506 | DPW_SDNY–000097987 | DPW_SDNY–000097988 | |
| 507 | DPW_SDNY–000085149 | DPW_SDNY-000085151 | MIL 7 |
| 508 | DPW_SDNY–000097543 | | MIL 7 |
| 509 | DPW_SDNY–000097544 | | MIL 7 |
| 510 | DPW_SDNY–000105472 | DPW_SDNY-000105473 | 402 |
| 511 | DPW_SDNY–000165431 | DPW_SDNY-000165440 | MIL 7 |
| 512 | DPW_SDNY–000144393 | DPW_SDNY-000144394 | D (PTX505) |

Case 1:19-cv-10256-GHW   Document 334-1   Filed 09/22/23   Page 15 of 20
Plaintiff's Trial Exhibit List with Defendants' Objections
Appendix 1 to Proposed Joint Pretrial Order

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 513 | DPW_SDNY–000085157 | | 402 |
| 514 | DPW_SDNY–000141183 | | 402, 403, 802, 805 |
| 515 | DPW_SDNY–000140805 | DPW_SDNY-000140806 | 402, 403, 802, 805, MIL 1 |
| 516 | DPW_SDNY–000045274 | DPW_SDNY-000045275 | 402 |
| 517 | DPW_SDNY–000165254 | | 402, 403 |
| 518 | DPW_SDNY–000142623 | | MIL 1, 402, 403, 802 |
| 519 | CARDWELL005352 | CARDWELL005353 | MIL 8, 402, 403, 802 |
| 520 | DPW_SDNY-000165911 | | MIL 1, 402, 403, 802 |
| 521 | DPW_SDNY-000165929 | DPW_SDNY-000165930 | MIL 1, 402, 403, 802 |
| 522 | DPW_SDNY-000165909 | DPW_SDNY-000165910 | MIL 1, 402, 403, 802 |
| 523 | DPW_SDNY-000165927 | DPW_SDNY-000165928 | MIL 1, 402, 403, 802 |
| 524 | DPW_SDNY-000166049 | | MIL 1, 402, 403, 802 |
| 525 | DPW_SDNY-000166063 | | MIL 1, 402, 403, 802 |
| 526 | DPW_SDNY-000166048 | | MIL 1, 402, 403, 802 |
| 527 | DPW_SDNY-000166075 | DPW_SDNY-000166076 | MIL 1, 402, 403, 802 |
| 528 | DPW_SDNY-000166046 | DPW_SDNY-000166047 | MIL 1, 402, 403, 802 |
| 529 | DPW_SDNY-000166058 | DPW_SDNY-000166059 | MIL 1, 402, 403, 802 |
| 530 | DPW_SDNY-000166064 | | MIL 1, 402, 403, 802 |
| 531 | DPW_SDNY-000166054 | | MIL 1, 402, 403, 802 |
| 532 | DPW_SDNY-000166072 | DPW_SDNY-000166074 | MIL 1, 402, 403, 802 |
| 533 | DPW_SDNY-000166057 | | MIL 1, 402, 403, 802 |
| 534 | DPW_SDNY-000166070 | DPW_SDNY-000166071 | MIL 1, 402, 403, 802 |
| 535 | DPW_SDNY-000166050 | DPW_SDNY-000166051 | MIL 1, 402, 403, 802 |
| 536 | DPW_SDNY-000166043 | DPW_SDNY-000166044 | MIL 1, 402, 403, 802 |
| 537 | DPW_SDNY-000166055 | DPW_SDNY-000166056 | MIL 1, 402, 403, 802 |
| 538 | DPW_SDNY-000166068 | DPW_SDNY-000166069 | MIL 1, 402, 403, 802 |
| 539 | DPW_SDNY-000166066 | DPW_SDNY-000166067 | MIL 1, 402, 403, 802 |
| 540 | DPW_SDNY-000166045 | | MIL 1, 402, 403, 802 |
| 541 | DPW_SDNY-000165782 | | MIL 1, 402, 403, 802 |
| 542 | DPW_SDNY-000165780 | DPW_SDNY-000165781 | MIL 1, 402, 403, 802 |
| 543 | DPW_SDNY-000165797 | | MIL 1, 402, 403, 802 |
| 544 | DPW_SDNY-000165761 | DPW_SDNY-000165762 | MIL 1, 402, 403, 802 |
