UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVIS POLK & WARDWELL LLP,<br>THOMAS REID, JOHN BICK, and DANIEL BRASS,<br><br>*Defendants*. | Case No. 19-cv-10256-GHW<br><br>**PLAINTIFF'S PROPOSED JURY VERDICT FORM** |

## PROPOSED JURY VERDICT FORM

### Retaliation Claims

Do you find that:

1. A. Mr. Cardwell has proved by a preponderance of the evidence that Davis Polk & Wardwell LLP retaliated against him in violation of Section 1981? *(See Jury Instructions: Sections/Numbers 26 and 27)*

    Yes_____                    No _____

    B. Mr. Cardwell has proved by a preponderance of the evidence that John Bick retaliated against him in violation of Section 1981? *(See Jury Instructions: Sections/Numbers 26 and 27)*

    Yes _____                     No_____

    C. Mr. Cardwell has proved by a preponderance of the evidence that Thomas Reid retaliated against him in violation of Section 1981? *(See Jury Instructions: Sections/Numbers 26 and 27)*

    Yes _____                     No_____

    D. Mr. Cardwell has proved by a preponderance of the evidence that Daniel Brass retaliated against him in violation of Section 1981? *(See Jury Instructions:*

*Sections/Numbers 26 and 27)*

   Yes _____        No_____

Do you find that:

2. A. Mr. Cardwell has proved by a preponderance of the evidence that Davis Polk & Wardwell LLP retaliated against him in violation of Title VII?
*(See Jury Instructions: Sections/Numbers 26 and 27)*

   Yes_____       No _____

Do you find that:

3. A. Mr. Cardwell has proved by a preponderance of the evidence that Davis Polk & Wardwell LLP retaliated against him in violation of the New York State Human Rights Law?
*(See Jury Instructions: Sections/Numbers 26 and 27)*

   Yes_____       No _____

B. Mr. Cardwell has proved by a preponderance of the evidence that John Bick retaliated against him in violation of the New York State Human Rights Law? *(See Jury Instructions: Sections/Numbers 26 and 27)*

   Yes _____        No_____

C. Mr. Cardwell has proved by a preponderance of the evidence that Thomas Reid retaliated against him in violation of the New York State Human Rights Law? *(See Jury Instructions: Sections/Numbers 26 and 27)*

   Yes _____        No_____

D. Mr. Cardwell has proved by a preponderance of the evidence that Daniel Brass retaliated against him in violation of the New York State Human Rights Law? *(See Jury Instructions: Sections/Numbers 26 and 27)*

   Yes _____        No_____

Do you find that:

4. A. Mr. Cardwell has proved by a preponderance of the evidence that Davis Polk & Wardwell LLP retaliated against him in violation of the New York City Human Rights Law?
   *(See Jury Instructions: Section/Number 28)*

   Yes_____                                   No _____

   B. Mr. Cardwell has proved by a preponderance of the evidence that John Bick retaliated against him in violation of the New York City Human Rights Law? *(See Jury Instructions: Section/Number 28)*

   Yes _____                                    No_____

   C. Mr. Cardwell has proved by a preponderance of the evidence that Thomas Reid retaliated against him in violation of the New York City Human Rights Law? *(See Jury Instructions: Section/Number 28)*

   Yes _____                                    No_____

   D. Mr. Cardwell has proved by a preponderance of the evidence that Daniel Brass retaliated against him in violation of the New York City Human Rights Law? *(See Jury Instructions: Section/Number 28)*

   Yes _____                                    No_____

   If you have answered "Yes" to any of the above Questions 1-4 and subparts, then you have also found that Davis Polk & Wardwell LLP retaliated against the Plaintiff. Conversely, if you have answered "No" to ALL of the above questions, then you have found that Davis Polk & Wardwell LLP has not retaliated against the Plaintiff.

## Damages

*If you have answered "Yes" to any of the above Questions 1-4 and subparts, please continue on to question 5 below. If you have answered "No" to ALL of the above questions, you shall not answer the following questions.*

A. **Compensatory**

5. A. What dollar amount, if any, do you award total to Mr. Cardwell for any **compensatory damages** as a result of unlawful conduct by Defendants? *(See Jury Instructions: Section/Number 31) Remember not to duplicate damages from the above and below categories.*

$_____

B. How many dollars of the compensatory damages should be paid by Davis Polk & Wardwell LLP?

$_____

C. How many dollars of the compensatory damages should be paid by John Bick?

$_____

D. How many dollars of the compensatory damages should be paid by Thomas Reid?

$_____

E. How many dollars of the compensatory damages should be paid by Daniel Brass?

$_____

**B. Nominal Damages**

6. How much, if any, do you award to Mr. Cardwell for **nominal damages** as a result of unlawful conduct by Defendants? *(See Jury Instructions: Section/Number 32)*

$_____

(Only answer Question 6, if you answered $0 to Questions 5 and subparts)

**C. Punitive Damages**

7. A. How much if any, do you award total to Mr. Cardwell for any **punitive damages** as a result of unlawful conduct by Defendants under Section 1981, Title VII, the New York State Human Rights Law? *(See Jury Instructions: Section/Number 33)* Remember not to duplicate damages from the above and below categories.

$_____

B. How much of the punitive damages should be paid by Davis Polk & Wardwell LLP?

$_____

C. How much of the punitive damages should be paid by John Bick?

$_____

D. How much of the punitive damages should be paid by Thomas Reid?

$_____

E. How much of the punitive damages should be paid by Daniel Brass?

$_____

8. A. How much if any, do you award total to Mr. Cardwell for any punitive damages as a result of unlawful conduct by Defendants under the New York City Human Rights Law? *(See Jury Instructions: Section/Number 34)* Remember not to duplicate damages from the above and below categories.

$_____

B. How much of the punitive damages should be paid by Davis Polk & Wardwell LLP*?*

$_____

C. How much of the punitive damages should be paid by John Bick?

$_____

D. How much of the punitive damages should be paid by Thomas Reid?

$_____

E. How much of the punitive damages should be paid by Daniel Brass?

$_____