PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3165

WRITER'S DIRECT FACSIMILE

(212) 492-0165

WRITER'S DIRECT E-MAIL ADDRESS

bbirenboim@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 - 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JARRYD E. ANDERSON
ALLAN J. ARFFA
STEFAN ARNOLD=SOULBY*
JONATHAN H. ASHTOR
ROBERT A. ATKINS
KANESH BALASUBRAMANIAM*
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
RICHARD J. BRONSTEIN
BRAD BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN F. CARLIN
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
TIHITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
CAROLINE B. EPSTEIN
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
ROGER JOHNSON*
DEIRDRE JONES*
MATTHEW W. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
ROBERT A. KINDLER
ALEXIA O. KORBERG
DANIEL J. KRAMER
ANDREW D. KRAUSE

BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
MATTHEW W. LEIST*
XIAOYU OREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. McLOUGHLIN
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
MATTHEW MERKLE
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
CIAN O'CONNORY
BRAD R. OKUN
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
ANASTASIA V. PETERSON
ANDREAS PHILIPSON*
JESSICA E. PHILLIPS*
AUSTIN B. POLLET*
RAVI PUROHIT
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
ANDREW H. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
NEEL V. SACHDEV*
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SCOTT A. SHER*
SUHAN SHIM
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA M. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
BEN STEADMAN
AIDAN SYNNOTT
ROBERT D. TANNENBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
ANDREA WAHLQUIST BROWN
JOHN WEBER
THEODORE V. WELLS, JR.
ERIC J. WEDEL
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
STACI YABLON
BOSCO YIU*
KAYE N. YOSHINO
TONG YU
TAURIE M. ZEITZER
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

November 29, 2023

**By ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

*Cardwell* v. *Davis Polk & Wardwell LLP, et al.*,
19-cv-10256-GHW (S.D.N.Y.)

Dear Judge Woods:

As discussed at the November 27, 2023 status conference, Defendants seek to admit Plaintiff's performance reviews under the business records exception to the rule against hearsay. FRE 803(6). In that connection, Defendants are hereby providing Plaintiff and the Court with a certification under Rule 902(11) from Lindsay H. Tomenson ("Tomenson Declaration"), the Chief Professional Development Officer at Davis Polk. Rule 803(6)(D) provides that a party may demonstrate that records satisfy the conditions of the business records exception by a certification that complies with Rule 902(11). Rule 902(11) provides that such certification is required before trial. The

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Gregory H. Woods                                          2

admission of these documents as business records will greatly promote the efficiency of the trial.[1]

Consistent with numerous other courts in the Second Circuit, this Court has recognized that performance reviews are admissible as business records under Rule 803(6). *Ramsaran* v. *Booz & Co. (N.A.) Inc.*, 2015 WL 5008744, at \*7-9 (S.D.N.Y. Aug. 24, 2015) (Woods, J.) (collecting cases).

The performance reviews held to satisfy Rule 803(6) in *Ramsaran* are similar to the reviews at issue here. The *Ramsaran* reviews were created by the plaintiff's manager after interviewing the plaintiff's colleagues regarding her performance during the preceding months. The Court held these performance reviews, created by collecting information from others at various intervals, were "made at or near the time by—or from information transmitted by—someone with knowledge." *Id.* at \*8 (quoting FRE 803(6)(A)). The Court also determined that the reviews were made in the course of the employer's "regular process of evaluating its employees' job performance" and that the company had a "regular practice" of conducting such reviews. *Id.* at \*9 (quoting FRE 803(6)(B) and (C)). As the Tomenson Declaration shows, the performance reviews at issue here similarly satisfy the elements of Rule 803(6).

Further, in *Ramsaran*, the Court found that the plaintiff failed to substantiate her allegation that the negative performance reviews were motivated by discrimination, noting that there was "no evidence from which the Court could conclude that either the source of the information in these records or the method or circumstances of their preparation indicate a lack of trustworthiness under Rule 803(6)(E)." *Id.* at \*9. So, too, here. There is no evidence here that the source of the information or the method or circumstance of the preparation of Plaintiff's reviews indicate a lack of trustworthiness. Plaintiff only offers speculation and innuendo.

To the extent any of Plaintiff's performance reviews contain "multiple levels of hearsay" as Plaintiff has asserted, that is not a reason to exclude them. Rule 803(6) is applicable to such reviews, even if Plaintiff's assertion is accurate. In addition, Defendants seek to introduce these records for the truth of the reviewing attorney's views and understanding of Plaintiff's performance; they are not being offered for the truth of any purported embedded hearsay. There is no factual basis to believe that the records do not accurately reflect the reviewing attorneys' assessments and understanding of Plaintiff's work, regardless of whether Plaintiff agrees with those assessments.

Finally, the performance reviews are admissible as non-hearsay in any event—evidence of what the decisionmakers at Davis Polk relied upon in deciding whether and when to terminate Plaintiff. As noted in *Ramsaran*, even if the defendant's "assessment

---

[1] We are also providing Plaintiff with the underlying performance reviews certified by the Tomensen Declaration. Defendants have previously provided these exhibits to Plaintiff during the pretrial exchange of exhibits.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Gregory H. Woods                                3

of plaintiff's job performance *was* inaccurate, 'what is significant is that they based their decision to dismiss plaintiff on *that* belief,' rather than her gender or pregnancy." *Id.* at *10 (quoting *Agugliaro* v. *Brooks Bros.*, 927 F. Supp. 741, 747 (S.D.N.Y. 1996)). As the Court went on to say, "The Court declines to sit as a super-personnel department and evaluate whether plaintiff's performance was really deficient. It is well documented that defendants believed that it was." *Id.*

Respectfully Submitted,

Bruce Birenboim

cc:    All counsel of record via ECF