# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALOMA CARDWELL,<br><br>        *Plaintiff,*<br><br>v.<br><br>DAVIS POLK & WARDWELL LLP,<br>THOMAS REID, JOHN BICK, and DANIEL BRASS,<br><br>        *Defendants.* | 19 Civ. 10256 (GHW) |

## DECLARATION AND CERTIFICATION OF LINDSAY H. TOMENSON

Lindsay H. Tomenson, pursuant to 28 U.S.C. § 1746, affirms, certifies and states as follows:

1. I am employed by Davis Polk & Wardwell, LLP ("Davis Polk"). I am the Chief Professional Development Officer, a position I have held since September 2021. I submit this Declaration to authenticate as business records pursuant to Federal Rule of Evidence 902(11) and 803(6) certain documents marked as trial exhibits in this matter. I am knowledgeable about the matters set forth herein and about the relevant record-keeping practices of Davis Polk in my capacity as Chief Professional Development Officer.

2. The facts set forth herein are true and correct to the best of my personal knowledge, information and belief.

3. The records identified below are true and correct copies of documents that were located in the files of Davis Polk and bear the following trial exhibit stamps and bates number stamps:

| Trial Exhibit | Bates Number |
|---|---|
| DTX008 | DPW_SDNY-000000260 – DPW_SDNY-000000262 |
| DTX022 | DPW_SDNY–000144375 – DPW_SDNY–000144375 |
| DTX023 | DPW_SDNY–000144358 – DPW_SDNY–000144358 |
| DTX025 | DPW_SDNY–000144373 – DPW_SDNY–000144373 |
| DTX027 | DPW_SDNY–000144379 – DPW_SDNY–000144379 |
| DTX028 | DPW_SDNY–000144380 – DPW_SDNY–000144380 |
| DTX029 | DPW_SDNY–000144357 – DPW_SDNY–000144357 |
| DTX031 | DPW_SDNY–000144389 – DPW_SDNY–000144390 |
| DTX045 | DPW_SDNY–000144378 – DPW_SDNY–000144378 |
| DTX047 | DPW_SDNY–000144356 – DPW_SDNY–000144356 |
| DTX048 | DPW_SDNY–000144362 – DPW_SDNY–000144363 |
| DTX057 | DPW_SDNY–000144374 – DPW_SDNY–000144374 |
| DTX087 | DPW_SDNY–000144387 – DPW_SDNY–000144388 |
| DTX106 | DPW_SDNY–000144365 – DPW_SDNY–000144365 |
| DTX107 | DPW_SDNY–000144367 – DPW_SDNY–000144367 |
| DTX108, PTX126 | DPW_SDNY–000144371 – DPW_SDNY–000144371 |
| DTX110 | DPW_SDNY–000144377 – DPW_SDNY–000144377 |
| DTX112 | DPW_SDNY–000144355 – DPW_SDNY–000144355 |
| DTX113 | DPW_SDNY–000144359 – DPW_SDNY–000144359 |
| DTX116, PTX127 | DPW_SDNY-000000271 – DPW_SDNY-000000272 |
| DTX117 | DPW_SDNY–000144385 – DPW_SDNY–000144386 |
| DTX147 | DPW_SDNY–000144360 – DPW_SDNY–000144360 |
| DTX148 | DPW_SDNY–000144369 – DPW_SDNY–000144370 |
| DTX152 | DPW_SDNY–000144361 – DPW_SDNY–000144361 |
| DTX153 | DPW_SDNY–000144376 – DPW_SDNY–000144376 |
| DTX163 | DPW_SDNY-000000283 – DPW_SDNY-000000284 |
| DTX164 | DPW_SDNY–000144383 – DPW_SDNY–000144384 |
| DTX261 | DPW_SDNY–000144368 – DPW_SDNY–000144368 |
| DTX262 | DPW_SDNY–000144372 – DPW_SDNY–000144372 |
| DTX263 | DPW_SDNY–000144366 – DPW_SDNY–000144366 |
| DTX264 | DPW_SDNY–000144354 – DPW_SDNY–000144354 |
| DTX265 | DPW_SDNY–000144364 – DPW_SDNY–000144364 |
| DTX270 | DPW_SDNY–000144382 – DPW_SDNY–000144382 |
| DTX271, PTX505, PTX512 | DPW_SDNY–000144391 – DPW_SDNY–000144394 |
| DTX272, PTX511 | DPW_SDNY–000165431 – DPW_SDNY–000165440 |

4. The records identified above are performance reviews prepared at or near the time of the work performed that is the subject of the reviews by Davis Polk employees or partners with

2

knowledge of the work performed, or from information transmitted by someone with knowledge of the work performed.

5. The records were made and are kept by Davis Polk in the ordinary course of business as part of its filing systems for performance reviews of Davis Polk associates. It is the regular practice of Davis Polk to make such records by requesting that Davis Polk employees or partners complete performance reviews of associates who worked on the same matters as the reviewing attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 28, 2023

Lindsay H. Tomenson

3