**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW  WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7341

WRITER'S DIRECT FACSIMILE
(202) 330-5921

WRITER'S DIRECT E-MAIL ADDRESS
mgoodman@paulweiss.com

January 5, 2024

By ECF

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

*Cardwell* v. *Davis Polk & Wardwell LLP*, et al.,
19-cv-10256-GHW (S.D.N.Y.)

Dear Judge Woods:

Pursuant to the parties' proposed joint pretrial order, indicating that the parties may submit updated exhibit lists before the first day of trial, ECF 334 at 51–52, Defendants hereby submit an updated trial exhibit list adding supplemental trial exhibits DTX312 through DTX366. Defendants served these supplemental trial exhibits on December 29, 2023 and January 1 and 4, 2024. On January 5, 2024, Plaintiff indicated he would aim to communicate objections by January 7, 2024.

Defendants provided courtesy electronic and hard copies of these exhibits to the courtroom deputy this morning, and Defendants will submit an updated, native excel spreadsheet to Chambers as well.

Sincerely,

*s/ Martha L. Goodman*
Martha L. Goodman

Enclosures

cc:     All counsel of record via ECF