Cardwell v. Davis Polk and Wardwell, et al. (19-cv-10256)
Defendants' Updated Trial Exhibit List with Plaintiff's Objections

| DTX | Date | Beg Bates | End Bates | Document Description | Objections |
|---|---|---|---|---|---|
| 001 | 05/02/2008 | CARDWELL001145 | CARDWELL001154 | Presentation for Third-Year Associates | 402, 403, |
| 002 | 08/15/2012 | DPW_SDNY-000000190 | DPW_SDNY-000000192 | Davis Polk On Campus Interview Evaluation Form | 802, 805 |
| 003 | 08/16/2012 | DPW_SDNY-000000193 | DPW_SDNY-000000193 | Email from C. Modesto to N. Potischman et al. re: Kaloma Cardwell (Boalt 2014) | 802, 805, MIL |
| 004 | 05/17/2013 | DPW_SDNY-000000188 | DPW_SDNY-000000189 | Lehigh University Transcript of Academic Record of Kaloma Cardwell | 402, 403 |
| 005 | 06/13/2013 | DPW_SDNY-000112003 | DPW_SDNY-000112003 | Email from J. Amorosi to W. Aaronson et al. re: Kaloma Cardwell | 802 |
| 006 | 06/13/2013 | DPW_SDNY-000000220 | DPW_SDNY-000000221 | 2013 Mid Summer Associate Evaluation | 402, 802, 805 |
| 007 | 06/17/2013 | DPW_SDNY-000000218 | DPW_SDNY-000000218 | Mid-Summer Evaluation Report Form | |
| 008 | 07/11/2013 | DPW_SDNY-000000260 | DPW_SDNY-000000262 | 2013 Summer Associate Project Evaluation | 402, 802, 805 |
| 009 | 07/12/2013 | DPW_SDNY-000000216 | DPW_SDNY-000000217 | R. Harty Exit Interview Form: K. Cardwell | |
| 010 | 07/06/2014 | DPW_SDNY-000000112 | DPW_SDNY-000000112 | Annual Acknowledgement of Davis Polk Policies - Executed by Kaloma Cardwell | |
| 011 | 08/01/2014 | DPW_SDNY-000164485 | DPW_SDNY-000164485 | Welcome to Davis Polk Fall 2014 Presentation - Presented by Associate Development Department | |
| 012 | 08/01/2014 | DPW_SDNY-000164486 | DPW_SDNY-000164486 | Welcome to Davis Polk Fall 2014 Presentation | |
| 013 | 09/15/2014 | DPW_SDNY-000000724 | DPW_SDNY-000000817 | Lawyers' Handbook | |
| 014 | 10/21/2014 | DPW_SDNY-000000185 | DPW_SDNY-000000187 | University of California, Berkeley School of Law, Academic Transcript of Kaloma Cardwell | 402 |
| 015 | 11/03/2014 | DPW_SDNY-000142624 | DPW_SDNY-000142624 | Feedback: How to Get it, Give it and Interpret It Presentation | |
| 016 | 11/03/2014 | DPW_SDNY-000143101 | DPW_SDNY-000143101 | Tips for Success at Davis Polk Presentation | |
| 017 | 12/14/2014 | DPW_SDNY-000152230 | DPW_SDNY-000152267 | Email from K. Cardwell to K. Bady re: SWN - Bridge Exhibits | 403, 802, MIL, |
| 018 | 01/17/2015 | DPW_SDNY-000141196 | DPW_SDNY-000141198 | Email from R. Clausen to R. DeSantis re: following up | 403, 802, 805 MIL |
| 019 | 01/19/2015 | DPW_SDNY-000144464 | DPW_SDNY-000144470 | Rotators Feedback for K. Cardwell among others | 403, 802, 805, MIL |
| 020 | 01/20/2015 | DPW_SDNY-000141698 | DPW_SDNY-000141698 | Email from R. Clausen to D. Amato re: Rotators - Feedback & Recruiting | 403, 802, 805, MIL |
| 021 | 02/01/2015 | DPW_SDNY-000141273 | DPW_SDNY-000141274 | Email from K. Kim to J. Kyrwood re: recruiting rotator update | 403, 802, 805, MIL |
| 022 | 03/13/2015 | DPW_SDNY-000144375 | DPW_SDNY-000144375 | Yetz Segal Review of Kaloma Cardwell | 802, 1002, MIL |
| 023 | 03/16/2015 | DPW_SDNY-000144358 | DPW_SDNY-000144358 | Andres Arnaldos Review of Kaloma Cardwell | 802, 1002, MIL |
| 024 | 03/21/2015 | DPW_SDNY-000141750 | DPW_SDNY-000141751 | Email from R. Clausen to A. Kerchner re: Vacation Coverage for Kaloma Cardwell | 402, 802, 805 |
| 025 | 03/23/2015 | DPW_SDNY-000144373 | DPW_SDNY-000144373 | Stevan R.B. Nicholas Review of Kaloma Cardwell | 802, 1002, MIL |
| 026 | 03/27/2015 | DPW_SDNY-000045684 | DPW_SDNY-000045692 | Email from C. Fenner to R. Miller et al. re: Welcome to M&A! | |
| 027 | 04/06/2015 | DPW_SDNY-000144379 | DPW_SDNY-000144379 | Yuli Wang Review of Kaloma Cardwell | 802, 1002, MIL |
| 028 | 04/10/2015 | DPW_SDNY-000144380 | DPW_SDNY-000144380 | Sanders Witkow Review of Kaloma Cardwell | 802, 1002, MIL |
| 029 | 04/13/2015 | DPW_SDNY-000144357 | DPW_SDNY-000144357 | Andres Arnaldos Review of Kaloma Cardwell | 802, 1002, MIL |
| 030 | 05/08/2015 | DPW_SDNY-000141924 | DPW_SDNY-000141925 | Email from S. Crane to R. DeSantis re: Lawyering 301 | |
| 031 | 05/11/2015 | DPW_SDNY-000144389 | DPW_SDNY-000144390 | Jason Kyrwood Review of Kaloma Cardwell | |
| 032 | 05/27/2015 | DPW_SDNY-000105070 | DPW_SDNY-000105074 | Email from V. Jackson to K. Cardwell | 402, 802 |
| 033 | 06/04/2015 | DPW_SDNY-000164478 | DPW_SDNY-000164486 | Email from A. Fabe to A. Zhao re: Orientations | |
| 034 | 07/27/2015 | DPW_SDNY-000099978 | DPW_SDNY-000099979 | Email from K. Cardwell to V. Jackson re: BAG: Discussion with Tom Reid | |
| 035 | 08/04/2015 | KCARDWELL021539 | KCARDWELL021539 | Email from K. Cardwell to C. Cunningham re: [REDACTED] | |
| 036 | 08/05/2015 | CARDWELL000577 | CARDWELL000578 | Email from K. Cardwell to C. Cunningham re: Governance Review | |
| 037 | 08/06/2015 | DPW_SDNY-000140151 | DPW_SDNY-000140151 | Email from M. Blanco to K. Cardwell re: Fall Assignment Preferences | |
| 038 | 08/19/2015 | DPW_SDNY-000054680 | DPW_SDNY-000054680 | Email from N. Katz to Associate Development re: Reviewer Preferences Survey | |
| 039 | 09/07/2015 | KCARDWELL001020 | KCARDWELL001085 | Email from S. Llanes to K. Cardwell re: Edited Doc | 402, 403, |
| 040 | 09/07/2015 | DPW_SDNY-000074596 | DPW_SDNY-000074598 | Email from D. Brass to K. Cardwell re: [REDACTED] - Revised SPA (Redacted) | 802 |
| 041 | 09/07/2015 | DPW_SDNY-000074596 | DPW_SDNY-000074598 | Email from D. Brass to K. Cardwell re: [REDACTED] - Revised SPA (Unedacted) | 802 |
| 042 | 09/08/2015 | DPW_SDNY-000165047 | DPW_SDNY-000165048 | Email from Associate Development Department to Kreynin re: Annual Reviews: Due September 25th | |
| 043 | 09/09/2015 | DPW_SDNY-000086743 | DPW_SDNY-000086746 | Email from Z. Rehman to D. Brass re: SPA (Redacted) | 403, 802, MIL |
| 044 | 09/09/2015 | DPW_SDNY-000086743 | DPW_SDNY-000086746 | Email from Z. Rehman to D. Brass re: SPA (Unredacted) | 403, 802, MIL |
| 045 | 09/18/2015 | DPW_SDNY-000144378 | DPW_SDNY-000144378 | Laura Turano Review of Kaloma Cardwell | 802, 1002, MIL |
| 046 | 09/23/2015 | DPW_SDNY-000091957 | DPW_SDNY-000091957 | Email from C. Fenner to W. Chudd re: Your reviewees - OK? | 802 |
| 047 | 09/23/2015 | DPW_SDNY-000144356 | DPW_SDNY-000144356 | John Amorosi Review of Kaloma Cardwell | |
| 048 | 09/23/2015 | DPW_SDNY-000144362 | DPW_SDNY-000144363 | William Chudd Review of Kaloma Cardwell | 802, 805, 1002 |
| 049 | 09/25/2015 | DPW_SDNY-000047468 | DPW_SDNY-000047470 | Email from C. Maloney to K. Cardwell re: Vacation | 402, 802 |
| 050 | 09/29/2015 | DPW_SDNY-000165441 | DPW_SDNY-000165441 | Email from V. Jackson to Diversity Committee re: Diversity Committee Meeting with BAG/ Wednesday, Sept 30 | |
| 051 | 09/30/2015 | DPW_SDNY-000088484 | DPW_SDNY-000088485 | Email from D. Brass to K. Cardwell re: Execution Versions (Redacted) | 802, |
| 052 | 09/30/2015 | DPW_SDNY-000088484 | DPW_SDNY-000088485 | Email from D. Brass to K. Cardwell re: Execution Versions (Unredacted) | 802, |
| 053 | 09/30/2015 | DPW_SDNY-000168081 | DPW_SDNY-000168086 | Handwritten BAG notes | |
| 054 | 10/05/2015 | DPW_SDNY-000144527 | DPW_SDNY-000144527 | Meeting w/ Sharon notes | |
| 055 | 10/22/2015 | DPW_SDNY-000165053 | DPW_SDNY-000165065 | Email from S. Crane to R. DeSantis re: Lawyering 101 | |

