January 7, 2024

**By ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

*Cardwell* v. *Davis Polk & Wardwell LLP,* et al.
19-cv-10256-GHW (S.D.N.Y.)

Dear Judge Woods:

    Pursuant to the parties' proposed joint pretrial order, indicating that the parties may submit updated exhibit lists before the first day of trial, ECF 334 at 51–52, Plaintiff hereby submits an updated trial exhibit list adding supplemental trial exhibits. Plaintiff served his supplemental trial exhibits on January 5, 2024 and the final six supplemental exhibits on January 7, 2024.

    Plaintiff provided courtesy electronic copies to the courtroom deputy this evening.

    We thank the Court for its attention to these matters.

Respectfully submitted,

/s/ David Jeffries
David Jeffries

*Attorney for Plaintiff*

cc (via ECF):

Jeh C. Johnson
Bruce Birenboim
Susanna M. Buergel

*Attorneys for Defendants*