```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KALOMA CARDWELL,                                               :
                                                               :
                                   Plaintiff,                  :   1:19-cv-10256-GHW
                                                               :
                     -v –                                      :   ORDER
                                                               :
DAVIS POLK & WARDWELL LLP, *et al.*,                           :
                                                               :
                                   Defendants.                 :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during trial on January 25, 2024, the parties have stipulated to the dismissal of all of Plaintiff's claims against Defendant Daniel Brass with prejudice.

The Clerk of Court is directed to remove the name of Daniel Brass from the caption of this case.

SO ORDERED.

Dated: January 25, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge