**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KALOMA CARDWELL,

                Plaintiff,                              19 **CIVIL** 10256 (GHW)

      -against-                             **JUDGMENT**

DAVIS POLK & WARDWELL LLP, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That after a Jury Trial before the Honorable Gregory H. Woods, United States District Judge, the jury having returned a verdict in favor of Defendants, the Complaint is hereby dismissed.

**DATED:**  New York, New York
              January    30 , 2024

                                                                    **RUBY J. KRAJICK**

**So Ordered:**                                               **Clerk of Court**

                                               **BY:**   K. Mango

       U.S.D.J.                                              **Deputy Clerk**