# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Kaloma Cardwell
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:19 CV 10256 (GHW)( )

-against-

**NOTICE OF APPEAL**

Davis Polk & Wardwell LLP, Thomas Reid,

and John Bick
_____

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Kaloma Cardwell
_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  [X] judgment  ☐ order  entered on:  1/30/24

(date that judgment or order was entered on docket)

that:

a jury has returned a verdict in favor of Defendants Davis Polk & Wardwell LLP, Mr. Reid, and

Mr. Bick regarding various retaliation claims.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

2/28/24                                          [Signature]
Dated                                            Signature*

Cardwell, Kaloma Nkosi
Name (Last, First, MI)

10 West 135th St., Apt. 1B        NY          NY          10037
Address                           City        State       Zip Code

267-408-8392                                  kalomacardwell@gmail.com
Telephone Number                              E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13