**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October two thousand twenty-four.

_____

Kaloma Cardwell,

    Plaintiff - Appellant,

v.

Davis Polk & Wardwell LLP, Thomas Reid, John Bick,

    Defendants - Appellees,

William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass, Brian Wolfe, John Butler,

    Defendants.

_____

ORDER
Docket No. 24-606

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/22/2024___

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/22/2024