| 545 | DPW_SDNY-000165795 | DPW_SDNY-000165796 | MIL 1, 402, 403, 802 |
| 546 | DPW_SDNY-000165790 | DPW_SDNY-000165791 | MIL 1, 402, 403, 802 |
| 547 | DPW_SDNY-000165747 | DPW_SDNY-000165748 | MIL 1, 402, 403, 802 |
| 548 | DPW_SDNY-000165793 | DPW_SDNY-000165794 | MIL 1, 402, 403, 802 |
| 549 | DPW_SDNY-000165696 | DPW_SDNY-000165697 | MIL 1, 402, 403, 802 |
| 550 | DPW_SDNY-000165665 | | MIL 1, 402, 403, 802 |
| 551 | DPW_SDNY-000165673 | DPW_SDNY-000165674 | MIL 1, 402, 403, 802 |
| 552 | DPW_SDNY-000165671 | DPW_SDNY-000165672 | MIL 1, 402, 403, 802 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 553 | DPW_SDNY-000165689 | DPW_SDNY-000165690 | MIL 1, 402, 403, 802 |
| 554 | DPW_SDNY-000165676 | DPW_SDNY-000165677 | MIL 1, 402, 403, 802 |
| 555 | DPW_SDNY-000165681 | DPW_SDNY-000165682 | MIL 1, 402, 403, 802 |
| 556 | DPW_SDNY-000165694 | DPW_SDNY-000165695 | MIL 1, 402, 403, 802 |
| 557 | DPW_SDNY-000165688 | | MIL 1, 402, 403, 802 |
| 558 | DPW_SDNY-000165698 | DPW_SDNY-000165699 | MIL 1, 402, 403, 802 |
| 559 | DPW_SDNY-000165692 | | MIL 1, 402, 403, 802 |
| 560 | DPW_SDNY-000165843 | DPW_SDNY-000165844 | MIL 1, 402, 403, 802 |
| 561 | DPW_SDNY-000165842 | DPW_SDNY-000165843 | MIL 1, 402, 403, 802 |
| 562 | DPW_SDNY-000165812 | DPW_SDNY-000165813 | MIL 1, 402, 403, 802 |
| 563 | DPW_SDNY-000165824 | | MIL 1, 402, 403, 802 |
| 564 | DPW_SDNY-000165840 | DPW_SDNY-000165841 | MIL 1, 402, 403, 802 |
| 565 | DPW_SDNY-000165808 | DPW_SDNY-000165809 | MIL 1, 402, 403, 802 |
| 566 | DPW_SDNY-000165833 | DPW_SDNY-000165834 | MIL 1, 402, 403, 802 |
| 567 | DPW_SDNY-000165821 | DPW_SDNY-000165822 | MIL 1, 402, 403, 802 |
| 568 | DPW_SDNY-000165835 | DPW_SDNY-000165836 | MIL 1, 402, 403, 802 |
| 569 | DPW_SDNY-000165838 | DPW_SDNY-000165839 | MIL 1, 402, 403, 802 |
| 570 | DPW_SDNY-000165847 | DPW_SDNY-000165848 | MIL 1, 402, 403, 802 |
| 571 | DPW_SDNY-000165845 | DPW_SDNY-000165846 | MIL 1, 402, 403, 802 |
| 572 | DPW_SDNY-000165849 | DPW_SDNY-000165850 | MIL 1, 402, 403, 802 |
| 573 | DPW_SDNY-000166009 | DPW_SDNY-000166010 | MIL 1, 402, 403, 802 |
| 574 | DPW_SDNY-000166007 | DPW_SDNY-000166008 | MIL 1, 402, 403, 802 |
| 575 | DPW_SDNY-000165960 | DPW_SDNY-000165961 | MIL 1, 402, 403, 802 |
| 576 | DPW_SDNY-000165988 | DPW_SDNY-000165989 | MIL 1, 402, 403, 802 |
| 577 | DPW_SDNY-000165978 | DPW_SDNY-000165979 | MIL 1, 402, 403, 802 |
| 578 | DPW_SDNY-000165945 | DPW_SDNY-000165946 | MIL 1, 402, 403, 802 |
| 579 | DPW_SDNY-000166003 | DPW_SDNY-000166004 | MIL 1, 402, 403, 802 |
| 580 | DPW_SDNY-000166001 | DPW_SDNY-000166002 | MIL 1, 402, 403, 802 |
| 581 | DPW_SDNY-000165544 | | MIL 1, 402, 403, 802 |