Case 1:19-cv-10256-GHW   Document 379-1   Filed 01/05/24   Page 2 of 7

Cardwell v. Davis Polk and Wardwell, et al. (19-cv-10256)
Defendants' Updated Trial Exhibit List with Plaintiff's Objections

| DTX | Date | Beg Bates | End Bates | Document Description | Objections |
|---|---|---|---|---|---|
| 056 | 10/28/2015 | DPW_SDNY–000086908 | DPW_SDNY–000086908 | Email from C. Fenner to D. Brass re: Feedback on Kaloma Cardwell | |
| 057 | 11/02/2015 | DPW_SDNY-000144374 | DPW_SDNY-000144374 | Zain Rehman Review of Kaloma Cardwell | |
| 058 | 11/05/2015 | DPW_SDNY–000141815 | DPW_SDNY–000141815 | Email from R. Clausen to D. Won re: Junior Staffing | |
| 059 | 11/05/2015 | DPW_SDNY–000141816 | DPW_SDNY–000141816 | Email from R. Clausen to Y. Min re: Staffing | |
| 060 | 11/05/2015 | DPW_SDNY–000045506 | DPW_SDNY–000045506 | Email from K. Cardwell to R. Clausen re: Requesting Staffing: [REDACTED] | |
| 061 | 11/06/2015 | DPW_SDNY–000100376 | DPW_SDNY–000100376 | Email from K. Cardwell to V. Jackson re: [REDACTED: Client H] Closing (Redacted) | ILL (parties to provide a more legible copy) |
| 062 | 11/06/2015 | DPW_SDNY–000100376 | DPW_SDNY–000100377 | Email from K. Cardwell to V. Jackosi re: [REDACTED] Closing (Unredacted) | |
| 063 | 11/06/2015 | DPW_SDNY–000100378 | DPW_SDNY–000100378 | Email from K. Cardwell to V. Jackson re: [REDACTED: Client H] Closing (Redacted) | ILL (parties to provide a more legible copy) |
| 064 | 11/06/2015 | DPW_SDNY–000100378 | DPW_SDNY–000100378 | Email from K. Cardwell to V. Jackson re: [REDACTED] Closing (Unredacted) | |
| 065 | 11/06/2015 | DPW_SDNY–000105125 | DPW_SDNY–000105126 | Email from V. Jackson to K. Cardwell re: [REDACTED] Closing | |
| 066 | 11/06/2015 | DPW_SDNY–000100381 | DPW_SDNY–000100382 | Email from K. Cardwell to V. Jackson re: [REDACTED: Client H] Closing (Redacted) | ILL (parties to provide a more legible copy) |
| 067 | 11/06/2015 | DPW_SDNY–000100381 | DPW_SDNY–000100382 | Email from K. Cardwell to V. Jackson re: [REDACTED] Closing  (Unredacted) | ILL (parties to provide a more legible copy) |
| 068 | 11/07/2015 | DPW_SDNY–000028150 | DPW_SDNY–000028151 | Email from S. Hudson to E. Li re: [REDACTED] - Business DD Questions | MIL |
| 069 | 11/08/2015 | DPW_SDNY–000095576 | DPW_SDNY–000095578 | Email from S. Hudson to E.X. Li re: [REDACTED] - S-1 (Redacted) | MIL |
| 070 | 11/08/2015 | DPW_SDNY–000095576 | DPW_SDNY–000095578 | Email from S. Hudson to E.X. Li re: [REDACTED] - S-1 (Unredacted) | MIL |
| 071 | 11/09/2015 | DPW_SDNY–000141352 | DPW_SDNY–000141352 | Email from S. Hudson to R. Clausen re: Kaloma | |
| 072 | 11/09/2015 | DPW_SDNY–000141821 | DPW_SDNY–000141821 | Email from R. Clausen to S. Hudson re: Following-Up | |
| 073 | 11/10/2015 | DPW_SDNY–000015660 | DPW_SDNY–000015661 | Email from E. Li to S. Hudson et al. re: [REDACTED] follow-up | MIL |
| 074 | 11/13/2015 | DPW_SDNY-000167391 | DPW_SDNY-000167391 | M&A - Junior Associate Annual Review - Highlights | |
| 075 | 11/14/2015 | DPW_SDNY-000166176 | DPW_SDNY-000166180 | Email from C. Kuratek to K. Cardwell re: | MIL |
| 076 | 11/16/2015 | DPW_SDNY–000091958 | DPW_SDNY–000091958 | Email from C. Fenner to W. Chudd re: Kaloma Cardwell's review folder | |
| 077 | 11/17/2015 | DPW_SDNY–000111999 | DPW_SDNY–000112000 | Email from Y. VanRiper to J. Amorosi re: [REDACTED] closing binders | 402, 802, 805, |
| 078 | 11/27/2015 | DPW_SDNY–000093366 | DPW_SDNY–000093369 | Email from C. Kuratek to S. Hudson re: [REDACTED] - Expiration Time | 802, 805, MIL |
| 079 | 12/02/2015 | DPW_SDNY–000099784 | DPW_SDNY–000099785 | Email from S. Adams to K. Cardwell re: Thanks again | |
| 080 | 12/02/2015 | DPW_SDNY–000047471 | DPW_SDNY–000047471 | Email from S. Hudson to K. Kaloma re: NYC Bar event | |
| 081 | 12/07/2015 | DPW_SDNY–000093462 | DPW-SDNY–000093468 | Email from C. Kuratek to S. Hudson re: [REDACTED] - #2 Tender Offer Documents (Redacted) | 106, 402, 403, 805, MIL |
| 082 | 12/07/2015 | DPW_SDNY–000093462 | DPW-SDNY–000093478 | Email from C. Kuratek to S. Hudson re: [REDACTED]: #2 Tender Offer Documents (Unredacted) | 106, 402, 403, 805, MIL |
| 083 | 12/17/2015 | DPW_SDNY–000096468 | DPW_SDNY–000096468 | Email from S. Hudson to C. Kuratek re: [REDACTED] Tenders / Next week | 106, 402, 403, 805, MIL |
| 084 | 12/17/2015 | CARDWELL001600 | CARDWELL001600 | Email from S. Hudson to K. Cardwell re: [REDACTED] Tender - Expiration Date Documents | 106, 402, 403, 805, MIL |
| 085 | 12/17/2015 | DPW_SDNY–000084306 | DPW_SDNY–000084307 | Email from K. Cardwell to S. Hudson re:[REDACTED] Tender - Expiration Date Documents | MIL |
| 086 | 12/18/2015 | DPW_SDNY–000027533 | DPW_SDNY–000027533 | Email from K. Cardwell to W. Chudd re: Annual Review? | |
| 087 | 12/22/2015 | DPW_SDNY–000144387 | DPW_SDNY–000144388 | William Chudd Annual Review of Kaloma Cardwell | 802, 805, 1002, |
| 088 | 12/28/2015 | DPW_SDNY–000166121 | DPW_SDNY–000166123 | Email from K. Cardwell to C. Kuratek re: Deals & Cases (Redacted) | MIL |
| 089 | 12/28/2015 | DPW_SDNY–000166121 | DPW_SDNY–000166123 | Email from K. Cardwell to C. Kuratek re: Deals & Cases (Unredacted) | MIL |
| 090 | 01/11/2016 | DPW_SDNY–000098037 | DPW_SDNY–000098054 | Email from S. Crane to T. Reid re: K. Cardwell | 802, 805, 1002 |
| 091 | 01/25/2016 | DPW_SDNY–000045609 | DPW_SDNY–000045610 | Thread between K. Cardwell and V. Jackson | 402, 802 |
| 092 | 02/02/2016 | DPW_SDNY–000032059 | DPW_SDNY–000032060 | Email from V. Jackson to K. Cardwell re: TR Follow-Up | |
| 093 | 02/10/2016 | DPW_SDNY–000086909 | DPW_SDNY–000086910 | Email from C. Fenner to D. Brass re: Help for Dan Brass | 802, 805, MIL |
| 094 | 02/17/2016 | DPW_SDNY–000096513 | DPW_SDNY–000096513 | Email from S. Hudson to B. Thompson et al. re: [REDACTED: Client T] (Redacted) | 802, 805, MIL |
| 095 | 02/17/2016 | DPW_SDNY–000096513 | DPW_SDNY–000096514 | Email from S. Hudson to B. Thompson et al. re: [REDACTED] Subsidiary Tenders (Unredacted) | 802, 805, MIL |
| 096 | 04/01/2016 | DPW_SDNY–000045700 | DPW_SDNY–000045700 | Email from C. Fenner to Nyma Partners et al. re: Please welcome our new M&A and IP Associates - April 2016 | |
| 097 | 06/01/2016 | DPW_SDNY–000143351 | DPW_SDNY–000143352 | Email from R. DeSantis to T. Au Teung re: Guidelines - Difficult Review Messages (TTGs) | |
| 098 | 06/10/2016 | DPW_SDNY–000140608 | DPW_SDNY–000140632 | Email from A. Fabe to R. DeSantis re: Revised PPT for Monday's Meeting with John Bick | 106, 403, |
| 099 | 06/13/2016 | DPW_SDNY–000140824 | DPW_SDNY–000140824 | Email from A. Fabe to R. DeSantis re: Kaloma Cardwell | |
| 100 | 06/13/2016 | DPW_SDNY–000140827 | DPW_SDNY–000140827 | Email from C. Fenner to F. Alicia et al. re: Kaloma Cardwell | |
| 101 | 06/14/2016 | DPW_SDNY–000164543 | DPW_SDNY–000164545 | Email from A. Fabe to A. Fabe re: Document1 (4).docx | |
| 102 | 06/14/2016 | DPW_SDNY–000165497 | DPW_SDNY–000165498 | Email from A. Fabe to Diversity Committee re: Today's Diversity Cttee Meeting | |
| 103 | 06/20/2016 | DPW_SDNY–000141867 | DPW_SDNY–000141867 | Email from R. Clausen to C. Fenner re: Feedback for Kaloma Cardwell | |
| 104 | 06/20/2016 | DPW_SDNY–000141868 | DPW_SDNY–000141868 | Email from R. Clausen to J. Hall re: Feedback for Kaloma Cardwell (Redacted) | |
| 105 | 06/20/2016 | DPW_SDNY–000141868 | DPW_SDNY–000141868 | Email from R. Clausen to J. Hall re: Feedback for Kaloma Cardwell (Unredacted) | |
| 106 | 06/20/2016 | DPW_SDNY-000144365 | DPW_SDNY-000144365 | Brian Friedman Review of Kaloma Cardwell | 802, 805, 1002, MIL |