| 582 | DPW_SDNY-000165538 | | MIL 1, 402, 403, 802 |
| 583 | DPW_SDNY-000165606 | DPW_SDNY-000165607 | MIL 1, 402, 403, 802 |
| 584 | DPW_SDNY-000165595 | DPW_SDNY-000165596 | MIL 1, 402, 403, 802 |
| 585 | DPW_SDNY-000165604 | DPW_SDNY-000165605 | MIL 1, 402, 403, 802 |
| 586 | DPW_SDNY-000165593 | DPW_SDNY-000165594 | MIL 1, 402, 403, 802 |
| 587 | DPW_SDNY-000165552 | DPW_SDNY-000165553 | MIL 1, 402, 403, 802 |
| 588 | DPW_SDNY-000165549 | DPW_SDNY-000165550 | MIL 1, 402, 403, 802 |
| 589 | DPW_SDNY-000165530 | DPW_SDNY-000165531 | MIL 1, 402, 403, 802 |
| 590 | DPW_SDNY-000165565 | DPW_SDNY-000165566 | MIL 1, 402, 403, 802 |
| 591 | DPW_SDNY-000165586 | DPW_SDNY-000165587 | MIL 1, 402, 403, 802 |
| 592 | DPW_SDNY-000165602 | DPW_SDNY-000165603 | MIL 1, 402, 403, 802 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 593 | DPW_SDNY-000165554 | DPW_SDNY-000165555 | MIL 1, 402, 403, 802 |
| 594 | DPW_SDNY-000165547 | DPW_SDNY-000165548 | MIL 1, 402, 403, 802 |
| 595 | DPW_SDNY-000165559 | DPW_SDNY-000165560 | MIL 1, 402, 403, 802 |
| 596 | DPW_SDNY-000165600 | DPW_SDNY-000165601 | MIL 1, 402, 403, 802 |
| 597 | DPW_SDNY-000166028 | | MIL 1, 402, 403, 802 |
| 598 | DPW_SDNY-000166039 | | MIL 1, 402, 403, 802 |
| 599 | DPW_SDNY-000166024 | | MIL 1, 402, 403, 802 |
| 600 | DPW_SDNY-000166037 | DPW_SDNY-000166038 | MIL 1, 402, 403, 802 |
| 601 | DPW_SDNY-000166030 | DPW_SDNY-000166031 | MIL 1, 402, 403, 802 |
| 602 | DPW_SDNY-000166018 | | MIL 1, 402, 403, 802 |
| 603 | DPW_SDNY-000166035 | DPW_SDNY-000166036 | MIL 1, 402, 403, 802 |
| 604 | DPW_SDNY-000166033 | DPW_SDNY-000166034 | MIL 1, 402, 403, 802 |
| 605 | DPW_SDNY-000165619 | | MIL 1, 402, 403, 802 |
| 606 | DPW_SDNY-000165634 | | MIL 1, 402, 403, 802 |
| 607 | DPW_SDNY-000165632 | | MIL 1, 402, 403, 802 |
| 608 | DPW_SDNY-000165624 | DPW_SDNY-000165625 | MIL 1, 402, 403, 802 |
| 609 | DPW_SDNY-000165641 | DPW_SDNY-000165642 | MIL 1, 402, 403, 802 |
| 610 | DPW_SDNY-000165622 | DPW_SDNY-000165623 | MIL 1, 402, 403, 802 |
| 611 | DPW_SDNY-000165618 | | MIL 1, 402, 403, 802 |
| 612 | DPW_SDNY-000165628 | | MIL 1, 402, 403, 802 |
| 613 | DPW_SDNY-000165626 | | MIL 1, 402, 403, 802 |
| 614 | DPW_SDNY-000165620 | | MIL 1, 402, 403, 802 |
| 615 | DPW_SDNY-000165616 | DPW_SDNY-000165617 | MIL 1, 402, 403, 802 |
| 616 | DPW_SDNY-000165652 | DPW_SDNY-000165653 | MIL 1, 402, 403, 802 |
| 617 | DPW_SDNY-000165662 | | MIL 1, 402, 403, 802 |
| 618 | DPW_SDNY-000165899 | DPW_SDNY-000165900 | MIL 1, 402, 403, 802 |
| 619 | DPW_SDNY–000140283 | DPW_SDNY-000140288 | 402 |
| 620 | DPW_SDNY–000141375 | DPW_SDNY–000141376 | 402 |