Case 1:19-cv-10256-GHW   Document 379-1   Filed 01/05/24   Page 3 of 7

Cardwell v. Davis Polk and Wardwell, et al. (19-cv-10256)
Defendants' Updated Trial Exhibit List with Plaintiff's Objections

| DTX | Date | Beg Bates | End Bates | Document Description | Objections |
|---|---|---|---|---|---|
| 107 | 06/20/2016 | DPW_SDNY-000144367 | DPW_SDNY-000144367 | Joseph Hall Review of Kaloma Cardwell | |
| 108 | 06/20/2016 | DPW_SDNY-000144371 | DPW_SDNY-000144371 | Sophia Hudson Review of Kaloma Cardwell | 403, 802, 805, 1002, MIL |
| 109 | 06/21/2016 | DPW_SDNY-000141390 | DPW_SDNY-000141390 | Email from C. Fenner to R. Clausen re: Feedback for Kaloma Cardwell | 403, 802, 805, MIL |
| 110 | 06/21/2016 | DPW_SDNY-000144377 | DPW_SDNY-000144377 | Laura Turano Review of Kaloma Cardwell | |
| 111 | 06/22/2016 | DPW_SDNY-000140831 | DPW_SDNY-000140831 | Email from R. DeSantis to C. Fenner re: Kaloma | |
| 112 | 06/22/2016 | DPW_SDNY-000144355 | DPW_SDNY-000144355 | John Amorosi Review of Kaloma Cardwell | |
| 113 | 06/22/2016 | DPW_SDNY-000144359 | DPW_SDNY-000144359 | Christopher Bezeg Review of Kaloma Cardwell | 802, 1002, MIL |
| 114 | 06/23/2016 | DPW_SDNY-000165358 | DPW_SDNY-000165358 | Email from A. Fabe to C. Fenner re: [REDACTED] and Kaloma (Redacted) | |
| 115 | 06/23/2016 | DPW_SDNY-000165358 | DPW_SDNY-000165358 | Email from A. Fabe to C. Fenner re: Taylor and Kaloma (Unredacted) | |
| 116 | 06/30/2016 | DPW_SDNY-000000271 | DPW_SDNY-000000272 | Lawyer Reviews - Summary Reviews | 802, 805, 1002, MIL |
| 117 | 06/30/2016 | DPW_SDNY-000144385 | DPW_SDNY-000144386 | John Bick Interim Review of Kaloma Cardwell | 802, 805, 1002, MIL |
| 118 | 07/08/2016 | DPW_SDNY-000086012 | DPW_SDNY-000086012 | Email from D. Schweiger to B. Wolfe et al. re: Staffing - First Data | 802, 805, MIL |
| 119 | 07/12/2016 | DPW_SDNY-000097507 | DPW_SDNY-000097508 | Email from D. Wolfe to C. Fenner re: quick due diligence | 802 |
| 120 | 07/22/2016 | DPW_SDNY-000086917 | DPW_SDNY-000086917 | Email from L. Turano to D. Brass re: [No Subject] | |
| 121 | 07/22/2016 | DPW_SDNY-000143350 | DPW_SDNY-000143350 | Email from C. Fenner to D. Brass re: Fw: Any time left? | 802 |
| 122 | 07/22/2016 | DPW_SDNY-000088628 | DPW_SDNY-000088629 | Email from D. Brass to C. Fenner re: [No Subject] | 802 |
| 123 | 07/22/2016 | DPW_SDNY-000045710 | DPW_SDNY-000045711 | Email from C. Fenner to K. Cardwell re: [REDACTED] | |
| 124 | 07/27/2016 | CARDWELL000677 | CARDWELL000677 | Email from K. Cardwell to K. Cardwell re: DPW | 802, 805 |
| 125 | 08/04/2016 | DPW_SDNY-000105316 | DPW_SDNY-000105316 | Email from K. Cardwell to C. Fenner re: Coverage (Unredacted) | |
| 126 | 08/04/2016 | DPW_SDNY-000105316 | DPW_SDNY-000105316 | Email from K. Cardwell to C. Fenner re: Coverage (Redacted) | |
| 127 | 08/04/2016 | CARDWELL001424 | CARDWELL001424 | Email from K. Cardwell to S. Adams | |
| 128 | 08/04/2016 | DPW_SDNY-000086014 | DPW_SDNY-000086016 | Email from J. Butler to H. Birnbaum et al. re: [REDACTED] Letter (Redacted) | 802, 805 |
| 129 | 08/04/2016 | DPW_SDNY-000086014 | DPW_SDNY-000086016 | Email from J. Butler to H. Birnbaum et al. re: [REDACTED] Letter (Unredacted) | 802, 805 |
| 130 | 08/04/2016 | DPW_SDNY-000086014 | DPW_SDNY-000086047 | Email from J. Butler to H. Birnbaum et al. re: [REDACTED] Letter (Unredacted) | 802, 805 |
| 131 | 08/05/2016 | DPW_SDNY-000086048 | DPW_SDNY-000086052 | Email from J. Butler to H. Birnbaum re: [REDACTED] Letter | 802, 805 |
| 132 | 08/09/2016 | DPW_SDNY-000086053 | DPW_SDNY-000086053 | Email from J. Butler to H. Birnbaum re: [REDACTED] Letter | 802, 805 |
| 133 | 08/15/2016 | DPW_SDNY-000144553 | DPW_SDNY-000144557 | Email from R. Clausen to M. Dworkin re: Credit Associate Hours - as of Week of August 15th | 106, 403, 802, 805, MIL |
| 134 | 08/16/2016 | DPW_SDNY-000105317 | DPW_SDNY-000105317 | Email from K. Cardwell to C. Fenner re: Next week | |
| 135 | 08/18/2016 | DPW_SDNY-000143965 | DPW_SDNY-000143965 | Email from N. Katz to Professional Development et al. re: Reviewer Preferences Survey | |
| 136 | 08/25/2016 | DPW_SDNY-000046414 | DPW_SDNY-000046414 | Email from K. Cardwell to C. Fenner re: Your time | 402, 802 |
| 137 | 09/07/2016 | DPW_SDNY-000165045 | DPW_SDNY-000165045 | Email from Associate Development Department to P. Mills re: Annual Reviews: Due September 2nd | |
| 138 | 09/07/2016 | DPW_SDNY-000141404 | DPW_SDNY-000141404 | Email from C. Fenner to R. Clausen re: Kaloma | |
| 139 | 09/08/2016 | DPW_SDNY-000046514 | DPW_SDNY- 000046514 | Email from R. Clausen to K. Cardwell re: Request for Assistance for Credit | |
| 140 | 09/08/2016 | DPW_SDNY-000099560 | DPW_SDNY- 000099560 | Email from K. Cardwell to S. Adams re: Request for Assistance for Credit | |
| 141 | 09/09/2016 | DPW_SDNY-000140832 | DPW_SDNY-000140832 | Email from S. Crane to R. DeSantis re: [No Subject] | |
| 142 | 09/19/2016 | DPW_SDNY-000088630 | DPW_SDNY-000088630 | Email from D. Brass to O. Smith re: Sorry for taking a while | 802, 805, |
| 143 | 09/19/2016 | DPW_SDNY-000086919 | DPW_SDNY-000086919 | Email from C. Fenner to D. Brass re: Sorry for taking a while | 802, 805, |
| 144 | 09/21/2016 | DPW_SDNY-000046569 | DPW_SDNY-000046569 | Email from K. Cardwell to C. Fenner re: Your time | 802, |
| 145 | 09/27/2016 | DPW_SDNY-000134245 | DPW_SDNY-000134252 | Email from C. Fenner to L. Kreynin re: Our Discussion | |
| 146 | 09/27/2016 | DPW_SDNY-000089583 | DPW_SDNY-000089583 | Email from C. Fenner to J. Butler re: Prioritizing reviews | 802, 805 |
| 147 | 09/27/2016 | DPW_SDNY-000144360 | DPW_SDNY-000144360 | John Butler Review of Kaloma Cardwell | 802, |
| 148 | 09/27/2016 | DPW_SDNY-000144369 | DPW_SDNY-000144370 | Sophia Hudson Review of Kaloma Cardwell | 403, 802, 805, MIL |
| 149 | 09/29/2016 | DPW_SDNY-000046570 | DPW_SDNY-0000467571 | Email from K. Cardwell to C. Fenner re: Capacity Update | 802, |
| 150 | 09/29/2016 | DPW_SDNY-000084698 | DPW_SDNY-000084701 | Email from K. Cardwell to F. Tukdi re: [REDACTED] SPA (Redacted) | 802, 805, |
| 151 | 09/29/2016 | DPW_SDNY-000084698 | DPW_SDNY-000084701 | Email from K. Cardwell to F. Tukdi re: [REDACTED] SPA (Unredacted) | 802, 805, |
| 152 | 10/04/2016 | DPW_SDNY-000144361 | DPW_SDNY-000144361 | Francesca Campbell Review of Kaloma Cardwell | |
| 153 | 10/04/2016 | DPW_SDNY-000144376 | DPW_SDNY-000144376 | Laura Turano Review of Kaloma Cardwell | |
| 154 | 10/17/2016 | CARDWELL001196 | CARDWELL001196 | Email from K. Cardwell to S. Adams re: Davis | 802 |
| 155 | 10/17/2016 | DPW_SDNY-000097947 | DPW_SDNY-000097947 | Email from C. Fenner to J. Bick re: Next review meeting | 802 |
| 156 | 10/17/2016 | DPW_SDNY-000097840 | DPW_SDNY-000097840 | Email from C. Fenner to J. Bick re: Next review meeting | 802 |
| 157 | 10/19/2016 | DPW_SDNY-000086924 | DPW_SDNY-000086925 | Email from O. Smith to D. Brass re: [No Subject] (Redacted) | 802, 805 |
| 158 | 10/19/2016 | DPW_SDNY-000086924 | DPW_SDNY-000086925 | Email from O. Smith to D. Brass re: [No Subject] (Unredacted) | 802, 805 |
| 159 | 11/07/2016 | DPW_SDNY-000097948 | DPW_SDNY-000097948 | Email from J. Bick to C. Fenner re: M&A - Midyear review | |
| 160 | 11/14/2016 | DPW_SDNY-000137552 | DPW_SDNY-000137552 | Email from C. Fenner to L. Kreynin re: Message for Kaloma | 802, |
| 161 | 11/15/2016 | DPW_SDNY-000137553 | DPW_SDNY-000137553 | Email from C. Fenner to L. Kreynin re: Kaloma Cardwell - Draft Message | 802, 805 |
| 162 | 11/18/2016 | DPW_SDNY-000086081 | DPW_SDNY-000086081 | Email from C. Fenner to H. Birnbaum re: Credit | 802 |