| 621 | DPW_SDNY–000141647 | DPW_SDNY–000141650 | 402 |
| 622 | DPW_SDNY–000140758 | DPW_SDNY-000140771 | 402 |
| 623 | DPW_SDNY–000142628 | DPW_SDNY–000142646 | |
| 624 | DPW_SDNY–000143288 | DPW_SDNY-000143298 | 402 |
| 625 | DPW_SDNY–000164416 | DPW_SDNY-000164418 | 402, 802 |
| 626 | DPW_SDNY–000046617 | | 106 |
| 627 | DPW_SDNY–000164422 | DPW_SDNY-000164423 | 402 |
| 628 | DPW_SDNY–000164424 | DPW_SDNY-000164425 | 402 |
| 629 | DPW_SDNY–000164426 | DPW_SDNY-000164430 | 402 |
| 630 | DPW_SDNY–000164435 | DPW_SDNY-000164438 | 402 |
| 631 | DPW_SDNY–000164786 | DPW_SDNY-000164789 | 402 |
| 632 | DPW_SDNY–000164478 | | 106, 402 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 633 | DPW_SDNY–000164479 | DPW_SDNY-000164484 | 402, 403 |
| 634 | DPW_SDNY–000164485 | | |
| 635 | DPW_SDNY–000164486 | | |
| 636 | DPW_SDNY–000143101 | | |
| 637 | DPW_SDNY–000142626 | | 402 |
| 638 | DPW_SDNY–000142684 | | 402 |
| 639 | DPW_SDNY–000142624 | | |
| 640 | DPW_SDNY–000142192 | | 402, MIL 7 |
| 641 | DPW_SDNY–000142625 | | 402, MIL 7, 403 |
| 642 | DPW_SDNY–000142193 | | 402, 403 |
| 643 | DPW_SDNY–000143243 | DPW_SDNY–000143287 | 402 |
| 644 | DPW_SDNY–000142393 | | 402 |
| 645 | DPW_SDNY–000142392 | | 402, D (PTX106) |
| 646 | DPW_SDNY–000143196 | | 402 |
| 647 | DPW_SDNY–000142686 | | 402 |
| 648 | DPW_SDNY–000142687 | DPW_SDNY–000142767 | 402, 403 |
| 649 | DPW_SDNY–000142672 | DPW_SDNY–000142676 | 402 |
| 650 | DPW_SDNY–000142390 | | 402, 403 |
| 651 | DPW_SDNY–000141807 | | 402, MIL 7, 403 |
| 652 | DPW_SDNY–000141810 | | 402 |
| 653 | DPW_SDNY–000141811 | DPW_SDNY-000141813 | 402 |
| 654 | DPW_SDNY–000141814 | | 402 |
| 655 | DPW_SDNY–000141822 | | 402 |
| 656 | DPW_SDNY–000141823 | | 402 |
| 657 | DPW_SDNY–000032101 | DPW_SDNY-000032102 | 106, 402 |
| 658 | DPW_SDNY–000165053 | DPW_SDNY-000165065 | D (PTX108, PTX203, PTX228), 402, 403, 802, 805 |
| 659 | DPW_SDNY–000165063 | | D (PTX108, PTX203, PTX228, PTX658), 402, 403, 802, 805 |
| 660 | DPW_SDNY–000165064 | | D (PTX108, PTX109, PTX203, PTX228, PTX658), 402, 403, 802, 805 |
| 661 | DPW_SDNY–000165065 | | D (PTX108, PTX203, PTX228, PTX658), 402, 403, 802, 805 |
| 662 | DPW_SDNY–000143605 | DPW_SDNY–000143617 | 402, 403 |
| 663 | DPW_SDNY–000143604 | | 402, 403 |
| 664 | DPW_SDNY–000143646 | DPW_SDNY–000143657 | 402, 403 |

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 665 | DPW_SDNY–000144198 | DPW_SDNY–000144203 | 402, 403 |
| 666 | DPW_SDNY–000144204 | DPW_SDNY-000144216 | MIL 1, 402 |
| 667 | DPW_SDNY–000143671 | | 402, 403 |
| 668 | DPW_SDNY–000143673 | DPW_SDNY-000143692 | 402, 403 |
| 669 | DPW_SDNY–000143672 | | 402, 403 |