Case 1:19-cv-10256-GHW   Document 379-1   Filed 01/05/24   Page 4 of 7

Cardwell v. Davis Polk and Wardwell, et al. (19-cv-10256)
Defendants' Updated Trial Exhibit List with Plaintiff's Objections

| DTX | Date | Beg Bates | End Bates | Document Description | Objections |
|---|---|---|---|---|---|
| 163 | 12/19/2016 | DPW_SDNY-000000283 | DPW_SDNY-000000284 | "Lawyers Review - Summary Reviews" for K. Cardwell by L. Kreynin | 802, 805, 1002 |
| 164 | 12/19/2016 | DPW_SDNY–000144383 | DPW_SDNY–000144384 | Leonard Kreynin Annual Review of Kaloma Cardwell | 802, 805, 1002 |
| 165 | 12/27/2016 | DPW_SDNY–000086091 | DPW_SDNY-000086092 | Email from C. Fenner to B. Wolfe et al. re: 12/27 Capacity Update | 802 |
| 166 | 12/27/2016 | DPW_SDNY–000097518 | DPW_SDNY–000097519 | Email from B. Wolfe to M. Davis re: [REDACTED] -- M&A Staffing | 802 |
| 167 | 01/03/2017 | KCARDWELL001786 | KCARDWELL001790 | Email from K. Cardwell to J. Powell re: Tides/HIFIS Fellowship | 802, 805 |
| 168 | 01/20/2017 | N/A | N/A | Email from K. Cardwell to R. Clausen re: Career Advisor Program - Your Career Advisors are: John Bick and John Butler (KC Exhibit KC-032) | |
| 169 | 01/22/2017 | CARDWELL001234 | CARDWELL001234 | Thread between V. Jackson and K. Cardwell | 802 |
| 170 | 02/02/2017 | DPW_SDNY–000046578 | DPW_SDNY–000046578 | Email from K. Cardwell to C. Fenner re: Help for Laura | 802 |
| 171 | 03/14/2017 | DPW_SDNY–000084890 | DPW_SDNY–000084891 | Email from K. Cardwell to M. Williams re: [REDACTED] Invoice Instructions (Japan) | 802, 805 |
| 172 | 03/16/2017 | DPW_SDNY–000105325 | DPW_SDNY–000105325 | Email from K. Cardwell to C. Fenner re: John Bick | 802 |
| 173 | 03/21/2017 | DPW_SDNY–000097959 | DPW_SDNY–000097959 | Email from J. Bick to S. Crane re: [No Subject] | 802 |
| 174 | 03/21/2017 | DPW_SDNY–000141975 | DPW_SDNY–000141976 | Email from S. Crane to T. Reid re: [No Subject] | 802 |
| 175 | 03/21/2017 | DPW_SDNY–000097960 | DPW_SDNY–000097960 | Email from J. Bick to L. Kreynin re: [No Subject] | 802 |
| 176 | 03/21/2017 | CARDWELL000700 | CARDWELL000700 | Email from C. Lewis to K. Cardwell re: Tides/Haas Fellowship Follow Up | 802, 805 |
| 177 | 03/21/2017 | DPW_SDNY–000098076 | DPW_SDNY–000098076 | Email from S. Crane to R. DeSantis re: Feedback Meeting | 802 |
| 178 | 03/21/2017 | DPW_SDNY–000140871 | DPW_SDNY–000140872 | Email from T. Reid to S. Crane re: Feedbak Meeting | 802 |
| 179 | 03/23/2017 | DPW_SDNY–000097879 | DPW_SDNY–000097879 | Email from C. Fenner to L. Kreynin re: Kaloma | 802 |
| 180 | 03/24/2017 | DPW_SDNY–000051908 | DPW_SDNY–000051957 | Email from M. Williams to F. Campbell re: [REDACTED] Invoice Instructions (Japan) | 802, 805 |
| 181 | 03/24/2017 | DPW_SDNY–000051958 | DPW_SDNY– 000051970 | Email from M. Williams to F. Campbell re: [REDACTED] Invoice Instructions (Japan) (Redacted) | 802, 805 |
| 182 | 03/24/2017 | DPW_SDNY–000051958 | DPW_SDNY– 000051970 | Email from M. Williams to F. Campbell re: [REDACTED] Invoice Instructions (Japan) (Unredacted) | 802, 805 |
| 183 | 03/24/2017 | DPW_SDNY–000098078 | DPW_SDNY–000098091 | Email from M. Williams to T. Reid re: [REDACTED] Invoice Instructions (Japan) | 802, 805 |
| 184 | 03/28/2017 | DPW_SDNY–000142321 | DPW_SDNY–000142321 | Professional Skills & Abilities To be Assessed According to the Lawyer's Seniority and Experience Level | 802 |
| 185 | 03/29/2017 | KCARDWELL003291 | KCARDWELL003294 | Email from K. Cardwell to K. Cardwell re: Notes from Today's Meeting with Tom Reid and Len Kreynin | 802 |
| 186 | 04/03/2017 | DPW_SDNY–000045643 | DPW_SDNY–000045643 | Thread between K. Cardwell and Unknown Number | 802, 805 |
| 187 | 04/14/2017 | KCARDWELL025615 | KCARDWELL025615 | Cardwell Text Messages with Duane Hughes and Vanessa Jackson | 402, 403, 802, 805 |
| 188 | 05/02/2017 | DPW_SDNY–000086109 | DPW_SDNY–000086109 | Email from B. Wolfe to H. Birnbaum re: Staffing | 802 |