| 670 | DPW_SDNY–000164693 | | MIL 1, 402, 403, 802, D (PTX670) |
| 671 | DPW_SDNY–000143693 | | 402, 403 |
| 672 | DPW_SDNY–000143600 | DPW_SDNY-000143603 | 402 |
| 673 | DPW_SDNY–000143639 | DPW_SDNY-000143644 | 402 |
| 674 | DPW_SDNY–000165382 | | 402 |
| 675 | DPW_SDNY–000140690 | DPW_SDNY-000140744 | 402, 802, 403 |
| 676 | DPW_SDNY–000144031 | DPW_SDNY-000144037 | 402, 403 |
| 677 | DPW_SDNY-000164922 | DPW_SDNY-000164931 | 402 |
| 678 | DPW_SDNY-000164932 | DPW_SDNY-000164941 | 402 |
| 679 | DPW_SDNY–000164567 | DPW_SDNY-000164572 | 402 |
| 680 | DPW_SDNY–000164368 | DPW_SDNY-000164369 | 402 |
| 681 | DPW_SDNY–000164573 | | 402 |
| 682 | DPW_SDNY–000143729 | DPW_SDNY-000143944 | 402, 403 |
| 683 | DPW_SDNY–000086136 | DPW_SDNY–000086137 | 402, MIL 1 |
| 684 | DPW_SDNY–000086141 | DPW_SDNY–000086142 | 402, MIL 1 |
| 685 | DPW_SDNY–000086146 | DPW_SDNY–000086147 | 402, MIL 1 |
| 686 | DPW_SDNY–000086150 | DPW_SDNY–000086151 | 402, MIL 1 |
| 687 | DPW_SDNY–000086154 | DPW_SDNY–000086155 | 402, MIL 1 |
| 688 | DPW_SDNY–000086158 | DPW_SDNY–000086159 | 402, MIL 1 |
| 689 | DPW_SDNY–000086162 | DPW_SDNY–000086163 | 402, MIL 1 |
| 690 | DPW_SDNY–000086174 | DPW_SDNY–000086175 | 402, MIL 1 |
| 691 | DPW_SDNY–000086177 | DPW_SDNY–000086178 | 402, MIL 1 |
| 692 | DPW_SDNY–000086180 | DPW_SDNY–000086181 | 402, MIL 1 |
| 693 | DPW_SDNY–000086183 | DPW_SDNY–000086184 | 402, MIL 1 |
| 694 | DPW_SDNY–000086186 | DPW_SDNY–000086187 | 402, MIL 1 |
| 695 | CARDWELL003043 | CARDWELL003045 | 402, 802 |
| 696 | CARDWELL003056 | CARDWELL003060 | 402, 403, 802, MIL 1 |
| 697 | CARDWELL003061 | CARDWELL003062 | 402, 403, 802 |
| 698 | CARDWELL003281 | CARDWELL003282 | 402, 403, 802, MIL 3 |
| 699 | CARDWELL003283 | CARDWELL003285 | 402, 403, 802 |
| 700 | CARDWELL003465 | CARDWELL003468 | 402, 403, 802, MIL 3 |
| 701 | CARDWELL003831 | | 402, 403, 802, MIL 3 |
| 702 | CARDWELL003832 | CARDWELL003833 | 402, 403, 802 |
| 703 | CARDWELL003834 | CARDWELL003835 | 402, 403, 802 |

Plaintiff's Trial Exhibit List with Defendants' Objections
Appendix 1 to Proposed Joint Pretrial Order

| PTX # | Begin Bates | End Bates / Item Description | Objection(s) |
|---|---|---|---|
| 704 | CARDWELL003883 | CARDWELL003883 | MIL 3, 402, 403, 802 |
| 705 | CARDWELL003884 |  | MIL 3, 402, 403, 802 |
| 706 | CARDWELL003886 | CARDWELL003886 | 402, 106 |

Defendants reserve all rights to modify their objections.  By not objecting to an exhibit, Defendants do not agree to "pre-admit" such exhibit.  Defendants object to the admission of any exhibit into evidence without the laying of a proper foundation from a sponsoring witness with personal knowledge.