| 189 | 05/03/2017 | DPW_SDNY–000086111 | DPW_SDNY–000086111 | Email from B. Wolfe to H. Birnbaum re: Projects for Kaloma | 802 |
| 190 | 05/03/2017 | DPW_SDNY–000097880 | DPW_SDNY–000097880 | Email from K. Cardwell to J. Bick re: Welcome Back | |
| 191 | 05/03/2017 | KCARDWELL009929 | KCARDWELL009929 | Email from K. Cardwell to K. Cardwell re: DPW | 802 |
| 192 | 05/03/2017 | DPW_SDNY–000138823 | DPW_SDNY–000138825 | Email from K. Cardwell to L. Goldberg re: mandatory dividend (Redacted) | 802 |
| 193 | 05/03/2017 | DPW_SDNY–000138823 | DPW_SDNY–000138825 | Email from K. Cardwell to L. Goldberg re: mandatory dividend (Unredacted) | 802 |
| 194 | 05/04/2017 | DPW_SDNY–000051996 | DPW_SDNY–000051996 | Email from L. Goldberg to K. Cardwell re: Tel message from Goldberg, Louis L. | 802 |
| 195 | 05/10/2017 | DPW_SDNY–000097966 | DPW_SDNY–000097967 | Email from J. Bick to L. Goldberg re: checking in | 802 |
| 196 | 05/11/2017 | DPW_SDNY–000139449 | DPW_SDNY–000139449 | Email from L. Goldberg to H. Birnbaum re: Staffing for [REDACTED]projects for smaller deals | 802 |
| 197 | 05/12/2017 | DPW_SDNY–000051997 | DPW_SDNY–000052000 | Email from L. Goldberg to K. Cardwell re: checking in | 802 |
| 198 | 05/22/2017 | DPW_SDNY–000052001 | DPW_SDNY–000052001 | Email from K. Cardwell to L. Goldberg re: Checking-in | 802 |
| 199 | 05/22/2017 | DPW_SDNY–000097968 | DPW_SDNY–000097968 | Email from J. Bick to H. Birnbaum re: Kaloma | 802 |
| 200 | 05/31/2017 | DPW_SDNY–000138793 | DPW_SDNY–000138799 | Email from K. Cardwell to L. Goldberg re: Memo_Just How Preferred are: Preferred Payments? | 802 |
| 201 | 05/31/2017 | DPW_SDNY–000139455 | DPW_SDNY–000139455 | Email from K. Cardwell to L. Goldberg re: Memo_Just How Preferred are: Preferred Payments? | 802 |
| 202 | 05/31/2017 | N/A | N/A | Blackline of Article "Just How Preferred are Preferred Payments" (Dkt. No. 223-52, Pages 12–17) | 802 |
| 203 | 06/01/2017 | DPW_SDNY–000086118 | DPW_SDNY–000086118 | Email from L. Goldberg to H. Birnbaum re: New Deal | 802 |
| 204 | 06/01/2017 | DPW_SDNY–000052002 | DPW_SDNY–000052004 | Email from L. Goldberg to K. Cardwell re: I tried you back | 802 |
| 205 | 06/06/2017 | DPW_SDNY-000138840 | DPW_SDNY-000138953 | Email from K. Cardwell to L. Goldberg re: [REDACTED] - Draft JVA | 802 |
| 206 | 06/06/2017 | DPW_SDNY–000045238 | DPW_SDNY–000045238 | Email from L. Goldberg to S. Kreider IV re: [REDACTED] - Draft JVA (Redacted) | 802 |
| 207 | 06/06/2017 | DPW_SDNY–000045238 | DPW_SDNY–000045238 | Email from L. Goldberg to S. Kreider IV re: [REDACTED] - Draft JVA (Unredacted) | 802 |
| 208 | 06/06/2017 | N/A | N/A | Published Client Memorandum: "Just How Iron-Clad are Contractual Rights to Payment On Preferred Stock of a Solvent Company?" (Dkt. No. 200-16) | |
| 209 | 06/07/2017 | DPW_SDNY–000139494 | DPW_SDNY–000139494 | Email from L. Goldberg to H. Birnbaum re: One more: area of help please | 802 |
| 210 | 06/07/2017 | DPW_SDNY–000045239 | DPW_SDNY–000045239 | Email from L. Goldberg to S. Kreider IV re: [REDACTED] - Draft JVA (Redacted) | 802 |
| 211 | 06/07/2017 | DPW_SDNY–000045239 | DPW_SDNY–000045239 | Email from L. Goldberg to S. Kreider IV re: [REDACTED] - Draft JVA (Unredacted) | 802 |
| 212 | 06/08/2017 | DPW_SDNY–000084894 | DPW_SDNY–000084894 | Email from K. Cardwell to L. Goldberg re: [REDACTED] - Draft JVA | 802 |
| 213 | 06/08/2017 | DPW_SDNY–000084894 | DPW_SDNY–000084992 | Email from K. Cardwell to L. Goldberg re: [REDACTED] - Draft JVA | 802 |
| 214 | 06/12/2017 | DPW_SDNY–000052013 | DPW_SDNY–000052013 | Email from L. Goldberg to K. Cardwell re: [REDACTED] - Draft JVA | 802 |
| 215 | 06/12/2017 | DPW_SDNY–000052013 | DPW_SDNY–000052055 | Email from L. Goldberg to K. Cardwell re: [REDACTED] - Draft JVA | 802 |

Case 1:19-cv-10256-GHW   Document 379-1   Filed 01/05/24   Page 5 of 7

Cardwell v. Davis Polk and Wardwell, et al. (19-cv-10256)
Defendants' Updated Trial Exhibit List with Plaintiff's Objections

| DTX | Date | Beg Bates | End Bates | Document Description | Objections |
|---|---|---|---|---|---|
| 216 | 06/12/2017 | DPW_SDNY–000145670 | DPW_SDNY–000145672 | Email from L. Goldberg to K. Cardwell re: Just How Iron-Clad are: Contractual Rights to Payment On Preferred Stock of a Solvent Company? | 802 |
| 217 | 06/12/2017 | DPW_SDNY–000045052 | DPW_SDNY–000045053 | Email from K. Cardwell to L. Goldberg re: [REDACTED] - Draft JVA | 802 |
| 218 | 06/12/2017 | DPW_SDNY–000045052 | DPW_SDNY–000045185 | Email from K. Cardwell to L. Goldberg re: [REDACTED] - Draft JVA | 802 |
| 219 | 06/13/2017 | DPW_SDNY–000088834 | DPW_SDNY–000088835 | Email from D. Brass to B. Wolfe re: new assignment? | 802 |
| 220 | 06/14/2017 | DPW_SDNY–000045186 | DPW-SDNY–000045187 | Email from K. Cardwell to L. Goldberg re: [REDACTED] - Draft JVA | 802 |
| 221 | 06/14/2017 | DPW_SDNY–000045190 | DPW_SDNY–000045191 | Email from K. Cardwell to M. Harley re: [REDACTED] - Draft JVA | 802 |
| 222 | 06/14/2017 | DPW_SDNY–000097888 | DPW_SDNY–000097889 | Email from L. Goldberg to J. Bick re: Help with new assignments please | 802 |
| 223 | 06/14/2017 | DPW_SDNY–000097977 | DPW_SDNY–000097978 | Email from J. Bick to L. Goldberg re: Help with new assignments please | 802 |
| 224 | 06/14/2017 | DPW_SDNY–000139518 | DPW_SDNY–000139519 | Email from L. Goldberg to K. Cardwell re: New assignment | 802 |
| 225 | 06/14/2017 | DPW_SDNY–000099113 | DPW_SDNY–000099114 | Email from L. Goldberg to P. Mills re: Assignment | 802 |
| 226 | 06/15/2017 | DPW_SDNY–000052064 | DPW_SDNY–000052115 | Email from P. Mills to K. Kaloma re: Project Steel | 802802 |
| 227 | 06/15/2017 | DPW_SDNY–000084995 | DPW_SDNY–000084997 | Email from K. Cardwell to P. Mills re: [REDACTED] | 802 |
| 228 | 06/16/2017 | DPW_SDNY–000084998 | DPW_SDNY–000084999 | Email from K. Cardwell to P. Mills re: [REDACTED] - Bid Letter | 802 |
| 229 | 06/16/2017 | DPW_SDNY–000099115 | DPW_SDNY–000099115 | Email from K. Cardwell to R. Mills re: [REDACTED] - Bid Letter | 802 |
| 230 | 06/19/2017 | DPW_SDNY–000085000 | DPW_SDNY–000085000 | Email from K. Cardwell to P. Mills re: Voice Message from Phillip Mills (44618) on 6/19/17 6:27 PM for 43078 | 802 |
| 231 | 06/20/2017 | DPW_SDNY–000097890 | DPW_SDNY–000097890 | Email from P. Mills to L. Goldberg re: Kaloma Cardwell | 802, 805 |
| 232 | 06/21/2017 | DPW_SDNY–000097892 | DPW_SDNY–000097893 | Email from L. Goldberg to P. Mills re: Kaloma Cardwell | 802, 805 |
| 233 | 06/21/2017 | DPW_SDNY–000052117 | DPW_SDNY–000052118 | Email from K. Cardwell to J. Sterner re: Urgent - Please Respond | 802 |
| 234 | 06/22/2017 | DPW_SDNY–000085001 | DPW_SDNY–000085003 | Email from L. Goldberg to K. Cardwell re: Urgent - Please respond | 802 |
| 235 | 07/03/2017 | DPW_SDNY–000045646 | DPW_SDNY–000045646 | Thread Between K. Cardwell and V. Jackson | 802 |
| 236 | 07/07/2017 | DPW_SDNY–000052139 | DPW_SDNY–000052142 | Email from E. Ruiz to L. Goldberg re: Just How Iron-Clad are: Contractual Rights to Payment on Preffered Stock of a Solvent Company? | 802 |
| 237 | 07/18/2017 | DPW_SDNY-000000022 | DPW_SDNY-000000022 | Letter from J. Haasan to Davis Polk & Wardwell re: Kaloma Cardwell | 802 |
| 238 | 08/01/2017 | DPW_SDNY–000098092 | DPW_SDNY–000098092 | Email from T. Reid to T. Reid re: "Coffee-Break" Follow-Up | |
| 239 | 08/01/2017 | DPW_SDNY–000098096 | DPW_SDNY–000098096 | Email from T. Reid to T. Reid re: Tel Message from Reid, Thomas J. | 802 |
| 240 | 08/09/2017 | DPW_SDNY–000163770 | DPW_SDNY–000163770 | Email from L. Hochbaum to L. Hochbaum re: CK | 802 |
| 241 | 08/17/2017 | DPW_SDNY–000143977 | DPW_SDNY–000143977 | Email from N. Katz to Professional Development et al. re: Reviewer Preferences Survey | |
| 242 | 08/25/2017 | DPW_SDNY–000145829 | DPW_SDNY–000145829 | Email from A. O'Dell to K. Cardwell re: paychecks | 802 |
| 243 | 08/30/2017 | CARDWELL000675 | CARDWELL000676 | Email from K. Cardwell to K. Cardwell re: *Strictly Confidential* | 802 |
| 244 | 09/01/2017 | KCARDWELL015618 | KCARDWELL015620 | Email from K. Cardwell to B. King re: *Strictly Confidential* | 802 |
| 245 | 09/01/2017 | DPW_SDNY–000086138 | DPW_SDNY–000086138 | Email from L. Kreynin to H. Birnbaum re: Pitch | |
| 246 | 09/05/2017 | DPW_SDNY–000165040 | DPW_SDNY–000165040 | Email from Professional Development Department to D. Brass re: Annual Reviews: Due September 22nd | |
| 247 | 09/08/2017 | DPW_SDNY–000052405 | DPW_SDNY–000052406 | Email from E. Anvari to J. Amorosi re: New Matter | 802, 805 |
| 248 | 09/08/2017 | DPW_SDNY–000037031 | DPW_SDNY–000037038 | Email from K. Cardwell to L. Hochbaum re: [REDACTED] Fairness Question | 802, 805 |
| 249 | 09/11/2017 | DPW_SDNY–000033097 | DPW_SDNY–000033098 | Email from K. Cardwell to T. Parrish re: [REDACTED] | 802, 805 |
| 250 | 09/11/2017 | DPW_SDNY–000033097 | DPW_SDNY–000033251 | Email from K. Cardwell to T. Parrish re: [REDACTED] | 802, 805 |
| 251 | 09/12/2017 | DPW_SDNY–000163453 | DPW_SDNY–000163453 | Email from L. Hochbaum to L. Hochbaum re: CK | 802, 805 |
| 252 | 09/12/2017 | DPW_SDNY–000005551 | DPW_SDNY–000005552 | Email from J. Amorosi to K. Cardwell re: [REDACTED] - Revised Transaction Agreement | 802, 805 |
| 253 | 09/13/2017 | DPW_SDNY–000000866 | DPW_SDNY–000000869 | Email from B. Stager to J. Amorosi re: [REDACTED] List | 802, 805 |
| 254 | 09/17/2017 | DPW_SDNY-000033601 | DPW_SDNY-000033956 | Email from K. Cardwell to J. Amorosi et al. re: [REDACTED]: Open Points | 802, 805 |
| 255 | 09/17/2017 | DPW_SDNY–000005726 | DPW_SDNY–000005729 | Email from J. Amorosi to K. Cardwell re: [REDACTED]: Open Points | 802, 805 |
| 256 | 09/17/2017 | DPW_SDNY–000005726 | DPW_SDNY–000005802 | Email from J. Amorosi to K. Cardwell re: [REDACTED]: Open Points | 802, 805 |
| 257 | 09/17/2017 | DPW_SDNY–000005803 | DPW_SDNY–000005878 | Email from J. Amorosi to K. Cardwell re: [REDACTED]: Open Points | 802, 805 |
| 258 | 09/18/2017 | DPW_SDNY–000110368 | DPW_SDNY–000110724 | Email from K. Cardwell to J. Dwyer et al. re: Project [REDACTED]: Transaction & LLC Agreements | 802, 805 |
| 259 | 09/19/2017 | DPW_SDNY–000006873 | DPW_SDNY–000006876 | Email from [REDACTED] to K. Cardwell re: [REDACTED]: Open Points (Redacted) | 802, 805 |
| 260 | 09/19/2017 | DPW_SDNY–000006873 | DPW_SDNY–000006876 | Email from B. Smarsh to K. Cardwell re: [REDACTED]: Open Points (Unredacted) | 802, 805 |
| 261 | 09/19/2017 | DPW_SDNY–000144368 | DPW_SDNY–000144368 | Lee Hochbaum Review of Kaloma Cardwell | 802, 1002 |
| 262 | 10/02/2017 | DPW_SDNY–000144372 | DPW_SDNY–000144372 | Phillip Mills Review of Kaloma Cardwell | 802, 1002 |
| 263 | 10/06/2017 | DPW_SDNY–000144366 | DPW_SDNY–000144366 | Louis Goldberg Review of Kaloma Cardwell | 802, 1002 |
| 264 | 10/09/2017 | DPW_SDNY–000144354 | DPW_SDNY–000144354 | John Amorosi Review of Kaloma Cardwell | 802, 1002 |
| 265 | 10/18/2017 | DPW_SDNY–000144364 | DPW_SDNY–000144364 | Kathleen Ferrell Review of Kaloma Cardwell | |
| 266 | 10/21/2017 | DPW_SDNY–000140125 | DPW_SDNY–000140127 | Email from L. Goldberg to L. Kreynin re: [REDACTED] | 802 |
| 267 | 10/29/2017 | KCARDWELL025587 | KCARDWELL025587 | Cardwell Text Messages with Vanessa Jackson | 802 |
| 268 | 12/21/2017 | KCARDWELL019037 | KCARDWELL019044 | Email from K. Cardwell to S. Lo re: Notes from Dinner with Tom Reid/DPW | |
| 269 | 01/11/2018 | CARDWELL005619 | CARDWELL005621 | Email from K. Cardwell to K. Cardwell re: DPW Annual Review January 11 2018 Notes | |

Case 1:19-cv-10256-GHW   Document 379-1   Filed 01/05/24   Page 6 of 7

Cardwell v. Davis Polk and Wardwell, et al. (19-cv-10256)
Defendants' Updated Trial Exhibit List with Plaintiff's Objections

| DTX | Date | Beg Bates | End Bates | Document Description | Objections |
|---|---|---|---|---|---|
| 270 | 01/12/2018 | DPW_SDNY–000144382 | DPW_SDNY–000144382 | Oliver Smith Annual Review of Kaloma Cardwell | 802, 805, 1002 |
| 271 | 01/12/2018 | DPW_SDNY–000144391 | DPW_SDNY–000144394 | Oliver Smith Annual Review of Kaloma Cardwell (with attachments) | 802, 805, 1002 |
| 272 | 01/12/2018 | DPW_SDNY–000165431 | DPW_SDNY–000165440 | Cardwell, Kaloma Performance Review Folder | 802, 805, 1002 |
| 273 | 01/22/2018 | DPW_SDNY–000144407 | DPW_SDNY–000144408 | Thread Between K. Cardwell and S. Adams | 802 |
| 274 | 01/22/2018 | CARDWELL001236 | CARDWELL001236 | Thread Between K. Cardwell and V. Jackson | 802 |
| 275 | 01/22/2018 | CARDWELL001237 | CARDWELL001237 | Thread Between K. Cardwell and V. Jackson | 802 |
| 276 | 02/06/2018 | DPW_SDNY–000085152 | DPW_SDNY–000085152 | Email from W. Aaronson to H. Birnbaum et al. re: NY M&A Staffing Coordinator | |
| 277 | 02/20/2018 | KCARDWELL015175 | KCARDWELL015182 | Email from K. Cardwell to 1844 E-Mail list re: Private Equity Bid Checklist | 402, 802, 805 |
| 278 | 03/19/2018 | DPW_SDNY–000085154 | DPW_SDNY–000085154 | M&A Associates by Class - As of March 19, 2018 | 802, 805 |
| 279 | 04/09/2018 | DPW_SDNY–000140804 | DPW_SDNY–000140804 | Email from K. Cardwell to R. DeSantis re: Outplacement Support? | 802, 805 |
| 280 | 04/16/2018 | DPW_SDNY–000085104 | DPW_SDNY–000085105 | Email from K. Cardwell to R. DeSantis re: Outplacement Support? | 802, 805 |
| 281 | 04/30/2018 | DPW_SDNY-000140888 | DPW_SDNY-000140898 | Email from R. DeSantis to K. Cardwell re: Departure: Checklist | 802, 805 |
| 282 | 05/17/2018 | DPW_SDNY–000045660 | DPW_SDNY–000045662 | Email from L. General to K. Cardwell re: IMPORTANT: NY Newly Admitted Attorney CLE Compliance Deadline | 802, 805 |
| 283 | 05/29/2018 | KCARDWELL014482 | KCARDWELL014482 | Davis Polk CLE Course Evaluation and Affirmation | |
| 284 | 07/19/2018 | CARDWELL000689 | CARDWELL000690 | Email from K. Cardwell to K. Cardwell re: Departure: Logistics | 802, 805 |
| 285 | 07/30/2018 | DPW_SDNY–000164188 | DPW_SDNY–000164188 | Email from K. Cardwell to R. DeSantis re: Departure: Logistics | 802, 805 |
| 286 | 08/02/2018 | KCARDWELL025546 | KCARDWELL025665 | Cardwell Text Messages Compilation -- As Produced | 802, 805 |
| 287 | 08/10/2018 | DPW_SDNY–000045301 | DPW_SDNY–000045303 | Email from K. Cardwell to R. DeSantis re: Departure: Logistics | 802, 805 |
| 288 | 08/10/2018 | DPW_SDNY–000000577 | DPW_SDNY–000000723 | Lawyers' Handbook | |
| 289 | 11/04/2019 | N/A | N/A | Verified Complaint with Jury Demand (Dkt. No. 1) | 402, 403, 802, 805 |
| 290 | 11/08/2019 | CARDWELL000680 | CARDWELL000687 | Email from K. Oppenheimer et al. re: Kaloma Cardwell v. Davis Polk Complaint | 402, 403, 802, 805 |
| 291 | 11/10/2020 | N/A | N/A | Second Amended Verified Complaint with Jury Demand (Dkt. No. 99) | 402, 403, 802, 805 |
| 292 | 11/27/2020 | N/A | N/A | Attorney Detail Report: Kaloma Nkosi Cardwell (Dkt. No. 223-76) | 402, 403, 802, 805 |
| 293 | 02/04/2021 | N/A | N/A | Plaintiff's Third Supplemental Objections and Responses to Defendants' First Set of Interrogatories | |
| 294 | 02/06/2021 | N/A | N/A | Corrected Second Amended Verified Complaint with Jury Demand (Dkt. No. 148) | 402, 403, 802, 805 |
| 295 | 10/04/2021 | N/A | N/A | Third Amended Verified Complaint with Jury Demand (Dkt. No. 200) | |
| 296 | 08/28/2023 | N/A | N/A | New York State Unified Court System Attorney Online Search: Kaloma Cardwell – Attorney Detail Report as of 08/28/2023 (retrieved from: https://iapps.courts.state.ny.us/attorneyservices/search?1) | 402, 403, 802, 805 |
| 297 | 08/29/2023 | N/A | N/A | Kaloma Nkosi Cardwell LinkedIn Profile (retrieved 8/29/2023 from www.linkedin.com/in/kalomacardwell) | 402, 403, 802, 805 |
| 298 | N/A | CARDWELL001576 | CARDWELL001578 | Handwritten Notes from Meeting | |
| 299 | N/A | CARDWELL001521 | CARDWELL001521 | Voice Recording | |
| 300 | N/A | N/A | N/A | Certified Transcript of CARDWELL001521 [Voice Recording] | |
| 301 | N/A | DPW_SDNY–000000818 | DPW_SDNY–000000818 | Data Export from Davis Polk & Wardwell LLP Lawyer Review System | 802, 1002 |
| 302 | N/A | DPW_SDNY–000142677 | DPW_SDNY–000142678 | Personnel Files Policies | |
| 303 | N/A | DPW_SDNY–000143583 | DPW_SDNY–000143583 | Cardwell, Kaloma - hours per year | 802, |
| 304 | N/A | DPW_SDNY–000143599 | DPW_SDNY–000143599 | Kaloma Cardwell Billable Hours Timesheet (Excel) | 802, |
| 305 | N/A | DPW_SDNY–000144023 | DPW_SDNY–000144023 | C. Fenner Notes | |
| 306 | N/A | DPW_SDNY–000144354 | DPW_SDNY–000144394 | Compilation of Kaloma Cardwell Reviews | 802, 805, 1002 |
| 307 | N/A | DPW_SDNY–000168017 | DPW_SDNY–000168017 | DPW Termination Chart | 802, 805, 1002 |
| 308 | N/A | KCARDWELL022826 | KCARDWELL022826 | K. Cardwell Preference Letter to work in M&A | |
| 309 | N/A | KCARDWELL025546 | KCARDWELL025665 | Cardwell Text Messages Compilation -- As Produced | 402, 403, 802, 805 |
| 310 | N/A | N/A | N/A | Cardwell, Kaloma - hours per year (Bick Exhibit 0004) | |
| 311 | N/A | N/A | N/A | Kaloma Nkosi Cardwell LinkedIn Profile (KC Exhibit KC-010) | 402, 403, 802, 805 |
| 312 | 12/03/2014 | DPW_SDNY–000029560 | DPW_SDNY–000029562 | Email from K. Cardwell to V. Jackson re: Revised Drafts | |
| 313 | 04/01/2015 | DPW_SDNY–000045493 | DPW_SDNY–000045493 | Email from K. Cardwell to R. Clausen re: M&A Staffing - Your 1st M&A Assignment | |
| 314 | 04/22/2015 | DPW_SDNY–000164303 | DPW_SDNY–000164303 | Email from S. Crane to K. Cardwell re: Thanks! | |
| 315 | 05/04/2015 | DPW_SDNY–000046955 | DPW_SDNY–000046955 | Email from S. Crane to K. Cardwell re: Coffee | |
| 316 | 07/20/2015 | DPW_SDNY–000012097 | DPW_SDNY–000012100 | Email from D. Caplan to A. Krause re: [REDACTED] | |
| 317 | 07/29/2015 | DPW_SDNY–000162123 | DPW_SDNY–000162124 | Email from J. Amorosi to K. Cardwell re: Fall Assignment Preferences | |
| 318 | 09/17/2015 | DPW_SDNY–000014889 | DPW_SDNY–000014897 | Email from Z. Rehman to D. Brass, K. Cardwell re: [REDACTED]: Checklist | |
| 319 | 09/29/2015 | DPW_SDNY–000086902 | DPW_SDNY–000086902 | Email from Z. Rehman to D. Brass re: Signature page | |
| 320 | 10/12/2015 | KCARDWELL000558 | KCARDWELL000562 | Email from K. Cardwell to K. Cardwell re: [REDACTED]_Closing Set Index.DOCX | |
| 321 | 10/16/2015 | KCARDWELL010515 | KCARDWELL010521 | Email from K. Cardwell to P. Burka et al re: Final Versions | |
| 322 | 10/16/2015 | KCARDWELL010478 | KCARDWELL010482 | Email from K. Cardwell to S. Llanes re: Final Versions | |
| 323 | 11/14/2015 | DPW_SDNY–000027838 | DPW_SDNY–000027838 | Email from K. Cardwell to S. Hudson re: [REDACTED] - #2 Tender Offer Documents | |

Cardwell v. Davis Polk and Wardwell, et al. (19-cv-10256)
Defendants' Updated Trial Exhibit List with Plaintiff's Objections

| DTX | Date | Beg Bates | End Bates | Document Description | Objections |
|---|---|---|---|---|---|
| 324 | 12/22/2015 | DPW_SDNY–000084443 | DPW_SDNY–000084455 | Email from K. Cardwell to S. Hudson re: [REDACTED] Tender - Expiration Date Documents | |
| 325 | 01/05/2016 | CARDWELL001648 | CARDWELL001648 | Photograph of email from E. Li to S. Lazar re: [REDACTED]: diligence questions / FINRA filing memo | |
| 326 | 01/26/2016 | DPW_SDNY–000099505 | DPW_SDNY–000099506 | Email from K. Cardwell to S. Adams re: TR Follow-Up | |
| 327 | 01/26/2016 | DPW_SDNY–000029471 | DPW_SDNY–000029472 | Email from S. Adams to K. Cardwell re: TR Follow-Up | |
| 328 | 06/15/2016 | DPW_SDNY–000100028 | DPW_SDNY–000100033 | Email from K. Cardwell to V. Jackson re: Unwritten Rules Talking Points | |
| 329 | 06/20/2016 | DPW_SDNY–000141389 | DPW_SDNY–000141389 | Email from C. Fenner to R. Clausen re: Feedback for Kaloma Cardwell | |
| 330 | 07/29/2016 | DPW_SDNY–000089555 | DPW_SDNY–000089561 | Email from K. Cardwell to J. Butler re: [REDACTED] - Diligence Follow-up | |
| 331 | 08/01/2016 | CARDWELL001651 | CARDWELL001651 | Photograph of email from K. Cardwell to J. Butler re: [REDACTED] - Diligence Follow-up | |
| 332 | 08/02/2016 | CARDWELL001652 | CARDWELL001652 | Photograph of email from J. Butler to B. Kraehenmann et al re: [REDACTED] -- Draft Merger Agt. | |
| 333 | 08/30/2016 | DPW_SDNY–000044150 | DPW_SDNY–000044159 | Email from K. Cardwell to F. Tukdi et al re: [REDACTED] - Exclusivity Letter | |
| 334 | 09/17/2016 | DPW_SDNY–000044283 | DPW_SDNY–000044293 | Email from K. Cardwell to L. Kreynin et al re: [REDACTED] Exclusivity Letter | |
| 335 | 09/17/2016 | DPW_SDNY–000044294 | DPW_SDNY–000044308 | Email from K. Cardwell to L. Kreynin re: [REDACTED] Exclusivity Letter | |
| 336 | 09/17/2016 | DPW_SDNY–000133526 | DPW_SDNY–000133536 | Email from K. Cardwell to L. Kreynin re: [REDACTED]g Exclusivity Letter | |
| 337 | 12/09/2016 | DPW_SDNY–000144396 | DPW_SDNY–000144397 | Thread Between S. Adams and K. Cardwell | |
| 338 | 03/28/2017 | CARDWELL003092 | CARDWELL003092 | Email from J. Floriani to J. Floriani re: elite NYC EC-VC opening - update | |
| 339 | 03/28/2017 | CARDWELL003091 | CARDWELL003091 | Email from G. Weiss to K. Cardwell re: Reaching Out re: New DGC Opportunity with NYC Asset Manager | |
| 340 | 03/28/2017 | CARDWELL003068 | CARDWELL003089 | Email from K. Cardwell to K. Cardwell re: Recruiters 5 (3.28.17 | |
| 341 | 05/03/2017 | DPW_SDNY–000051991 | DPW_SDNY–000051995 | Email from L. Goldberg to K. Cardwell re: mandatory dividend | |
| 342 | 05/12/2017 | DPW_SDNY–000159378 | DPW_SDNY–000159384 | Email from K. Cardwell to L. Goldberg re: checking in | |
| 343 | 05/15/2017 | DPW_SDNY–000139451 | DPW_SDNY–000139453 | Email from L. Goldberg to K. Cardwell re: note | |
| 344 | 06/05/2017 | DPW_SDNY–000052007 | DPW_SDNY–000052010 | Email from L. Goldberg to K. Cardwell re: revised draft of preferred memo | |
| 345 | 06/05/2017 | DPW_SDNY–000085096 | DPW_SDNY–000085103 | Email from K. Cardwell to L. Goldberg re: revised draft of preferred memo | |
| 346 | 06/06/2017 | DPW_SDNY–000097972 | DPW_SDNY–000097975 | Email from J. Bick to R. Truesdell et al. re: Just How Iron-Clad are Contractual Rights to Payment On Preferred Stock of a Solvent Company? | |
| 347 | 06/09/2017 | DPW_SDNY–000097885 | DPW_SDNY–000097887 | Email from L. Goldberg to J. Bick re: Just How Iron-Clad are Contractual Rights to Payment On Preferred Stock of a Solvent Company? | |
| 348 | 07/02/2017 | DPW_SDNY–000097896 | DPW_SDNY–000097898 | Email from L. Goldberg to W.Aaronson cc: J. Bick re: Staffing Need -- urgent | |
| 349 | 07/18/2017 | DPW_SDNY–000052145 | DPW_SDNY–000052146 | Email from K. Cardwell to J. Steiner re: June Paycheck | |
| 350 | 08/02/2017 | DPW_SDNY–000035758 | DPW_SDNY–000035758 | Email from K. Cardwell to L. Hochbaum re: Tel message from Hochbaum, Lee | |
| 351 | 08/08/2017 | DPW_SDNY–000036689 | DPW_SDNY–000036698 | Email from K. Cardwell to L. Hochbaum re: [REDACTED] - Draft Fairness Opinion | |
| 352 | 08/08/2017 | DPW_SDNY–000036805 | DPW_SDNY–000036811 | Email from K. Cardwell to L. Hochbaum re: [REDACTED] Fairness Opinion | |
| 353 | 08/30/2017 | DPW_SDNY–000120025 | DPW_SDNY–000120031 | Email from K. Cardwell to L. Hochbaum re: [REDACTED] Financial Advisor Section for Proxy Statement | |
| 354 | 09/08/2017 | DPW_SDNY–000032942 | DPW_SDNY–000032943 | Email from K. Cardwell to E. Anvari et al re: New Matter | |
| 355 | 09/08/2017 | DPW_SDNY–000005543 | DPW_SDNY–000005543 | Email from E. Anvari to T. Triano et al. re: [REDACTED] - Vacation Coverage | |
| 356 | 09/11/2017 | DPW_SDNY–000038597 | DPW_SDNY–000038598 | Email from K. Cardwell to L. Hochbaum re: [REDACTED] Section | |
| 357 | 09/17/2017 | DPW_SDNY–000005879 | DPW_SDNY–000005972 | Email from J. Amorosi to K. Cardwell et al re: [REDACTED]: Open Points | |
| 358 | | | | *Intentionally Omitted* | |
| 359 | 11/27/2017 | DPW_SDNY–000105327 | DPW_SDNY–000105328 | Email from C. Fenner to O. Smith re: DRAFT Review Message - Kaloma Cardwell | |
| 360 | 08/13/2018 | DPW_SDNY–000144419 | DPW_SDNY–000144420 | Thread Between S. Adams and K. Cardwell | |
| 361 | 99/99/9999 | KCARDWELL021691 | KCARDWELL021691 | Audio File - FileName: 180413_005.MP3 (File Produced in Native Format - See Native File:) | |
| 362 | 99/99/9999 | DPW_SDNY–000143583 | DPW_SDNY–000143583 | Cardwell Kaloma Detail full.xlsx (Document Produced in Native Format) | |
| 363 | 11/08/2015 | DPW_SDNY–000160860 | DPW_SDNY–000160922 | Email from S. Hudson to E. Li re: [REDACTED] - S-1 | |
| 364 | 08/08/2017 | DPW_SDNY–000036638 | DPW_SDNY–000036643 | Email from K. Cardwell to J. Hannon et al. re: [REDACTED] Fairness Opinion | |
| 365 | 08/08/2017 | DPW_SDNY–000036742 | DPW_SDNY–000036757 | Email from K. Cardwell to J. Hannon et al. re: [REDACTED] Fairness Opinion | |
| 366 | 08/08/2017 | DPW_SDNY–000036780 | DPW_SDNY–000036804 | Email from K. Cardwell to L. Hochbaum re: [REDACTED] Fairness Opinion | |